1  KARIN G. PAGNANELLI (SBN 174763)
     kgp@msk.com
2  MARC E. MAYER (SBN 190969)
     mem@msk.com
3  JAMES D. BERKLEY (SBN 347919)
     jdb@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
5  Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
6  Facsimile: (310) 312-3100

7  Attorneys for Plaintiff Take-Two
   Interactive Software, Inc.

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12 TAKE-TWO INTERACTIVE                  CASE NO.  2:25-cv-01880
   SOFTWARE, INC.,
13                                       **COMPLAINT FOR:**
              Plaintiff,
14                                       **(1) COPYRIGHT INFRINGEMENT**
          v.
15                                       **(2) CONTRIBUTORY**
   PLAYERAUCTIONS, INC., a                   **COPYRIGHT INFRINGEMENT**
16 company organized under the laws of
   Delaware; IMI EXCHANGE LLC, a         **(3) VICARIOUS COPYRIGHT**
17 company organized under the laws of       **INFRINGEMENT**
   Delaware; PAIAO NETWORK
18 TECHNOLOGY (SHANGHAI) CO.,            **(4) INDUCEMENT OF**
   LTD. (拍奥网络科技（上海）有限公         **COPYRIGHT INFRINGEMENT**
19 司), a/k/a PLAYERAUCTIONS (SH)
   CO. LTD., a company organized under   **(5) TRADEMARK**
20 the laws of China; and DOES 1 through     **INFRINGEMENT**
   10, inclusive,
21                                       **(6) FALSE DESIGNATION OF**
              Defendants.                    **ORIGIN, 15 U.S.C. § 1125(a)**
22
                                         **(7) INTENTIONAL**
23                                           **INTERFERENCE WITH**
                                             **CONTRACTUAL RELATIONS**
24

25                                       **DEMAND FOR JURY TRIAL**

26

27

28

Mitchell
Silberberg &
Knupp LLP

20545902.1

**COMPLAINT**

Plaintiff Take-Two Interactive Software, Inc. ("Take-Two" or "Plaintiff"), for its Complaint against Defendants PlayerAuctions, Inc.; IMI Exchange LLC; Paiao Network Technology (Shanghai) Co. Ltd. (拍奥网络科技（上海）有限公司), a/k/a PlayerAuctions (SH) Co. Ltd.; and Does 1 through 10 (collectively, "PlayerAuctions" or "Defendants"), alleges as follows:

## **Preliminary Statement**

1.    Take-Two is the publisher and copyright owner of the iconic *Grand Theft Auto* ("GTA") video game series.  Developed by Take-Two's subsidiary Rockstar Games ("Rockstar"), GTA is one of the most critically acclaimed and commercially successful entertainment franchises in the world.  The latest release in the series, *Grand Theft Auto V* ("GTA V"), puts players in an immersive action-adventure game world filled with fast cars, thrilling heists, and ruthless criminals.  Since its launch in 2013, GTA V has sold more than 205 million copies, and its multiplayer online mode, *Grand Theft Auto Online*, is played daily by tens of thousands of fans worldwide.

2.    While GTA lets players experience a fictional underworld of lawless enterprise, the entities behind PlayerAuctions own and operate a real one: the website PlayerAuctions.com offers a vast online marketplace[1] containing thousands of listings for unauthorized, infringing GTA V content – including heavily modified player accounts, in-game assets, and virtual currency – all gained by using hacking software, cheats, and technical exploits.  Although PlayerAuctions is desperate to portray itself as a legitimate business, the truth is that PlayerAuctions operates, supervises, and profits from commercialized infringement of Take-Two's copyrights and trademarks on an industrial scale.

3.    PlayerAuctions' Website is not a regular online marketplace where third parties sell legitimate items on their own initiative.  Instead, PlayerAuctions

---

[1] *Available at* https://www.playerauctions.com/gta-marketplace/ ("Website").

1  runs a sophisticated sales platform and actively recruits "sellers" skilled at using

2  hacking software and other exploits to create infringing digital goods and to

3  provide illegal "services" to players of GTA V.

4      4.      PlayerAuctions operates the Website with full knowledge that its

5  sellers are engaged in rampant infringement and other unauthorized conduct.

6  Nonetheless, PlayerAuctions reaps millions in revenue by taking a cut of every

7  transaction on its marketplace.  PlayerAuctions goes to great lengths to lull its

8  users into buying illegitimate GTA V content from its sellers, including by offering

9  "after-sale protection" – *i.e.* refunds – if the hacked accounts they purchase are

10  detected and banned by Take-Two's anti-cheat systems.  PlayerAuctions offers this

11  "protection" because it knows the hacked player account listings on its marketplace

12  are infringing and unauthorized under Take-Two's terms of service.

13      5.      PlayerAuctions' willful infringement not only damages Take-Two but

14  also harms innocent GTA V players.  At the scale of its Website, PlayerAuctions

15  risks upending the GTA V player experience and interferes with the balance and

16  fairness of the game.  PlayerAuctions' business also actively promotes behavior

17  that risks creating a "race for the bottom" where innocent GTA V players feel

18  pressured to buy unauthorized digital goods and service, or else resort to using

19  hacks or cheating themselves, to "keep up" with PlayerAuctions' customers.

20      6.      Take-Two has repeatedly confronted PlayerAuctions with evidence of

21  infringement and other tortious conduct, and has demanded that it cease and desist

22  its unlawful activities.  PlayerAuctions refuses to stop because it continues to rake

23  in illicit profits through the wholesale, willful infringement of Take-Two's

24  copyrights and trademarks, and the intentional interference with Take-Two's

25  relationships with its customers.  Accordingly, Take-Two brings this lawsuit to

26  shut down PlayerAuctions' rampant infringing online marketplace, end its corrupt

27  business model, and protect the integrity of GTA V for its players.

28

**The Parties**

7.      **Take-Two** is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in New York, New York.

8.      **PlayerAuctions, Inc.** ("PlayerAuctions USA") is a corporation formed under the laws of Delaware and registered to conduct business in the State of California.  On information and belief, PlayerAuctions, Inc. is headquartered in Los Angeles, California.

9.      **IMI Exchange, LLC** ("IMI Exchange") is a company formed under the laws of Delaware.  On information and belief, IMI Exchange's principal place of business is in Ridgefield, New Jersey, and the company has been registered to conduct business in the State of California.  On information and belief, IMI Exchange is a wholly owned direct subsidiary of the South Korea-based entity Nexture Co., Ltd. ("Nexture") and is the direct parent of PlayerAuctions USA.

10.      **Paiao Network Technology (Shanghai) Co. Ltd.** (拍奥网络科技（上海）有限公司) ("PlayerAuctions Shanghai") is a corporation formed under the laws of China.  On information and belief, PlayerAuctions Shanghai was formerly was known as Itemmania Network Technology (Shanghai) Ltd., and is known as PlayerAuctions (SH) Co. Ltd.  On information and belief, PlayerAuctions Shanghai is a wholly owned direct subsidiary of PlayerAuctions USA.

11.      The true names and capacities, whether individual, corporate, associate, or otherwise, of the defendants sued herein as Does 1-10, inclusive, are unknown to Take-Two, which has therefore sued said defendants by such fictitious names.  Take-Two will seek leave to amend this complaint to state the true names and capacities of all Doe defendants once said defendants' full identities and capacities are ascertained.  On information and belief, all defendants sued herein, including the Doe defendants, directly participated in all or some of the acts set

forth in this complaint, and therefore are liable to Take-Two.  (The defendants collectively are referred to as "Defendants" or "PlayerAuctions.").

12.    On information and belief, there exists a unity of interest and ownership between and among each of the Defendants such that no separateness between these entities exists.  Additionally, adherence to the fiction of the separate existence of the Defendants would sanction a fraud or promote injustice, including by enabling certain of Defendants to hide behind corporate shell companies, divert assets from such companies, or raise jurisdictional defenses based on the existence of such companies.  As a result, the Court should pierce the corporate veil and find all of the Defendants jointly and severally liable.

## Jurisdiction and Venue

13.    This is a civil action seeking damages, injunctive relief, and other equitable relief under the Copyright Act, 17 U.S.C. § 501; the Lanham Act, 15 U.S.C. §§ 114, 1116-17 and § 1125(a); and the laws of the State of California.

14.    This Court has subject matter jurisdiction over Take-Two's Copyright Act claims under 28 U.S.C. §§ 1331 and 1338(a), and over Take-Two's Lanham Act claims under 15 U.S.C. §§ 1116, 1121, and 1125.  Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Take-Two's state law claims because the claims are so related to Take-Two's federal claims as to be part of the same case or controversy.

15.    This Court has personal jurisdiction over the Defendants, including because the Defendants have engaged in, knowingly contributed to, supervised, and induced the infringing and otherwise tortious conduct alleged herein within the State of California, and have purposefully directed their activities at the State of California.  Further, the Defendants know that the damages and other harmful effects of the Defendants' infringing activities occur in the United States, where Take-Two has its principal place of business and where it has a substantial number

of customers, including many players of GTA V within the State of California who are adversely affected by the Defendants' unauthorized and infringing activities.

16.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because this is a judicial district in which a substantial part of the events giving rise to the claims occurred, and/or in which Take-Two's injury was suffered.

## FACTS APPLICABLE TO ALL CAUSES OF ACTION
### Take-Two and GTA V

17.     Since the release of the original *Grand Theft Auto* in 1997, Take-Two has sold more than 430 million copies of games in the GTA series, and several GTA installments have won numerous awards for their game design and storylines. Take-Two, with Rockstar and its partners and affiliates, develops, produces, markets, advertises, distributes, and otherwise exploits the GTA series in numerous countries throughout the world.

18.     First released in 2013, GTA V, including its multiplayer online component *Grand Theft Auto Online* ("GTA Online")*,* is one of most successful, influential, and critically acclaimed games of all time.  GTA V immerses players in a fictional yet highly realistic world of San Andreas, in the fictional city of Los Santos, inspired by Los Angeles and surrounding areas in Southern California. Within this immersive virtual world, players of GTA V progress through a mixture of cinematic, plot-driven missions and exploring the open-ended environment to discover new challenges and opportunities.

19.     In *Grand Theft Auto Online*, users create their own characters and interact in real time with other players.  Players start at level zero, but as they gain experience in GTA Online, they advance to higher levels, accumulating virtual money and assets, such as cars and other vehicles, new weapons, and unlock ownership of lucrative new "criminal enterprises."  Players also progress by earning "reputation points," which offer access to higher levels, new and better in-

game equipment and assets, and new game content such as higher-stakes missions. Enabling players to realize a steady progression from lower to higher levels is a core gameplay feature of GTA Online.

20.    Rockstar releases new content for GTA Online through regular game updates, which generally feature new storylines and missions, as well as new or upgraded vehicles, weapons, and clothing.  Players gain new equipment and vehicles by buying them with in-game currency, which they can earn through gameplay.  Additionally, Take-Two sells virtual currency packs, which players can purchase for real-world money and then redeem in-game.

21.    Take-Two employs a variety of measures to prevent bad actors from damaging the integrity of the game by engaging in cheating or hacking to obtain in-game currency, assets (vehicles, weapons, clothing), and reputation points not acquired through valid means.  Among measures to maintain a fair and balanced game environment for its players, Take-Two prohibits players or third-parties from selling or creating secondary markets for player accounts, in-game assets, or virtual currency.  These restrictions are set out in the Rockstar Terms of Service available at http://www.rockstargames.com/legal (the "Rockstar TOS").  A copy of the Rockstar TOS is attached to this Complaint as **Exhibit A**.

## **The Rockstar TOS**

22.    GTA V is available to play on personal computer ("PC"), and the Microsoft Xbox and Sony PlayStation game consoles.  Regardless of which platform a user plays on, ***all*** users must agree to the Rockstar TOS before accessing or playing GTA V.  On PC, users are presented with and accept the Rockstar TOS (1) when purchasing directly from Rockstar's website or via a third-party distributor during check-out; (2) when downloading Rockstar's proprietary game launching software, the Rockstar Game Launcher; and (3) during the GTA V

Mitchell
Silberberg &
Knupp LLP

20545902.1

**COMPLAINT**

installation process.  On console, players are presented with the Rockstar TOS and must agree to it before logging into GTA Online.

23.    By agreeing to the Rockstar TOS, players of all versions are granted a limited, non-exclusive, and non-transferable license to access and use GTA V, virtual in-game items, and related products and services, strictly for their own personal and non-commercial use.

24.    The Rockstar TOS expressly prohibits any sale or transfer of player accounts, in-game virtual goods, or in-game virtual currency.  For example, users agree that the license granted "is personal to [them] only and does not give … any ownership rights in any of the Services, Virtual Items, or [the user's] Account…."; "agree not to sell, transfer, or share [their] Account, or [their] Account's user name or password"; consent that "[v]irtual Items … may not be sold, transferred, or redeemed for real money or items of value outside of the Services"; and agree that they "will not commercially exploit the Services . . . include[ing] participating in, enabling, or encouraging the collection, sale, or exchange of anything from the services…."

25.    The Rockstar TOS also conditions its limited license on users agreeing to not undertake any unauthorized modification or "hacking" of GTA V's software, or assist others in doing so, including in ways that would alter the GTA V gameplay experience or adversely affect other players.

26.    The Rockstar TOS provides that Take-Two owns all rights to its intellectual property relating to GTA V.  This includes (1) all game accounts and all "virtual goods and in-game currency"; (2) all "graphics, artworks, illustrations … interactive features [and] gameplay," as well as "all other copyrightable material"; (3) all "trademarks, logos, trade names, trade dress, service marks, and trade identities of various parties," including Take-Two's own; and (4) all "other forms of intellectual property."

27.    Take-Two is the owner of valid and subsisting registered copyrights in GTA V, including for versions of playable on different devices.  A list of such registrations including their copyright registration numbers is attached hereto as **Exhibit B**.

28.    Take-Two also is the owner of valid and subsisting U.S. and international trademarks, including registered trademarks, pertaining to GTA V, including without limitation the word marks "GTA", "GTa", and "Grand Theft Auto Online" (collectively, the "GTA Trademarks").  A list of such U.S. trademark registrations is attached hereto as **Exhibit C.**

## Operation of the PlayerAuctions Website

29.    The PlayerAuctions Website features thousands of illicit listings where "sellers" offer "Modded Accounts," "Money Drop Services," and "Account Boosting Services."  These schemes are marketed to buyers so that PlayerAuctions can illegally profit off GTA V.

30.    Modded Accounts are specific player accounts that have been manipulated using software that hacks Take-Two's copyrighted source code without authorization, often to give exorbitantly high game level ranking and in-game currency amounts, and to unlock in-game content that users must normally obtain through gameplay or purchase with virtual currency.  PlayerAuctions advertises that "Modded GTA 5 accounts contain anything and everything buyers want . . . . When they want to live the life in Los Santos with everything they could think of right at their fingertips, gamers buy GTA 5 modded accounts PC."

31.    Money Drop Services provide the opportunity for users to enter an in-game lobby where a seller will generate vast amounts of in-game virtual currency for the purchasing player, which is accomplished using hacking software to modify Take-Two's copyrighted source code without authorization.

Mitchell
Silberberg &
Knupp LLP
20545902.1

9

**COMPLAINT**

32.     Account "Boosting" Services allow users to share their GTA V account while a seller, in exchange for payment, uses hacking software, glitches, or exploits to achieve a higher in-game level ranking, obtain exorbitantly high in-game currency balances, and/or unlock in-game content that users must normally obtain either through persistent gameplay or by purchases with virtual currency.

33.     Through these offerings, PlayerAuctions markets to Take-Two's customers an otherwise impossible experience: new players can begin GTA V with *billions* in VC and with a massive arsenal of in-game content—such as vehicles, clothing, and weapons—configurations only possible by hacking and modifying the GTA V game in breach of the Rockstar TOS.  In some cases, these listings advertise "unlock all" accounts preloaded with maxed-out character levels and virtually all in-game assets available to acquire in GTA Online.  Moreover, users buying Account Boosting Services give control of their GTA V account temporarily to an unknown third party – in violation of the Rockstar TOS – and disclose their GTA V account information, including passwords.

34.     PlayerAuctions reap fantastic financial benefits from the infringement and other unauthorized conduct they supervise, induce, and control. PlayerAuctions retains as "transaction fees" a percentage of all payments on its Website, including fees of 12.99% on financial transactions for "modded" accounts and for "power-levelling."  Indeed, a recent corporate statement identifies PlayerAuctions as realizing revenues of millions of dollars per year, reflecting transactions that, on information and belief, total in the many tens of millions or even upwards of 100 million dollars.

35.     To increase its base of users – and its profits – PlayerAuctions actively markets and encourages participation in its illicit schemes as either buyers or sellers, or both.  PlayerAuctions provides a seamless infrastructure and detailed instructions for buying and selling Modded Accounts, Money Drops, and Account

Boosting Services for GTA V by suppling its users with video tutorials, online help functions, and its own private messaging system.  To sellers, PlayerAuctions promise powerful "tools and services" that make it easy for them to "manage, promote, and grow [their] business," while to buyers, PlayerAuctions make promises of "unparalleled protection" and hold out that PlayerAuctions will allow them to "dominate [their] game."

36.    PlayerAuctions also brands and promotes its most successful sellers – those who sell thousands of orders per year – as "Power Sellers."  Power Sellers receive special perks such as "[d]irect access to our Power Seller management team" and a special "bulk offer upload tool for items and accounts."  Upon information and belief, several "Power Sellers" are active in the United States and offer services, including Modded Accounts.

37.    PlayerAuctions incentivizes sellers to create and sell Modded Accounts by offering a tool called an "Account Calculator," which allows users to "Check how much your Grand Theft Auto V Account is worth!"  The calculator clearly demonstrates that GTA V accounts are more valuable the more the assets and content the account has, encouraging sellers to boost the GTA V accounts to have more and more content.  Upon information and belief, PlayerAuctions is aware that the overwhelming number, if not all, of the GTA V accounts being improperly offered for sale on the Website are generated not by legitimately playing GTA V, but by deliberate efforts to modify the game and game software in violation of the Rockstar TOS.

### PlayerAuctions' Control Over Its Users And Its Website

38.    PlayerAuctions exercises strict control and supervision over its Website.  In its own words, "we are the mediators, keeping an eye out on all transactions and protecting our members from scamming."  PlayerAuctions requires all buyers and sellers to register, verifies the identity of sellers, serves as

Mitchell
Silberberg &
Knupp LLP
20545902.1

intermediary for all payments, arranges to hold exchanged materials in escrow, and claims to employ "several state of the art technologies" to prevent fraud between buyers and sellers.  The Website even purports to subject all GTA V accounts being transferred to an "inspection process."

39.     PlayerAuctions also imposes strict control over its sellers. For example, in a "Secure Seller Agreement," PlayerAuctions dictates that it "reserve[s] the right to determine what content is appropriate for our site and to remove any content that we find to be inappropriate" and that "[o]ffers in violation of our Policies may be removed from our site without warning," resulting potentially in "suspension or permanent closure of your account."  And to all users, it warns that "PlayerAuctions may deny access to its Services or terminate or suspend your account … and your access to the Services should we have reason to believe that you, your content, or your use of the Services violate our Terms." Upon information and belief, PlayerAuctions actively supervise, monitor, and control the content of all "listings" appearing on the Website.  And ironically, while PlayerAuctions promotes the unauthorized transfer of GTA V accounts, it strictly prohibits the transfer of users' accounts through its own Terms of Service.

**PlayerAuctions' Willful Infringement**

40.     PlayerAuctions knowingly and willfully commits, contributes to, induces, and profits from copyright infringement.  For example, by soliciting the buying and selling of "modded" or "hacked" GTA accounts, and of related products and services feasible only through unauthorized modification and adaptation of GTA V and its component software, PlayerAuctions knowingly and actively supports and encourages infringing use of the GTA V software, and offers a platform to disseminate the fruits of that infringement.

41.     Additionally, PlayerAuctions knowingly markets its illicit services by optimizing the website to create demand for infringement of Take-Two's copyrights in GTA V through search engine results:



42.     Finally, to support of its own business, the PlayerAuctions Website hosts infringing images of gameplay generated from "modded" versions of GTA V.  On information and belief, PlayerAuctions knows and intends that sellers will upload such materials to promote its "listings" on the Website, and PlayerAuctions actively monitors, controls, and supervises the content of these listings, including the infringing images, which serve to advertise the listed offering and create profit for Defendants.

43.     On multiple occasions Take-Two has sent notices to PlayerAuctions USA setting forth the nature and location of the extensive copyright infringement and other violations of Take Two's rights committed on and through the Website. These notices have effectively been ignored, with no actions taken by PlayerAuctions to eliminate or reduce the scope of their infringement.

44.     PlayerAuctions' extensive copyright infringement is done under the banner of Take-Two's own trademarks, which PlayerAuctions willfully misappropriate and infringe. For example, PlayerAuctions infringes the GTA Trademarks by promoting a "PlayerAuctions GTA Marketplace" and "GTA store," and by purporting to offer for sale what it advertises as "Legit GTA Accounts." The Website juxtaposes these uses of the GTA Trademarks with PlayerAuctions' own name and logo, trading off consumer recognition of the GTA Trademarks and falsely connoting PlayerAuctions' association with or endorsement by Take-Two:

Mitchell
Silberberg &
Knupp LLP

20545902.1





45.     All of the foregoing is causing significant, ongoing, and irreparable harm to Take-Two, and causing significant harm to consumers and to the community of legitimate players of GTA V.  Despite multiple warnings, PlayerAuctions' conduct continues unabated.

## FIRST CLAIM FOR RELIEF

### Direct Copyright Infringement - (Against All Defendants)

46.     Take-Two re-alleges and incorporates by reference the allegations in paragraphs 1 through 45, as if set forth fully herein.

47.     Take-Two is the owner of valid and registered copyrights in GTA V, including as individually registered for multiple gaming platforms.

48.     Defendants have infringed, and are continuing to infringe, Take-Two's copyrights in GTA V by reproducing, distributing, and publicly displaying, and by knowingly authorizing others to reproduce, distribute, publicly display, copyrighted elements of GTA V, and/or copyrighted elements of unauthorized derivative versions thereof, without authorization, in violation of the Copyright Act, 17 U.S.C. § 101 *et seq.*

49.    Take-Two has never authorized or given consent to Defendants to use its copyrighted works in the manner complained of herein.

50.    Defendants' acts of infringement are willful, in disregard of, and with indifference to Take-Two's rights.

51.    As a direct and proximate result of the infringements alleged herein, Take-Two's is entitled to damages and to Defendants' profits in amounts to be proven at trial, which are not currently ascertainable.  Alternatively, Take-Two is entitled to maximum statutory damages of $150,000 for each copyright infringed, or in such other amount as may be proper under 17 U.S.C. § 504(c).  Take-Two further is entitled to its attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

52.    As a result of Defendants' conduct, Take-Two has sustained and will continue to sustain irreparable injury for which there is no adequate remedy at law. On information and belief, unless enjoined and restrained by this Court, Defendants will continue to infringe Plaintiff's rights in GTA V.  Take-Two is entitled to temporary, preliminary, and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

## SECOND CLAIM FOR RELIEF

### Contributory Copyright Infringement - (Against All Defendants)

53.    Take-Two re-alleges and incorporates by reference the allegations in paragraphs 1 through 52, as if set forth fully herein.

54.    Take-Two is the owner of valid and registered copyrights in GTA V, including as individually registered for multiple gaming platforms.

55.    By operating the PlayerAuctions Website and committing the acts described above, one or more of Defendants engaged in acts of direct copyright infringement, including unauthorized reproduction, distribution, and display of elements of GTA V and/or of unauthorized derivative versions thereof.  In addition, users of the of PlayerAuctions Website engaged in unauthorized

Mitchell
Silberberg &
Knupp LLP
20545902.1

reproduction, distribution, adaptation, and/or display of GTA V, or of copyrighted elements thereof, when they created, used, disseminated, and promoted versions of GTA V that modified creative and gameplay elements of GTA V and exceeded the scope and conditions of the Rockstar TOS.  Take-Two has never authorized or given consent to the use of GTA V in this manner.

56.    Each such underlying infringement by Defendants' users, and/or by Defendants themselves, constitutes a separate and distinct act of infringement.

57.    Defendants materially contributed to one or more of the foregoing acts of infringement, with knowledge that they were facilitating, encouraging, or enabling copyright infringement.

58.    Defendants' acts of infringement were willful, in disregard of and with indifference to Take-Two's rights.

59.    As a direct and proximate result of the infringements alleged herein, Take-Two's is entitled to damages and to Defendants' profits in amounts to be proven at trial, which are not currently ascertainable.  Alternatively, Take-Two is entitled to maximum statutory damages of $150,000 for each copyright infringed, or in such other amount as may be proper under 17 U.S.C. § 504(c).  Take-Two further is entitled to its attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

60.    Take-Two has sustained and will continue to sustain irreparable injury for which there is no adequate remedy at law.  On information and belief, unless enjoined and restrained by this Court, Defendants will continue to infringe Plaintiff's rights in GTA V.  Take-Two is entitled to temporary, preliminary, and permanent injunctive relief to restrain Defendants' continuing infringing conduct.

## THIRD CLAIM FOR RELIEF

### Vicarious Copyright Infringement - (Against All Defendants)

61.    Take-Two re-alleges and incorporates by reference the allegations in paragraphs 1 through 60, as if set forth fully herein.

Mitchell
Silberberg &
Knupp LLP

20545902.1

**COMPLAINT**

62.    Take-Two is the owner of valid and registered copyrights in GTA V.

63.    By operating the PlayerAuctions Website and committing the acts described above, one or more of Defendants engaged in acts of direct copyright infringement, including unauthorized reproduction, distribution, and display of elements of GTA V and/or of unauthorized derivative versions thereof.  In addition, users of the of PlayerAuctions Website engaged in unauthorized reproduction, distribution, adaptation, and/or display of GTA V, or of copyrighted elements thereof, when they created, used, disseminated, and promoted versions of GTA V that modified creative and gameplay elements of GTA V and exceeded the scope and conditions of the Rockstar TOS.  Take-Two has never authorized or given consent to the use of GTA V in these manner.

64.    Each such underlying infringement by Defendants' users, and/or by Defendants themselves, constitutes a separate and distinct act of infringement.

65.    Defendants had the right and ability to supervise and control the infringing conduct.  Defendants refused to exercise their supervision and control to stop or limit the infringement, even though they could easily have done so.

66.    Defendants have derived a direct financial benefit from the infringement, including in the form of commissions on transactions and paid advertisements for infringing goods and services.

67.    Defendants' acts of infringement were willful, in disregard of, and with indifference to the rights of Take-Two.

68.    As a direct and proximate result of the infringements alleged herein, Take-Two is entitled to damages and to Defendants' profits from the Infringing Game in amounts to be proven at trial, which are not currently ascertainable.  Alternatively, Take-Two is entitled to maximum statutory damages of $150,000 for each copyright infringed, or in such other amount as may be proper under 17

1    U.S.C. § 504(c). Take-Two further is entitled to its attorneys' fees and full costs

2    pursuant to 17 U.S.C. § 505.

3         69.    As a result of Defendants' conduct, Take-Two has sustained

4    irreparable injury for which there is no adequate remedy at law.  On information

5    and belief, unless enjoined and restrained by this Court, Defendants will continue

6    to infringe Plaintiff's rights in GTA V.  Take-Two is entitled to temporary,

7    preliminary, and permanent injunctive relief to restrain and enjoin Defendants'

8    continuing infringing conduct.

9                    **FOURTH CLAIM FOR RELIEF**

10       **Inducement of Copyright Infringement - (Against All Defendants)**

11        70.    Take-Two re-alleges and incorporates by reference the allegations in

12   paragraphs 1 through 69, as if set forth fully herein.

13        71.    By agreeing to the Rockstar TOS, users of GTA V receive a limited

14   license to access and use GTA V their own non-commercial, personal use only,

15   and agree not to "hack," modify, or create derivative works from GTA V or its

16   software without the express written permission of Take-Two.  Users of the

17   PlayerAuctions Website who create, use, and commercially trade in such

18   unauthorized derivative versions of GTA V, including to create and market

19   "modded" accounts or "cheats," exceed the limited scope of the Rockstar TOS and

20   infringe Take-Two's copyrights in GTA V.

21        72.    Defendants have actively encouraged and induced users of GTA V to

22   engage in the foregoing copyright infringement, including, among other things, by

23   promoting the creation, selling, and buying of "modded" accounts and "cheats" for

24   GTA V, as well as by encouraging users to register with the PlayerAuctions so as

25   to become "buyers" and "sellers" of such materials and of related services.  As a

26   direct and proximate result of such inducement, Defendants' users have infringed

27   Take-Two's rights in GTA V.

28

Mitchell
Silberberg &
Knupp LLP
20545902.1

73.    Each such infringement by users of the PlayerAuctions Website constitutes a separate and distinct act of infringement.

74.    Defendants' acts of infringement were willful, in disregard of and with indifference to the rights of Take-Two.

75.    As a direct and proximate result of the infringements by Defendants, Take-Two is entitled to damages and to Defendants' profits in amounts to be proven at trial which are not currently ascertainable.  Alternatively, Take-Two is entitled to maximum statutory damages of $150,000 for each copyright infringed, or in such other amount as may be proper under 17 U.S.C. § 504(c).  Take-Two further is entitled to its attorneys' fees and full costs pursuant 17 U.S.C. § 505.

76.    As a result of Defendants' conduct, Take-Two has sustained and will continue to sustain irreparable injury, for which there is no adequate remedy at law.  On information and belief, unless enjoined and restrained by this Court, Defendants will continue to infringe Take-Two's copyrights.  Take-Two has no adequate remedy at law.  Take-Two is entitled to injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

## FIFTH CLAIM FOR RELIEF

### Trademark Infringement (15 U.S.C. § 1125(a)(1)) - (Against All Defendants)

77.    Take-Two re-alleges and incorporate by reference the allegations in paragraphs 1 through 76, as if set forth fully herein.

78.    By using the registered GTA Trademarks on the PlayerAuctions Website, Defendants' actions are likely to cause confusion, mistake, or deception as to the source, origin, sponsorship, or authenticity of the goods and services offered through the PlayerAuctions Website.

79.    Take-Two is entitled to the relief provided by 15 U.S.C. § 1117(a), including, but not limited to, Defendants' profits, Take-Two's damages, and the costs of this action.

Mitchell
Silberberg &
Knupp LLP
20545902.1

80.    Defendants knew of Take-Two's rights, and their infringement has been knowing, willful, and deliberate, such that the Court should award Take-Two its attorneys' fees pursuant to 15 U.S.C. § 1117.

81.    Defendants' activities have damaged, and threaten to continue damaging, Take-Two's reputation and goodwill.

82.    Take-Two has been, and continues to be, damaged by such acts in a manner that cannot be fully measured or compensated in economic terms and therefore have no adequate remedy at law. Furthermore, upon showing a violation of 15 U.S.C. § 1114, Take-Two is entitled to a rebuttable presumption of irreparable harm from that violation, and seeks permanent injunctive relief pursuant to 15 U.S.C. § 1116.

## SIXTH CLAIM FOR RELIEF

**False Designation of Origin (15 U.S.C. § 1125(a)) - (Against All Defendants)**

83.    Take-Two re-alleges and incorporates by reference the allegations in paragraphs 1 through 82, as if set forth fully herein.

84.    By virtue of Take-Two's continuous and extensive use in commerce of the GTA Trademarks, the GTA Trademarks have acquired secondary meaning in the marketplace in connection with Take-Two's goods and services.

85.    Defendants' use of the GTA Trademarks constitutes use of a false designation of origin or false and misleading representation in interstate commerce that wrongfully and falsely designates, describes and represents that Defendants' products and services are connected, affiliated or associated with, or authorized by Take-Two, and is likely to cause confusion as to Defendants' affiliation, connection or association with Take-Two, or as to the origin, sponsorship, approval or authorization of Defendants' products or services by Take-Two in violation of 15 U.S.C. §1125(a).

86.    Defendants knew of Take-Two's rights, and their infringement has been knowing, willful, and deliberate, such that the Court should award Take-Two its attorneys' fees pursuant to 15 U.S.C. § 1117.

87.    Defendants' activities have damaged, and threaten to continue damaging, Take-Two's reputation and goodwill.

88.    Take-Two has been, and continues to be, damaged by such acts in a manner that cannot be fully measured or compensated in economic terms and therefore have no adequate remedy at law. Furthermore, upon showing a violation of 15 U.S.C. § 1125(a), Take-Two is entitled to a rebuttable presumption of irreparable harm from that violation, and seeks permanent injunctive relief pursuant to 15 U.S.C. § 1116.

## SEVENTH CLAIM FOR RELIEF

### Intentional Interference with Contract - (Against All Defendants)

89.    Take-Two re-alleges and incorporates by reference the allegations in paragraphs 1 through 88, as if set forth fully herein.

90.    In order to install and play GTA V, users must assent to the Rockstar TOS, which is an enforceable contract between Take-Two and players of GTA V, and offers the sole means by which users can obtain a limited license to use the GTA V software.

91.    Each time a "buyer" or "seller" conducts a transactions on the PlayerAuctions Website, or creates or uses materials that are commercially bought and sold through the Website, the user breaches the Rockstar TOS.

92.    Defendants are aware of both the existence and specific relevant terms of the Rockstar TOS.  Defendants nonetheless intentionally induce users of GTA V to buy and sell items, including GTA V accounts and other in-game items, and to otherwise violate the Rockstar TOS, knowing that these activities by their customers is a breach of these customers' contracts with Take-Two.

93.     By inducing Take-Two's users to breach their contracts with Take-Two, Defendants have intentionally interfered, and continue to interfere, with the contracts between Take-Two and its users.

94.     As a direct and proximate result of Defendants' actions, Take-Two has suffered damage in an amount to be proven at trial, including but not limited to a loss of goodwill among users of GTA V, diversion of Take-Two's resources to attempt to detect and prevent violations of the Rockstar TOS, decreased profits, and a loss of profits from users whose accounts Take-Two has terminated for violation of the Rockstar TOS.

95.     As a further result of Defendants' actions, Defendants have unjustly obtained specifically identifiable property.  Those proceeds, which are directly attributable to Defendants' manipulation and misuse of GTA V and intentional interference with Take-Two's contracts, rightfully and equitably belong to Plaintiff.

96.     Defendants' intentional interference with the contracts between Take-Two and its licensed users entitles Take-Two to injunctive relief and compensatory damages, the imposition of a constructive trust over Defendants' wrongfully obtained proceeds, and other available relief.

97.     Defendants are also entitled to recover exemplary and punitive damages against Defendants.

## **PRAYER FOR RELIEF**

WHEREFORE, Take-Two prays that this Court enter judgment in its favor on each and every claim for relief set forth above and award it relief including, but not limited to, an Order:

1.      Preliminarily and permanently enjoining Defendants, their officers, employees, agents, subsidiaries, representatives, distributors, dealers, members, affiliates, licensees, Internet service providers, and all persons acting in concert or

participation with them, or under their direction or control, from any of the following activities:

    (a)   from operating any marketplace or platform, virtual or physical, including without limitation the PlayerAuctions Website, that permits or otherwise facilitates trading, advertising, exchanging, buying, selling, transfer, or dealing in "Virtual Currency," "Virtual Goods," or "Game Accounts," as well as any currency, items, or accounts used in GTA V or in any game, application, and/or app that Take-Two or its subsidiaries (including but not limited to Rockstar Games), makes available to the public;

    (b)   from aiding, abetting, contributing to, or otherwise assisting, benefiting or inducing any such acts of trade, advertising, exchange, buying, selling, transfer, or dealing in "Virtual Currency," "Virtual Goods," or "Game Accounts" as described in sub-paragraph (a) above, or any other such acts intentionally interfering with Take-Two's contracts with its users and players;

    (c)   from using, displaying, exhibiting, reproducing, distributing, selling or offering for sale, any product or service featuring images and code from GTA V, without prior authorization from Take-Two;

    (d)   from aiding, abetting, contributing to, or otherwise assisting, benefiting, or inducing conduct involving unauthorized "hacking," alteration, or modification of GTA V or its software;

    (e)   from infringing the GTA Trademarks in any manner, and from falsely representing or suggesting that Take-Two sponsors, endorses, approves, or otherwise is affiliated with Defendants and their products and services, including but not limited to on or in connection with the PlayerAuctions Website;

(f)    from effecting any assignments or transfers forming new entities or associations, or utilizing any other means or device for the purpose of circumventing or otherwise avoiding the prohibitions set forth herein;

2.    Finding that Defendants' actions were willful, deliberate, and malicious;

3.    Finding that Defendants' actions were malicious, oppressive, and/or fraudulent;

4.    Awarding Take-Two compensatory damages for trademark infringement and false designation of origin under the Lanham Act.

5.    Awarding Take-Two its full costs and attorneys' fees in this action.

6.    Awarding Take-Two exemplary and punitive damages against Defendants on Take-Two's cause of action for intentional interference with contractual relations.

7.    Awarding Take-Two restitution of Defendants' unlawful proceeds, including an accounting of any and all monies earned by the PlayerAuctions Website and/or any from other products or services that violate any of Take-Two's rights.

8.    Imposing a constructive trust over the proceeds unjustly obtained by Defendants through operation and/or monetization of the PlayerAuctions and/or any other products or services that violate any of Take-Two's rights.

9.    Awarding such other and further relief as this Court may deem just and appropriate.

DATED: March 4, 2025             MITCHELL SILBERBERG & KNUPP LLP


By:    _Karin Pagnanelli_____
         Karin G. Pagnanelli (SBN 174763)
         Marc E. Mayer (SBN 190969)
         James D. Berkley (SBN 347919)
         Attorneys for Plaintiff Take-Two
         Interactive Software, Inc.

1

## **JURY DEMAND**

2

Take-Two demands a trial by jury on all issues so triable.

3

DATED: March 4, 2025                    MITCHELL SILBERBERG & KNUPP LLP

4

5

By: _____
6      Karin G. Pagnanelli (SBN 174763)
       Marc E. Mayer (SBN 190969)
7      James D. Berkley (SBN 347919)
       Attorneys for Plaintiff Take-Two
8      Interactive Software, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28