**DYKEMA GOSSETT LLP**
Brian H. Newman (SBN 205373)
*bnewman@dykema.com*
444 S. Flower Street, Suite 2200
Los Angeles, CA  90071
Telephone:  (213) 457-1800
Facsimile:  (213) 457-1850

**DYKEMA GOSSETT PLLC**
Michael J. Word (*pro hac vice*)
*MWord@dykema.com*
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Telephone:  (312) 876-1700
Facsimile:  (312) 876-1155

J. Daniel Harkins (*pro hac vice*)
*dharkins@dykema.com*
Ryan D. Borelo (*pro hac vice*)
*rborelo@dykema.com*
112 East Pecan Street, Suite 1800
San Antonio, TX 78205
Telephone:  (210) 554-5500
Facsimile:  (866) 219-7593

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>PLAYERAUCTIONS, INC., a company organized under the laws of Delaware; IMI EXCHANGE LLC, a company organized under the laws of Delaware; PAIAO NETWORK TECHNOLOGY (SHANGHAI) CO., LTD. (拍奥网络科技（上海）有限公 司), a/k/a PLAYERAUCTIONS (SH) CO. LTD., a company organized under the laws of China; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:25-cv-01880 ODW (JDE)<br><br>**DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO TAKE-TWO INTERACTIVE SOFTWARE, INC.'S FIRST AMENDED COMPLAINT AND COUNTERCLAIMS** |

DYKEMA GOSSETT LLP<br>444 SOUTH FLOWER STREET<br>SUITE 2200<br>LOS ANGELES, CALIFORNIA 90071

Defendants PlayerAuctions, Inc. and IMI Exchange LLC (collectively "Defendants") answer the First Amended Complaint (the "Complaint") of Plaintiff Take-Two Interactive Software, Inc. ("Plaintiff") as follows:

## ANSWER

In accordance with Federal Rule of Civil Procedure 8(b), Defendants generally deny all allegations in the Complaint except as specifically admitted below. Defendants respond to the separately numbered paragraphs in the Complaint as follows:

## Preliminary Statement

1.      Defendants lack sufficient information to admit or deny the allegations in Paragraph 1 of the Complaint and, on that basis, deny them.

2.      Defendants deny the allegations in Paragraph 2 of the Complaint.

3.      Defendants deny the allegations in Paragraph 3 of the Complaint.

4.      Defendants deny the allegations in Paragraph 4 of the Complaint.

5.      Defendants deny the allegations in Paragraph 5 of the Complaint.

6.      In response to Paragraph 6 of the Complaint, Defendants admit that Plaintiff has contacted Defendant PlayerAuctions, Inc. regarding the website PlayerAuctions.com.  Defendants deny the remaining allegations in Paragraph 6 of the Complaint.

## The Parties

7.      Defendants lack sufficient information to admit or deny the allegations in Paragraph 7 of the Complaint and, on that basis, deny them.

8.      Defendants admit the allegations in Paragraph 8 of the Complaint.

9.      Defendants admit the allegations in Paragraph 9 of the Complaint.

10.      Defendants lack sufficient information to admit or deny the allegations in Paragraph 10 of the Complaint and, on that basis, deny them.

11.      Defendants lack sufficient information to admit or deny the allegations in Paragraph 11 of the Complaint and, on that basis, deny them.

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

12.     Defendants deny the allegations in Paragraph 12 of the Complaint.

13.     In response to Paragraph 13 of the Complaint, Defendants admit that Plaintiff purports to bring a civil action seeking relief under the Copyright Act, the Lanham Act, and California state law, though  Defendants deny Plaintiff is entitled to any relief thereunder. Defendants deny the remaining allegations in Paragraph 13 of the Complaint.

14.     Paragraph 14 of the Complaint comprises legal conclusions, which Defendants are not required to admit or deny.

15.     In response to Paragraph 15 of the Complaint, Defendants admit that they have conducted business in the State of California.  Whether or not this Court has personal jurisdiction over Defendants is a legal conclusion, which Defendants are not required to admit or deny.

16.     In response to Paragraph 16 of the Complaint, Defendants admit that they have conducted business in this judicial district.  Whether or not venue is proper in this judicial district is a legal conclusion, which Defendants are not required to admit or deny.

## ALLEGED FACTS APPLICABLE TO ALL CAUSES OF ACTION

### Take-Two and GTA V

17.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 17 of the Complaint and, on that basis, deny them.

18.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 18 of the Complaint and, on that basis, deny them.

19.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 19 of the Complaint and, on that basis, deny them.

20.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 20 of the Complaint and, on that basis, deny them.

21.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 21 of the Complaint and, on that basis, deny them.

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

### The Rockstar TOS

22.    Defendants lack sufficient information to admit or deny the allegations in Paragraph 22 of the Complaint and, on that basis, deny them.

23.    Defendants lack sufficient information to admit or deny the allegations in Paragraph 23 of the Complaint and, on that basis, deny them.

24.    Defendants lack sufficient information to admit or deny the allegations in Paragraph 24 of the Complaint and, on that basis, deny them.

25.    Defendants lack sufficient information to admit or deny the allegations in Paragraph 25 of the Complaint and, on that basis, deny them.

26.    Defendants lack sufficient information to admit or deny the allegations in Paragraph 26 of the Complaint and, on that basis, deny them.

27.    In response to Paragraph 27 of the Complaint, Defendants admit that Exhibit B of the Complaint purports to list certain registered copyrighted works with their respective copyright registration numbers. Defendants lack sufficient information to admit or deny the remaining allegations in Paragraph 27 of the Complaint and, on that basis, deny them.

28.    In response to Paragraph 28 of the Complaint, Defendants admit that Exhibit C of the Complaint purports to list certain registered trademarks with their respective trademark registration numbers. Defendants lack sufficient information to admit or deny the remaining allegations in Paragraph 28 of the Complaint and, on that basis, deny them.

### Alleged Operation of the PlayerAuctions Website

29.    Defendants deny the allegations in Paragraph 29 of the Complaint.

30.    Defendants deny the allegations in Paragraph 30 of the Complaint.

31.    Defendants deny the allegations in Paragraph 31 of the Complaint.

32.    Defendants deny the allegations in Paragraph 32 of the Complaint.

33.    Defendants deny the allegations in Paragraph 33 of the Complaint.

34.    Defendants deny the allegations in Paragraph 34 of the Complaint.

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

35.     Defendants deny the allegations in Paragraph 35 of the Complaint.

36.     Defendants deny the allegations in Paragraph 36 of the Complaint.

37.     Defendants deny the allegations in Paragraph 37 of the Complaint.

### PlayerAuctions' Alleged Control Over Its Users And Its Website

38.     Defendants deny the allegations in Paragraph 38 of the Complaint.

39.     Defendants admit that sellers who transact on PlayerAuctions' website must agree to do so under certain terms and conditions. Defendants deny the remaining allegations in Paragraph 39 of the Complaint.

### PlayerAuctions' Alleged Willful Infringement

40.     Defendants deny the allegations in Paragraph 40 of the Complaint.

41.     Defendants admit that search engine optimization is used to market PlayerAuctions' website and services. Defendants deny the remaining allegations in Paragraph 41 of the Complaint.

42.     Defendants deny the allegations in Paragraph 42 of the Complaint.

43.     In response to Paragraph 43 of the Complaint, Defendants admit that Plaintiff has contacted Defendant PlayerAuctions, Inc. regarding PlayerAuctions' website. Defendants deny the remaining allegations in Paragraph 43 of the Complaint.

44.     Defendants deny the allegations in Paragraph 44 of the Complaint.

45.     Defendants deny the allegations in Paragraph 45 of the Complaint.

### FIRST CLAIM FOR RELIEF

### Direct Copyright Infringement - (Against All Defendants)

46.     In response to Paragraph 46 of the Complaint, Defendants incorporate by reference their prior responses to Paragraphs 1-45 as if fully set forth herein.

47.     In response to Paragraph 47 of the Complaint, the Copyright Office's records speak for themselves, and Defendants are not required to admit or deny those records. Defendants lack sufficient information to admit or deny the remaining allegations in Paragraph 47 of the Complaint and, on that basis, deny them.

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

48.    Defendants deny the allegations in Paragraph 48 of the Complaint.

49.    Defendants deny the allegations in Paragraph 49 of the Complaint.

50.    Defendants deny the allegations in Paragraph 50 of the Complaint.

51.    Defendants deny the allegations in Paragraph 51 of the Complaint.

52.    Defendants deny the allegations in Paragraph 52 of the Complaint.

## SECOND CLAIM FOR RELIEF

### Contributory Copyright Infringement - (Against All Defendants)

53.    In response to Paragraph 53 of the Complaint, Defendants incorporate by reference their prior responses to Paragraphs 1-52 as if fully set forth herein.

54.    In response to Paragraph 54 of the Complaint, the Copyright Office's records speak for themselves, and Defendants are not required to admit or deny those records. Defendants lack sufficient information to admit or deny the remaining allegations in Paragraph 54 of the Complaint and, on that basis, deny them.

55.    Defendants deny the allegations in Paragraph 55 of the Complaint.

56.    Defendants deny the allegations in Paragraph 56 of the Complaint.

57.    Defendants deny the allegations in Paragraph 57 of the Complaint.

58.    Defendants deny the allegations in Paragraph 58 of the Complaint.

59.    Defendants deny the allegations in Paragraph 59 of the Complaint.

60.    Defendants deny the allegations in Paragraph 60 of the Complaint.

## THIRD CLAIM FOR RELIEF

### Vicarious Copyright Infringement - (Against All Defendants)

61.    In response to Paragraph 61 of the Complaint, Defendants incorporate by reference their prior responses to Paragraphs 1-60 as if fully set forth herein..

62.    In response to Paragraph 62 of the Complaint, the Copyright Office's records speak for themselves, and Defendants are not required to admit or deny those records. Defendants lack sufficient information to admit or deny the remaining allegations in Paragraph 62 of the Complaint and, on that basis, deny them.

63.    Defendants deny the allegations in Paragraph 63 of the Complaint.

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

64.    Defendants deny the allegations in Paragraph 64 of the Complaint.

65.    Defendants deny the allegations in Paragraph 65 of the Complaint.

66.    Defendants deny the allegations in Paragraph 66 of the Complaint.

67.    Defendants deny the allegations in Paragraph 67 of the Complaint.

68.    Defendants deny the allegations in Paragraph 68 of the Complaint.

69.    Defendants deny the allegations in Paragraph 69 of the Complaint.

## FOURTH CLAIM FOR RELIEF

### Inducement of Copyright Infringement - (Against All Defendants)

70.    In response to Paragraph 70 of the Complaint, Defendants incorporate by reference their prior responses to Paragraphs 1-69 as if fully set forth herein..

71.    Paragraph 71 of the Complaint comprises legal conclusions, which Defendants are not required to admit or deny.

72.    Defendants deny the allegations in Paragraph 72 of the Complaint.

73.    Defendants deny the allegations in Paragraph 73 of the Complaint.

74.    Defendants deny the allegations in Paragraph 74 of the Complaint.

75.    Defendants deny the allegations in Paragraph 75 of the Complaint.

76.    Defendants deny the allegations in Paragraph 76 of the Complaint.

## FIFTH CLAIM FOR RELIEF

### Trademark Infringement (15 U.S.C. § 1125(a)(1)) - (Against All Defendants)

77.    In response to Paragraph 77 of the Complaint, Defendants incorporate by reference their prior responses to Paragraphs 1-76 as if fully set forth herein..

78.    Defendants deny the allegations in Paragraph 78 of the Complaint.

79.    Defendants deny the allegations in Paragraph 79 of the Complaint.

80.    Defendants deny the allegations in Paragraph 80 of the Complaint.

81.    Defendants deny the allegations in Paragraph 81 of the Complaint.

82.    Defendants deny the allegations in Paragraph 82 of the Complaint.

7

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

## SIXTH CLAIM FOR RELIEF

### False Designation of Origin (15 U.S.C. § 1125(a)) - (Against All Defendants)

83. In response to Paragraph 83 of the Complaint, Defendants incorporate by reference their prior responses to Paragraphs 1-82 as if fully set forth herein.

84. Paragraph 84 of the Complaint comprises legal conclusions, which Defendants are not required to admit or deny.

85. Defendants deny the allegations in Paragraph 85 of the Complaint.

86. Defendants deny the allegations in Paragraph 86 of the Complaint.

87. Defendants deny the allegations in Paragraph 87 of the Complaint.

88. Defendants deny the allegations in Paragraph 88 of the Complaint.

## SEVENTH CLAIM FOR RELIEF

### Intentional Interference with Contract - (Against All Defendants)

89. In response to Paragraph 89 of the Complaint, Defendants incorporate by reference their prior responses to Paragraphs 1-88 as if fully set forth herein.

90. Paragraph 90 of the Complaint comprises legal conclusions, which Defendants are not required to admit or deny.

91. Paragraph 91 of the Complaint comprises legal conclusions, which Defendants are not required to admit or deny.

92. Defendants deny the allegations in Paragraph 92 of the Complaint.

93. Defendants deny the allegations in Paragraph 93 of the Complaint.

94. Defendants deny the allegations in Paragraph 94 of the Complaint.

95. Defendants deny the allegations in Paragraph 95 of the Complaint.

96. Defendants deny the allegations in Paragraph 96 of the Complaint.

97. Defendants deny the allegations in Paragraph 97 of the Complaint.

98. Defendants deny the allegations in Paragraph 98 of the Complaint.

## PRAYER FOR RELIEF

Defendants deny that Plaintiff is entitled to any of the relief requested in the Complaint.

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

## AFFIRMATIVE DEFENSES

As and for separate and affirmative defenses, Defendants allege as follows:

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

99.    The Complaint fails to state a claim upon which relief can be granted for at least the following reasons:

Plaintiff's direct copyright infringement claim fails because it does not specify which images are infringing and fails to show Defendants' volitional conduct. Plaintiff's indirect copyright infringement claims fail because they are based on breaches of covenants in the Rockstar Terms of Service (TOS), not conditions. Any copyright infringement claims related to GTA Online must also be dismissed because Plaintiff failed to show copyright registration for that game, which is separate from GTA V, the only video game work for which Plaintiff is asserting copyright infringement.

Plaintiff's federal trademark infringement and false designation of origin claims will fail, among other reasons, because a reasonably prudent consumer is not likely to be confused by the source, origin, or affiliation of any GTA-related service on PlayerAuctions' website. Upon information and belief, consumers of PlayerAuctions' website services are adults (over the age of 18) who understand that buying, selling, and/or trading of GTA-related video game accounts, items, and currency on PlayerAuctions' website is not an activity that is sponsored by or endorsed by Take-Two. In fact, PlayerAuctions' website expressly disclaims any affiliation with Take-Two on every offer listing on the website for a GTA-related service. Moreover, the website's use of the name to identify authentic GTA-related video game accounts, items, and currency on the website is protected activity under the nominative fair use doctrine.

Plaintiff's intentional interference with contract claim will fail, among other reasons, because Defendants are not actively inducing Plaintiff's customers to breach

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND
AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

the Rockstar TOS, nor are Defendants acting in way that would intentionally disrupt the contract relationship, if any, between Plaintiff and its customers. Among other things, Defendants are not offering "cheat codes" that would substantially interfere with the Rockstar TOS, nor are Defendants launching "automated bots" that disrupt the game play experience on GTA V or GTA Online. To the contrary, PlayerAuctions' website offers a safe and secure marketplace for the purchase and sale of authentic GTA-related video game accounts, items, and currency. Upon information and belief, many of PlayerAuctions' customers for GTA-related services come to the website not because of any active inducement by PlayerAuctions, but because they previously had a positive experience on PlayerAuctions' website for buying, selling and/or trading a video game asset in another game and they wish to pursue a similar transaction for a GTA-related account, item, or currency. In addition, upon information and belief, the vast majority of Plaintiff's customers are under the age of 18 and do not have the legal capacity to consent to the Rockstar TOS. Plaintiff's efforts to enforce contracts with minors under the age of 18 is unconscionable and should not be allowed.

## SECOND AFFIRMATIVE DEFENSE

### (DMCA Safe Harbor)

100.   Defendants are protected from liability under the safe harbor provisions of the Digital Millennium Copyright Act, 17 U.S.C. § 512, having fully complied with all applicable statutory requirements.

## THIRD AFFIRMATIVE DEFENSE

### (Failure to Exhaust DMCA Remedies)

101.   Plaintiff's claims are barred because Plaintiff failed to exhaust the DMCA's mandatory notice-and-counter-notice process before filing this action.

## FOURTH AFFIRMATIVE DEFENSE

### (Copyright Misuse)

102.   Plaintiff's claims are barred by the doctrine of copyright misuse, as Plaintiff seeks to expand copyright protections beyond their lawful scope.

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND
AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

**FIFTH AFFIRMATIVE DEFENSE**

(Failure to Register Copyright)

103.   Plaintiff's copyright claims are barred pursuant to 17 U.S.C. § 411 for failure to register Plaintiff's copyright claim in the works it claims to be infringed prior to instituting this civil action for infringement.

**SIXTH AFFIRMATIVE DEFENSE**

(Invalid Copyright Registrations)

104.   Plaintiff's copyright registrations are invalid, or unenforceable, or both.

**SEVENTH AFFIRMATIVE DEFENSE**

(Copyright Fair Use)

105.   Any alleged use of Plaintiff's copyrighted material by Defendants or third parties constitutes fair use and is not actionable under the Copyright Act.

**EIGHTH AFFIRMATIVE DEFENSE**

(No Indirect Copyright Infringement Due to Breach of Covenant, Not Condition)

106.   Plaintiff's claims for contributory, vicarious, and induced infringement fail because they are based on alleged breaches of contractual covenants, not conditions, in the Rockstar Terms of Service.

**NINTH AFFIRMATIVE DEFENSE**

(Trademark Fair Use)

107.   Any alleged use of Plaintiff's trademarks by Defendants constitutes fair use and is not actionable under the Lanham Act.

**TENTH AFFIRMATIVE DEFENSE**

(Trademark Nominative Fair Use)

108.   Plaintiff's federal trademark claim is barred, in whole or in part, by the doctrine of nominative fair use. Upon information and belief, PlayerAuctions' website uses "Grand Theft Auto" and "GTA" to identify authentic GTA-related accounts, items, and currency that are available for sale. Use of the GTA name on PlayerAuctions' website is protected activity because PlayerAuctions cannot

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

11

reasonably refer to the fact that it offers GTA-related services without using the name GTA. The website does not use more of the GTA name than is necessary to identify the fact that it has GTA-related accounts, items, and currency available. And the website does not suggest that its services are sponsored by or endorsed by Plaintiff. In fact, PlayerAuctions' website expressly disclaims any affiliation with Plaintiff on every relevant offer listing page.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Invalid Contract – Rockstar Terms of Service)

109. The Rockstar Terms of Service is not a valid or enforceable contract.

## TWELFTH AFFIRMATIVE DEFENSE

### (Preemption)

110. Plaintiff's claims based on state law are preempted by federal law.

111. Plaintiff's claim for intentional interference with contract are preempted by US copyright law to the extent that Plaintiff bases such claim on acts giving rise to direct or indirect copyright infringement.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (No Wrongful Act)

112. Plaintiff fails to state a claim for intentional interference with contract because Defendants have not engaged in any independently wrongful act that directly relates to any alleged breach or interference with contract.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (No Damages)

113. Plaintiff has not suffered or cannot prove it has suffered any cognizable damages as a result of any conduct by Defendants.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

114. Plaintiff's claims are barred, in whole or in part, by a failure to mitigate damages, if any such damages even exist. Upon information and belief, Plaintiff

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

officially launched its GTA V and GTA Online video games in or about 2013. PlayerAuctions set up its marketplace for GTA V and GTA Online-related items accounts, assets, and services shortly after GTA V and GTA Online were first released. Players who have purchased GTA V or GTA Online have been using PlayerAuctions to trade accounts, assets, and services since GTA V and GTA Online were first released. Upon information and belief, Plaintiff has been aware of PlayerAuctions' website since around 2013, when PlayerAuctions began openly operating their marketplace for GTA V and GTA Online-related items. Consequently, for over ten years, PlayerAuctions has openly operated a marketplace for authentic GTA V and GTA Online-related video game accounts, items, and currency. During this ten-plus year period, PlayerAuctions has invested significant sums of time, money, and energy into its business, including the design, infrastructure, and security of the GTA marketplace. After over ten years of operation and investment, it would be unfair and prejudicial to Defendants to forever destroy the GTA marketplace based on specious federal copyright and trademark claims and infirm intentional interference causes of action.  Plaintiff has not taken reasonable steps to mitigate any such damages, including reasonable steps to take action against third parties that it contends may be infringing its proprietary material or violating the Rockstar TOS.

**SIXTEENTH AFFIRMATIVE DEFENSE**

(Intervening and Superseding Causes)

115.   Any alleged damages were proximately caused by the independent acts of third parties, which constitute intervening and superseding causes that preclude liability on the part of Defendants.

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Wrongful Acts of Third Parties)

116.   Plaintiff's damages, if any, were caused in whole or in part by the actions or omissions of third parties, and any recovery must be reduced or barred accordingly.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

117.   Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands. Upon information and belief, Plaintiff is not fully complying with California Business and Professions Code section 17500.6, which requires Plaintiff to make certain disclosures to its customers if in-game items and currency that are purchased through the GTA platform are sold pursuant to a license agreement.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Waiver)

118.   Plaintiff's claims are barred in whole or in part by the doctrine of waiver due to Plaintiff's knowing relinquishment of any alleged rights. Upon information and belief, Plaintiff officially launched its GTA V and GTA Online video games in or about 2013. PlayerAuctions set up its marketplace for GTA V and GTA Online-related items accounts, assets, and services shortly after GTA V and GTA Online were first released. Players who have purchased GTA V or GTA Online have been using PlayerAuctions to trade accounts, assets, and services since GTA V and GTA Online were first released. Upon information and belief, Plaintiff has been aware of PlayerAuctions' website since around 2013, when PlayerAuctions began openly operating its marketplace for GTA V and GTA Online-related items. Consequently, for over ten years, PlayerAuctions has openly operated a marketplace for authentic GTA V and GTA Online-related video game accounts, items, and currency. During this ten-plus year period, PlayerAuctions has invested significant sums of time, money, and energy into its business, including the design,

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

infrastructure, and security of the GTA marketplace. After over ten years of operation and investment, it would be unfair and prejudicial to Defendants to forever destroy the GTA marketplace based on specious federal copyright and trademark claims and infirm intentional interference causes of action.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Estoppel)

119.   Plaintiff is estopped from pursuing its claims due to its own conduct, omissions, and representations on which Defendants reasonably relied. Upon information and belief, Plaintiff officially launched its GTA V and GTA Online video games in or about 2013. PlayerAuctions set up its marketplace for GTA V and GTA Online-related items accounts, assets, and services shortly after GTA V and GTA Online were first released. Players who have purchased GTA V or GTA Online have been using PlayerAuctions to trade accounts, assets, and services since GTA V and GTA Online were first released. Upon information and belief, Plaintiff has been aware of PlayerAuctions' website since around 2013, when PlayerAuctions began openly operating its marketplace for GTA V and GTA Online-related items. Consequently, for over ten years, PlayerAuctions has openly operated a marketplace for authentic GTA V and GTA Online-related video game accounts, items, and currency. During this ten-plus year period, PlayerAuctions has invested significant sums of time, money, and energy into its business, including the design, infrastructure, and security of the GTA marketplace. After over ten years of operation and investment, it would be unfair and prejudicial to Defendants to forever destroy the GTA marketplace based on specious federal copyright and trademark claims and infirm intentional interference causes of action.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Acquiescence)

120.   Plaintiff's claims are barred by the doctrine of acquiescence because Plaintiff knowingly allowed the alleged conduct to continue without objection.

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

Upon information and belief, Plaintiff officially launched its GTA V and GTA Online video games in or about 2013. PlayerAuctions set up its marketplace for GTA V and GTA Online-related items accounts, assets, and services shortly after GTA V and GTA Online were first released. Players who have purchased GTA V or GTA Online have been using PlayerAuctions to trade accounts, assets, and services since GTA V and GTA Online were first released. Upon information and belief, Plaintiff has been aware of PlayerAuctions' website since around 2013, when PlayerAuctions began openly operating its marketplace for GTA V and GTA Online-related items. Consequently, for over ten years, PlayerAuctions has openly operated a marketplace for authentic GTA V and GTA Online-related video game accounts, items, and currency. During this ten-plus year period, PlayerAuctions has invested significant sums of time, money, and energy into their business, including the design, infrastructure, and security of the GTA marketplace. After over ten years of operation and investment, it would be unfair and prejudicial to Defendants to forever destroy the GTA marketplace based on specious federal copyright and trademark claims and infirm intentional interference causes of action.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Laches)

121.   Plaintiff's claims are barred, in whole or in part, by the doctrine of laches due to Plaintiff's unreasonable delay in bringing this lawsuit, which has prejudiced Defendants. Upon information and belief, Plaintiff officially launched its GTA V and GTA Online video games in or about 2013. PlayerAuctions set up its marketplace for GTA V and GTA Online-related items accounts, assets, and services shortly after GTA V and GTA Online were first released. Players who have purchased GTA V or GTA Online have been using PlayerAuctions to trade accounts, assets, and services since GTA V and GTA Online were first released. Upon information and belief, Plaintiff has been aware of PlayerAuctions' website since around 2013, when PlayerAuctions began openly operating their marketplace

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

for GTA V and GTA Online-related items. Consequently, for over ten years, PlayerAuctions has openly operated a marketplace for authentic GTA V and GTA Online-related video game accounts, items, and currency. During this ten-plus year period, PlayerAuctions has invested significant sums of time, money, and energy into their business, including the design, infrastructure, and security of their GTA marketplace. After over ten years of operation and investment, it would be unfair and prejudicial to Defendants to forever destroy the GTA marketplace based on specious federal copyright and trademark claims and infirm intentional interference causes of action.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Statute of Limitations)

122.   Plaintiff's claims are each barred, in whole or in part, by the applicable statutes of limitations, including 17 U. S. C. § 507(b) for Plaintiff's copyright claims and the applicable state-imposed statutes of limitation for Plaintiff's state claim of intentional interference with contractual relations. Upon information and belief, Plaintiff officially launched its GTA V and GTA Online video games in or about 2013. PlayerAuctions set up its marketplace for GTA V and GTA Online-related items accounts, assets, and services shortly after GTA V and GTA Online were first released. Players who have purchased GTA V or GTA Online have been using PlayerAuctions to trade accounts, assets, and services since GTA V and GTA Online were first released. Upon information and belief, Plaintiff has been aware of PlayerAuctions' website since around 2013, when PlayerAuctions began openly operating their marketplace for GTA V and GTA Online-related items. Consequently, for over ten years, PlayerAuctions has openly operated a marketplace for authentic GTA V and GTA Online-related video game accounts, items, and currency. During this ten-plus year period, PlayerAuctions has invested significant sums of time, money, and energy into their business, including the design, infrastructure, and security of their GTA marketplace. Plaintiff's failure to timely

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND
AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

act in response to the allegedly wrongful act of PlayerAuctions' establishment of the PlayerAuctions GTA marketplace, including its delay of more than 10 years, bars Plaintiff's claims because the time between Plaintiff's present claims and the time that Plaintiff did become aware, or reasonably should have become of aware, of Defendants' allegedly wrongful act exceeds the applicable statutes of limitation.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

(First Sale Doctrine)

123.   Plaintiff's federal trademark and copyright claims are barred, in whole or in part, by the first sale doctrine. Upon information and belief, the GTA-related accounts, items, and currency that are offered for sale on PlayerAuctions' website are authentic GTA video game assets. Upon information and belief, title to those assets passed or should have passed to Plaintiff's customers when Plaintiff charged them a fee for using or playing the GTA V or GTA Online games. Plaintiff's customers therefore have a right to resell the accounts, in-game items, and currency they have purchased from Plaintiff on PlayerAuctions' secondary-market website under the first sale doctrine.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

(Prohibition Against Extraterritorial Jurisdiction)

124.   Plaintiff's federal copyright and trademark claims are barred, in whole or in part, by the applicable prohibitions against extraterritorial jurisdiction. Federal trademark claims cannot be based on infringing conduct that occurs outside the United States. *Abitron Austria GMBH v. Hectronic Int'l, Inc.*, 600 U.S. 412 (2023). Similarly, Plaintiff's copyright claims "do not have any extraterritorial operation." *Impression Prods. v. Lexmark Int'l, Inc.*, 581 U.S. 360, 379 (2017).  Upon information and belief, PlayerAuctions' marketplace for GTA V and GTA Online-related accounts, items, and currency are available to customers around the world. To the extent Plaintiff seeks to use its federal trademark or copyright claims to enjoin or seek damages for conduct that occurs outside the United States (where the

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

buying, selling, and trading of video game assets may be legally permitted under a sovereign state's jurisdiction), Plaintiff's claims should be barred by the prohibition against extraterritorial jurisdiction.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Privilege/Justification to Protect Economic Interest)

125.    Plaintiff's tortious interference claims are barred, in whole or in part, because any actions taken were done in good faith and for a legitimate business purpose in allowing authentic GTA-related accounts, in-game items, and currency to be bought, sold, and traded using PlayerAuctions' website.

Defendants reserve the right to amend their Answer and Affirmative Defenses to the Complaint to include all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation of this case.

## PLAYERAUCTIONS' COUNTERCLAIMS

Counter-Plaintiff PlayerAuctions, Inc. ("Counter-Plaintiff" or "PlayerAuctions"), by and through its undersigned attorneys, hereby asserts the following counterclaims against Counter-Defendant Take-Two Interactive Software, Inc. ("Counter-Defendant" or "Take-Two"):

## PRELIMINARY STATEMENT

1.    Players of videogames can often invest hundreds of hours of their time developing and personalizing their characters, unlocking achievements, collecting and personalizing in-game assets, or simply becoming "experts" in playing a game. For good reason, these players believe they have an ownership interest in their

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND
AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

online characters and accounts, and that their gaming skills might be of value to other players.

2.      For almost 25 years, PlayerAuctions has served as a marketplace where videogame players could obtain value by exchanging their characters, equipment, and services for their videogames, and do so in a trusted environment.

3.      Grand Theft Auto Online ("GTA Online") is one of the hundreds of videogames included in the PlayerAuctions online marketplace.

4.      Players who have purchased GTA Online have been using PlayerAuctions to trade accounts, assets, and services since GTA Online was first released in October 2013.

5.      Upon information and belief, PlayerAuctions has been aware of the PlayerAuctions marketplace for GTA Online for more than 10 years.

6.      Notwithstanding its awareness of the PlayerAuctions marketplace for GTA Online for more than 10 years, Take-Two did not file a complaint against PlayerAuctions until the present complaint.

7.      Upon information and belief, at all relevant times, Take-Two has known that it does not have a legally supportable basis for bringing a claim of direct or indirect copyright infringement against PlayerAuctions.

8.      Upon information and belief, at all relevant times, Take-Two has known that it does not have a legally supportable basis to claim that each and every listing on the PlayerAuctions GTA Marketplace infringes a valid copyright of Take-Two.

9.      Notwithstanding Take-Two's knowledge that it lacks a legally supportable basis for bringing a claim of direct or indirect claim of copyright infringement against PlayerAuctions, and notwithstanding that Take-Two's knowledge that most, if not all, listings on the PlayerAuctions GTA Marketplace do not infringe any valid copyright of Take-Two, Take-Two has nevertheless asserted claims of direct and indirect copyright infringement against PlayerAuctions both via

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

its complaints in the instant action, and via improper DMCA takedown requests sent via Take-Two and its agents and representatives.

10.    In asserting its improper claims of direct and indirect copyright infringement against PlayerAuctions, Take-Two has knowingly exceeded the scope of the rights and protections afforded to it under copyright law.

11.    Take-Two's improper claims of direct and indirect copyright infringement have not been brought in good faith.  Rather, Take-Two has asserted its baseless claims of direct and indirect copyright infringement in an attempt to harass Counter-Plaintiff, cause reputational and monetary harm to Counter-Plaintiff and its legitimate business activities, and to adversely impact the relationship between PlayerAuctions and the players that use the PlayerAuctions marketplace.

## COUNTERCLAIM PARTIES

12.    Counter-Plaintiff PlayerAuctions, Inc. is a Delaware corporation with its principal place of business in Los Angeles, California.

13.    Upon information and belief, Take-Two is a Delaware corporation with its principal place of business in New York, New York.

## JURISDICTION AND VENUE

14.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1338 and 28 U.S.C. § 1331, because this is a civil action arising under the Copyright Act.

15.    This Court has specific personal jurisdiction over Take-Two because it is registered to do business in the State of California and does business within that state.  Further, by filing this action in this district, Take-Two has submitted to personal jurisdiction in this Court.

16.    For purposes of Counter-Plaintiff's Counterclaims set forth herein, venue is proper in this district under 28 U.S.C. § 1391(b)-(c) and 1400(b) because this action was filed in this district by Take-Two, and Take-Two has thus submitted to personal jurisdiction in this Court and has consented to this venue.

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

## FACTUAL ALLEGATIONS

17.     PlayerAuctions operates an online marketplace where users can buy and sell virtual goods and services related to various video games.

18.     Upon information and belief, Take-Two is the parent company of Rockstar Games, Inc., which publishes the video games Grand Theft Auto V and Grand Theft Auto Online.

19.     On April 26, 2024, Take-Two sent a DMCA takedown notice (the "Take-Two DMCA Takedown Notice") to PlayerAuctions, demanding the removal of nearly two thousand listings related to Grand Theft Auto V and Grand Theft Auto Online from PlayerAuctions' online marketplace.  A true and correct copy of the Take-Two DMCA Takedown Notice is attached as Exhibit A.

20.     In the Take-Two DMCA Takedown Notice, Take-Two claimed ownership of all intellectual property in Grand Theft Auto V and Grand Theft Auto Online, including trademark registrations, copyright registrations, and the underlying source code for the video games, including certain intellectual property that it referred to as "Take-Two IP."  A true and correct copy of the "Take-Two IP" attached as Appendix 1 to the Take-Two DMCA Takedown Notice is attached as Exhibit B.

21.     In the Take-Two DMCA Takedown Notice, Take-Two alleged that PlayerAuctions was hosting content that infringed Take-Two's intellectual property, including "modded" account sales, "money drop" services, and account "boosting" services.

22.     In the Take-Two DMCA Takedown Notice, Take-Two identified 1,982 webpage links (URLs) that Take-Two referred to as "Infringing Listings" and that Take-Two asserted to be material that infringes the Take-Two IP.  A true and correct copy of the "Infringing Listings" attached as Appendix 2 to the Take-Two DMCA Takedown Notice is attached as Exhibit C.

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

23.     In the Take-Two DMCA Takedown Notice, Take-Two knowingly made false and material misrepresentations relating to its claims that the "Infringing Listings" infringe Take-Two's copyrights.

24.     In the Take-Two DMCA Takedown Notice, Take-Two stated that PlayerAuctions was hosting listings for "Modded" Account Sales and further stated as follows: "Modded accounts are specific player accounts that have been manipulated using software that hacks Take-Two's copyrighted source code without authorization, often to give the account exorbitantly high game level ranking and in-game currency balance, and to unlock in-game content that users must normally obtain either through gameplay or purchasing such content using paid virtual currency."

25.     In the Take-Two DMCA Takedown Notice, Take-Two falsely identified user account listings as "Infringing Listings" even though such accounts had not been manipulated using software that hacks Take-Two's copyrighted source code.

26.     Upon information and belief, Take-Two knowingly made the misrepresentation that user account listings it identified as "Infringing Listings" had been manipulated using software that hacks Take-Two's copyrighted source code without authorization. Among the user account listings that Take-Two identified as "Infringing Listings" was a listing for an "unused" account that included in the description that "[t]he account has never been used" and that the "[career] and story mode are completely 0% progress!" Another listing that Take-Two identified as an "Infringing Listing" states that the user account was the result of the user having "grinded" a lot, meaning that the user account's ranking, in-game currency balance, and unlocked in-game content was simply the result of gameplay, and not any manipulation using software that hacks Take-Two's copyrighted source code. Upon information and belief, Take-Two knew that such listings had not been "manipulated using software that hacks Take-Two's copyrighted source code

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

23

without authorization, [] to give the account exorbitantly high game level ranking and in-game currency balance, and to unlock in-game content" for at least the reasons that the listing itself indicated clearly that the account had never been used and had no progress, or that the achievements and status associated with the account were obtained through gameplay.

27.    In the Take-Two DMCA Takedown Notice, Take-Two falsely states and misrepresents that "each of the Infringing Listings seeks to promote itself through the unauthorized use of Take-Two IP, including in promotional materials, in-game screenshots, and/or gameplay video."  In truth hundreds of the allegedly infringing listings identified in Take-Two's DMCA takedown notice did not include any screenshots, gameplay video, or other promotional materials containing Take-Two's copyrighted IP because such listings did not include any images or video at all.

28.    Upon information and belief, Take-Two knew that, or was at least willfully blind to the fact that, the "Infringing Listings" without images or video did not and could not include any screenshots, gameplay video, or other promotional materials containing Take-Two's copyrighted IP.

29.    In the Take-Two DMCA Takedown Notice, Take-Two also falsely states and misrepresents that each of the allegedly infringing listings involved "unauthorized modification of [Take-Two's] copyrighted source code."  In truth, the goods and services of the allegedly infringing listings identified in Take-Two's DMCA takedown notice do not require unauthorized modification of Take-Two's copyrighted source code.

30.    In the Take-Two DMCA Takedown Notice, Take-Two specifically acknowledges that GTA V and GTA Online account "boosting" services can be accomplished through "glitches."  Glitches do not involve unauthorized modification of the source code for these video games.

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

31.     In the Take-Two DMCA Takedown Notice, Take-Two also specifically acknowledges that GTA V and GTA Online account "boosting" services can be accomplished through "exploits."  Exploits do not involve unauthorized modification of source code.

32.     Upon information and belief, Take-Two knew that the allegedly infringing listings do not involve unauthorized modification of Take-Two's copyrighted source code for at least the reason that Take-Two knew that "glitches" and "exploits" do not require unauthorized modification of source code.  Take-Two was therefore aware that the "Infringing Listings" included goods and services that do not require modification of source code.

33.     In the Take-Two DMCA Takedown Notice, Take-Two also acknowledges that user accounts having high game level ranking, high in-game currency balance, and unlocked in-game content, and that "boosting" services to provide these features can be obtained through gameplay or purchasing such content using paid virtual currency.  Take-Two further acknowledges that gameplay (or "grinding") and purchasing such content using paid virtual currency do not require unauthorized modification of source code and do not infringe Take-Two's copyrights.

34.     Upon information and belief, Take-Two knew that the allegedly infringing listings do not involve unauthorized modification of Take-Two's copyrighted source code for at least the reason that Take-Two knew that the "Infringing Listings" included goods and services that were provided via gameplay or "grinding," or through using paid virtual currency.

35.     Upon information and belief, Take-Two did not consider the existence of fair use for the allegedly "Infringing Listings" when sending the Take-Two DMCA Takedown Notice.

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

36.     To the extent that any of the "Infringing Listings" included any screenshots or gameplay video, such material was insubstantial and otherwise qualifies as fair use of any copyrighted material.

37.     Take-Two has previously argued that material from its video games that amounts to insubstantial portions should qualify as fair use.

38.     Upon information and belief, had Take-Two properly considered the existence of fair use for the allegedly infringing listings when sending the Take-Two DMCA Takedown Notice, under its own, previously-stated views of "fair use" it would have recognized that any screenshots or gameplay included in such listings were fair use.

39.     In the Take-Two DMCA Takedown Notice, Take-Two demanded that PlayerAuctions immediately disable each of the allegedly infringing listings and threatened legal action if PlayerAuctions did not comply.

40.     PlayerAuctions complied with the Take-Two DMCA Takedown Notice by removing the allegedly infringing listings identified by Take-Two.

41.     Upon information and belief, Take-Two has sent additional DMCA takedown notices to PlayerAuctions, including through third-party agents and representatives, asserting that the listings contain infringing material or activity, based on similarly knowing and material misrepresentations.

42.     As a result of the Take-Two DMCA Takedown Notice and subsequent takedown notices, PlayerAuctions had to remove numerous listings from its marketplace, causing financial harm and damage to its business reputation.

## COUNT I

## MISREPRESENTATION UNDER THE DIGITAL MILLENNIUM COPYRIGHT ACT IN VIOLATION OF 17 U.S.C. § 512

(against Counter-Defendant Take-Two Interactive Software, Inc.)

43.     Counter-Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 42 of the Counterclaims as if fully set forth herein.

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

44. Section 512 of Title 17 of the United States Code provides as follows at subsection (f): "Misrepresentations.—Any person who knowingly materially misrepresents under this section—(1) that material or activity is infringing . . . shall be liable for any damages, including costs and attorneys' fees, incurred by the alleged infringer . . . or by a service provider, who is injured by such misrepresentation, as the result of the service provider relying upon such misrepresentation in removing or disabling access to the material or activity claimed to be infringing."

45. In the Take-Two DMCA Takedown Notice, Take-Two knowingly and materially misrepresented that each of the 1,982 URLs it identified as "Infringing Listings" was infringing Take-Two's copyrights.

46. Take-Two's knowledge of its material misrepresentations is evident from at least the clearly false statements in the Take-Two DMCA Takedown Notice itself.

47. Take-Two's knowledge of its material misrepresentations in the Take-Two DMCA Takedown Notice is evident from the false statement in the Notice that user account listings were "modded" accounts that had been manipulated using software that hacks Take-Two's copyrighted source code even though it was evident that such accounts had not been manipulated in any way, let alone using software that hacks Take-Two's copyrighted source code.

48. Take-Two's knowledge of its material misrepresentations in the Take-Two DMCA Takedown Notice is evident from the knowingly false statements in the Notice that Take-Two provided as the basis for its claim that such listings infringe its copyrights, including Take-Two's misrepresentations that "each of the Infringing Listings seeks to promote itself through the unauthorized use of Take-Two IP, including in promotional materials, in-game screenshots, and/or gameplay video," and that each of the allegedly infringing listings involved "unauthorized modification of [Take-Two's] copyrighted source code."

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

49.     Take-Two's knowledge that these statements were false is evident from the fact that hundreds of the allegedly infringing listings provided in the Take-Two DMCA Takedown Notice had no images or video at all, and could not have included Take-Two promotional materials, in-game screenshots, or gameplay video.

50.     Take-Two's knowledge that these statements were false is also evident from the fact that the goods and services in the allegedly infringing listings do not involve "unauthorized modification of [Take-Two's] copyrighted source code," which Take-Two itself knew given its acknowledgment that certain goods and services in the listings were provided via means that do not require modification of source code at all, including simply through using "glitches" or "exploits," which do not require source code modification.

51.     Upon information and belief, Take-Two currently knows, and knew before and at the time it sent the Take-Two DMCA Takedown Notice, that the listings in the account, money drop, and account boosting categories of the PlayerAuctions GTA Marketplace do not require hacking software to modify Take-Two's copyrighted source code without authorization, or any other infringement of Take-Two's copyrights.  Instead, such goods and services can be provided through means that do not require any modification of Take-Two's copyrighted source code, including through gameplay or purchasing content using paid virtual currency.

52.     Upon information and belief, Take-Two has a policy of strictly enforcing its copyrights, and of taking prompt enforcement action against perceived infringement of its copyrights.

53.     Upon information and belief, despite knowing about the PlayerAuctions GTA Marketplace for years before sending the Take-Two DMCA Takedown Notice, Take-Two had refrained from sending PlayerAuctions a take down notice pursuant to 17 U.S.C. §512 because Take-Two knew that it did not have a valid basis for asserting that listings in the PlayerAuctions GTA Marketplace infringed any of Take-Two's copyrights.

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND
AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

54.     Upon information and belief, Take-Two sent the Take-Two DMCA
Takedown Notice despite knowing that listings in the PlayerAuctions GTA
Marketplace did not infringe Take-Two's copyrights, and knowing that it was
misrepresenting that listings that it identified as "Infringing Listings" infringed
Take-Two's copyrights.

55.     Upon information and belief, Take-Two did not consider the existence
of fair use for the allegedly infringing listings when sending the Take-Two DMCA
Takedown Notice, or, at the very least, was willfully blind to the fair use of any
content in the allegedly infringing listings.

56.     By sending the Take-Two DMCA Takedown Notice to PlayerAuctions,
Take-Two attempted to claim as infringing activity certain activity that Take-Two
knew did not infringe any copyright of Take-Two.  Upon information and belief,
Take-Two sent the Take-Two DMCA Takedown Notice because it intended to harm
and disrupt PlayerAuctions' business in the GTA Marketplace and beyond.

57.     Take-Two knowingly and materially misrepresented the nature of the
allegedly infringing listings in its DMCA takedown notice and failed to fulfill its
legal obligation to consider fair use, in violation of its obligations under 17 U.S.C. §
512(f).

58.     As a direct and proximate result of the Take-Two DMCA Takedown
Notice and the knowing misrepresentations therein, PlayerAuctions was forced to
remove numerous listings from its marketplace, causing financial harm, lost profits,
and damage to its business reputation.

59.     Under 17 U.S.C. § 512(f) Take-Two is liable to PlayerAuctions for
damages, including costs and attorneys' fees, for knowingly and materially
misrepresenting that the identified material was infringing.

WHEREFORE, Counter-Plaintiff respectfully requests that this Court enter
judgment in its favor and against Take-Two as follows:

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND
AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

1.     Dismissing, with prejudice, Take-Two's Complaint against Defendants and entering final judgment in favor of Defendants, and against Take-Two, on all of Take-Two's claims;

2.     Denying all relief that Take-Two seeks in its Complaint and any amendments thereto;

3.     Entering judgment in favor of PlayerAuctions and against Take-Two on PlayerAuctions' Counterclaims;

4.     Awarding PlayerAuctions its damages, costs, and attorney's fees pursuant to 17 U.S.C. §§ 505 and 512(f);

5.     Enjoining Take-Two from misrepresenting that Defendants have infringed or are infringing Take-Two's copyrights, including pursuant to 17 U.S.C. § 512; and

6.     Entering any and all further relief that the Court deems just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), PlayerAuctions hereby demands trial by jury of all issues properly triable thereby, including but not limited to all such issues raised in Take-Two's Complaint and PlayerAuctions' Counterclaims.

Dated:  September 30, 2025          DYKEMA GOSSETT LLP


By: */s/ Brian H. Newman*
     Brian H. Newman
     Attorneys for Defendants
     PlayerAuctions, Inc. and IMI
     Exchange LLC

107220.000004 4909-7430-2572.9

DEFENDANTS PLAYERAUCTIONS, INC. AND IMI EXCHANGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

**EXHIBIT A**

# EXHIBIT A

**EXHIBIT A**



April 26, 2024

**By Email:** legal@playerauctions.com

Player Auctions
11301 W Olympic Blvd Suite 337
Los Angeles, CA 90064
Attn: Sarah Styslinger

    RE:   DMCA Takedown Notice; Cease & Desist
          Unauthorized Digital Goods – *Grand Theft Auto V*

Dear Ms. Styslinger:

    We are in-house counsel for Take-Two Interactive Software, Inc., the parent company of Rockstar Games, Inc. and its affiliated companies (together "Take-Two"). Take-Two is a leading worldwide publisher, developer, and distributor of interactive entertainment software; our products include some of the most popular video games in the world including *Grand Theft Auto V* and its multiplayer mode *Grand Theft Auto Online* (together "GTAV").

    Take-Two owns all intellectual property in GTAV, including trademark registrations for GRAND THEFT AUTO, GTA, and the game's logo; copyright registrations for the game, including but not limited to elements of gameplay and the audio-visual works, artwork, literary text, and related promotional materials for each game, and the underlying source code in the games. A representative sample of the relevant intellectual property owned by Take-Two in the United States and worldwide related to this notice is included in Appendix 1 (the "Take-Two IP"). Take-Two's rights extend to all the virtual objects, characters, vehicles, locations, and in-game currency contained within and generated through the operation of our online multiplayer game modes.

### DMCA Takedown Notice

    This letter serves as notice under Section 512(c)(3) of the Digital Millenium Copyright Act ("DMCA") that PlayerAuctions.com ("PlayerAuction") is hosting content that infringes the Take-Two IP including, without limitation, listings for the following infringing goods and services that constitute infringement by unauthorized reproduction/distribution of copies of the Take-Two IP, creation of unauthorized derivative works by altering the source code of the Take-Two IP, and unauthorize display or performance of Take-Two's copyrighted works for commercial purposes:

- "Modded" Account Sales. Modded accounts are specific player accounts that have been manipulated using software that hacks Take-Two's copyrighted source code without authorization, often to give the account exorbitantly high game level ranking and in-game currency balance, and to unlock in-game content that users must normally obtain either through gameplay or purchasing such content using paid virtual currency.

- "Money Drop" Services. Users sell the opportunity for other players to enter an in-game lobby where the seller will generate vast amounts of in-game virtual currency for the purchasing player, which is accomplished using hacking software to modify Take-Two's copyrighted source code without authorization.



April 26, 2024

- <u>Account "Boosting" Services.</u>  Users share their account with the seller and, in exchange for payment, allow the seller to use hacking software, glitches, or exploits to enhance their account to achieve a higher in-game level ranking, obtain exorbitantly high in-game currency balances, and/or unlock in-game content that users must normally obtain either through gameplay or by purchasing such content using paid virtual currency.

Attached as Appendix 2 is a spreadsheet containing a schedule of URL links to the listings on PlayerAuction for these infringing goods and services (the "Infringing Listings").  In addition to infringing the Take-Two IP through the unauthorized modification of our copyrighted source code, each of the Infringing Listings seeks to promote itself through the unauthorized use of Take-Two IP, including in promotional materials, in-game screenshots, and/or gameplay video.

We demand that PlayerAuction immediately (1) disable each of the Infringing Listings, and (2) notify the poster/seller of Take-Two's infringement claim.  We further demand that you preserve all information in your possession, custody, or control concerning each Infringing Listing and the identity of the poster/seller, including: the date the posting was made; the IP address from which the post originated; and any identifying information concerning the poster such as name, email address, in-game username, and physical address.

Take-Two has a good faith belief that the use of the Take-Two IP in the Infringing Listings is not authorized by Take-Two as the copyright owner, its agents, or the law; we state, under penalty of perjury, that the information in this letter is accurate and, as the owner of the Take-Two IP, that we are authorized to issue this notice.

As you know, in the event PlayerAuction refuses or fails to comply with this takedown notice, it will not be entitled to claim the protection of the DMCA safe harbor under 17 U.S.C. § 512(c)(1)(C). If you choose to ignore or disregard this letter, PlayerAuction risks being held directly liable for the reproduction, display, performance, distribution, and creation of unauthorized derivative works of the Take-Two IP, and may be subject to statutory damages of up to $150,000 per work infringed as well as Take-Two's full costs and attorneys' fees incurred in litigating to enforce our rights.

## Intentional Interference with Contract

Independent of its obligations to take-down infringing content under the DMCA, PlayerAuction's virtual goods and services marketplace related to GTAV is built on willful and intentional interference with Take-Two's contracts with each of its players.  We therefore demand that PlayerAuction disable such marketplaces and cease offering virtual goods and services related to GTAV.

To use Take-Two's products or services, players must first agree to the Take-Two Terms of Service ("TOS").[1]  The TOS specifically prohibits the sale of virtual goods, player accounts, or in-game virtual currency for real-world money:

- Players "agree not to sell, transfer, or share [their] Account, or [their] Account's user name or password" *See* TOS Section 1.3

---

[1] *See* https://www.take2games.com/legal/



April 26, 2024

- "Virtual Items have no monetary value, cannot be used outside of the Services, and may not be sold, transferred, or redeemed for real money or items of value outside of the Services." *See* TOS Section 3.

- Players must "use the Services for [their] own personal, non-commercial use, and [] will not commercially exploit the Services . . . include[ing] participating in, enabling, or encouraging the collection, sale or exchange of anything from the services (including but not limited to, any Virtual Items or Accounts)." *See* TOS Section 6.1

Take-Two's TOS is a valid, enforceable agreement between Take-Two and its users under New York law.

PlayerAuction is apparently aware of the Take-Two TOS and that it prohibits the sale of accounts, in-game assets, and virtual currency for real-world money; PlayerAuction's own terms expressly lists the following:

*2.6 – Transaction Risks. The risks assumed by Users when using this Site or conducting transactions are deemed "Transaction Risks." Transaction risks include the risks of liability or harm of any kind in connection with using the Site. Such risks shall include, but are not limited to:*

*. . .*

*b. Risks that the manufacture, importation, distribution, offer, display, purchase, sale, and/or use of products or <u>services offered or displayed on the Site may violate or be asserted to violate Third Party Rights</u> . . .*

*c. Risks that consumers, other purchasers, end-users of products, or <u>others claiming to have suffered injuries or harms relating to a product originally obtained by Users of the Site</u> as a result of the purchase and sale transactions in connection with using the Site <u>may . . .  assert claims arising from the use of such products</u>.*

(emphasis added).

Despite PlayerAuction's awareness of the contractual relationship between Take-Two and its players (including the prohibition of the sale or exchange of accounts and virtual items for real-world money), PlayerAuction is intentionally inducing and encouraging our players to violate the Take-Two TOS. Without limitation, its actions include: engaging in advertising to encourage players to buy and sell in-game items, accounts, and virtual currency; designing PlayerAuction to identify Infringing Listings by game or service type in order to promote and facilitate infringing transactions; attempting to attract users to PlayerAuction via Google and other search engine results (e.g. "GTA 5 Modded Account"); and integrating "Trustpilot" reviews directly into the PlayerAuction UI to encourage would-be purchasers to enter into transactions with the sellers on your platform.

This conduct constitutes tortious interference with the Take-Two TOS, and has caused ongoing harm to Take-Two including by reducing legitimate sales of in-game assets and currency, and degrading the quality of gameplay for innocent players by facilitating the manipulation and hacking of our multiplayer services. Furthermore, by violating the Take-Two TOS, PlayerAuction is encouraging our players to engage in activities that void their limited license under that agreement, making their continued use of the Take-Two IP unauthorized infringement. Accordingly, we demand that PlayerAuction immediately remove and permanently disable its online marketplace for GTA V. This includes, but is not limited to, all marketplace listings for accounts, in-game currency sales, and account "boost" services.



April 26, 2024

\* \* \* \*

Given the volume of Infringing Listings identified on PlayerAuction, this is an extremely serious matter for Take-Two; please confirm no later than 14 days that you will comply with your takedown obligations under the DMCA and act to disable your online marketplace.

This letter is not intended to be a comprehensive statement of the facts or Take-Two's claims; we expressly reserve all of Take-Two's rights, remedies, claims, and defenses.

Sincerely,

Andrew Ungberg
Sr. Director & Counsel,
Take-Two Interactive Software, Inc.

EXHIBIT B

# EXHIBIT B

EXHIBIT B

## APPENDIX 1 — TAKE-TWO IP

### COPYRIGHTS

| Copyrighted Work | Country | Registration No. | Year |
|---|---|---|---|
| *Grand Theft Auto V* | US | PA0001866337 | 2013 |
| *Grand Theft Auto V* (PC Code) | US | PA0001950397 | 2015 |
| *Grand Theft Auto V* (PS4 Code) | US | PA0001977069 | 2014 |
| *Grand Theft Auto V* (Xbox One Code) | US | PA0001977067 | 2014 |

### TRADEMARKS

| Trademark | Country | Registration No. | Class |
|---|---|---|---|
| ROCKSTAR | EU | 003391133<br>8374324 | Class 9<br>Class 25 |
| | UK | UK00903391133<br>UK00908374324 | Class 9<br>Class 25 |
| | US | 5,639,907 | Class 25 |
| ROCKSTAR GAMES | China | 6943681 | Class 41 |
| | EU | 007243983<br>9809443<br>10487015<br>8274251 | Class 9<br>Class 25<br>Class 28<br>Class 41 |
| | UK | UK00907243983<br>UK00909809443<br>UK00910487015<br>UK00908274251 | Class 9<br>Class 25<br>Class 28<br>Class 41 |
| | US | 4,037,654<br>4,303,689<br>6,230,637 | Class 9<br>Class 28<br>Class 41 |

| Trademark | Country | Registration No. | Class |
|---|---|---|---|
| | China | 6931349<br>7391727<br>7391949<br>7391950<br>7392031<br>11645972 | Class 9<br>Class 16<br>Class 25<br>Class 38<br>Class 41 |
| | EU | 7244395<br>10487114 | Class 9<br>Class 28 |
| | UK | UK00907244395<br>UK00910487114 | Class 9<br>Class 28 |
| | US | 4,034,074<br>3,631,311<br>3,843,554 | Class 9<br>Class 25<br>Class 41 |
| GRAND THEFT AUTO | EU | 000372268<br>8374332<br>007245376 | Class 9<br>Class 25<br>Class 41 |
| | UK | UK00900372268<br>UK00908374332<br>UK00907245376 | Class 9<br>Class 25<br>Class 41 |
| | US | 2,148,765<br>4,321,159 | Class 9<br>Class 25 |
| | EU | 006999049 | Class 9 |
| | UK | UK00906999049 | Class 9 |
| | US | 4,510,940 | Class 9 |
| | EU | 17222381 | Class 9 |
| | UK | UK00917222381 | Class 9 |
| | US | 3257659 | Class 9 |
| | EU | 10433175 | Class 9 |
| | UK | UK00910433175 | Class 9 |
| | US | 4,743,893 | Class 9 |

| Trademark | Country | Registration No. | Class |
|---|---|---|---|
| | EU | 018129943 | Class 9, 16 |
| | UK | 3432136 | Class 9, 16 |
| GTA | China | 14045959 | Class 9 |
| | EU | 001154764 <br> 8374341 <br> 7405558 | Class 9 <br> Class 25 <br> Class 41 |
| | UK | UK00901154764 <br> UK00908374341 <br> UK00907405558 | Class 9 <br> Class 25 <br> Class 41 |
| | US | 3,439,237 | Class 9 |

3

**EXHIBIT C**

# EXHIBIT C

**EXHIBIT C**

URL

https://www.playerauctions.com/gta-account/206160516a!playstation-4-500-million-cash--cars--rp-rank-30--/
https://www.playerauctions.com/gta-account/206328354a!playstation-5-49-billion-pure-cash--rp-rank-120---/
https://www.playerauctions.com/gta-account/206353402a!playstation-4-1-billion-cash--cars--rp-rank-30---1/
https://www.playerauctions.com/gta-account/205986414a!300-modded-cars-rank-6666-and-7954791475-billions-/
https://www.playerauctions.com/gta-account/206405781a!ps5-account-fem--rank-2000--max-stats--fast-run--7/
https://www.playerauctions.com/gta-account/206406388a!xbox-next-gen-male--rank-200--fast-run--7-bi--modd/
https://www.playerauctions.com/gta-money/205396429c!pc-gta-v-money-delivery-safe--full-warranty-/
https://www.playerauctions.com/gta-account/206353160a!anti-banps4-with-1-billion-in-form-of-cash--cars--/
https://www.playerauctions.com/gta-power-leveling/205568666p!-modded-car-x5f1-wheels--bennys-wheels--modded-col/
https://www.playerauctions.com/gta-account/206327529a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/206385362a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-account/206406332a!xbox-next-gen-male--lvl-7999--max-stats--fast-run-/
https://www.playerauctions.com/gta-power-leveling/205992008p!xbox-500-m-gta-v-money-cash--cars/
https://www.playerauctions.com/gta-account/206024044a!xbox-series-xs--double-characters-8-billion---rank/
https://www.playerauctions.com/gta-power-leveling/205381152p!pc-only-los-santos-car-meet-max-reputation--1000-r/
https://www.playerauctions.com/gta-power-leveling/206238942p!xbox-onexs-50-million-boost-cashcars-l-any-custom-/
https://www.playerauctions.com/gta-account/206343811a!ps5-8-billion-cash--rp-120--300-modded-cars--modde/
https://www.playerauctions.com/gta-money/206331969c!ps5-500-m-pure-cash--fast-and-safe-delivery-/
https://www.playerauctions.com/gta-account/206400863a!xbox-new--male--7-billion-pure-cash-ultimate-accou/
https://www.playerauctions.com/gta-account/206282100a!playstation-4-1-billion-pure-cash-only--rp-rank-30/
https://www.playerauctions.com/gta-account/206321488a!playstation-5--100-million--cashcars-gifts--rp-ran/
https://www.playerauctions.com/gta-account/206406584a!xbox-sx-200million-in-80cash120mcars-random-level/
https://www.playerauctions.com/gta-money/206407679c!xbox-series-money-boost-service--with-safest-boost/
https://www.playerauctions.com/gta-account/206373873a!-xbox-xs-250-modded-cars-25-trillion-lvl-120-fastr/
https://www.playerauctions.com/gta-account/206405941a!xbox-next-gen-male--rank-140--max-stats--fast-run-/
https://www.playerauctions.com/gta-account/206290933a!premium-edition-gta-5-steam-account--fresh-0-hours/
https://www.playerauctions.com/gta-account/206138547a!new-created-2922024-ps5-colors--man-666--78-billon/
https://www.playerauctions.com/gta-account/206327403a!ultimate-ps5-package-120-level--300-modded-cars-8-/
https://www.playerauctions.com/gta-account/206228835a!xbox-one--dive-into-luxury-1-billion-in-assets-ove/
https://www.playerauctions.com/gta-account/205905178a!-xbox-xs--78-billion-bank-cash-200-modded-cars--mo/
https://www.playerauctions.com/gta-account/206366052a!ps5--79-billion-pure-cash-7900-million--rp-level-7/
https://www.playerauctions.com/gta-money/206247663c!deluxe-gta-5-boosting-affordable-quick-money-maste/
https://www.playerauctions.com/gta-account/206306847a!ps5-75-billion---rank-7981--200-modded-cars--femal/
https://www.playerauctions.com/gta-account/206384944a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-account/206344785a!xbox-one-double-character-78-billones--man-7981--1/
https://www.playerauctions.com/gta-power-leveling/206120421p!ps4-1-billion-boost-cashcars-l-9-years-of-experien/
https://www.playerauctions.com/gta-account/206344582a!ps5-8-billion-cash--rp-120--300-modded-cars--modde/
https://www.playerauctions.com/gta-account/206346140a!xbox-series-xs-with78billion-pure-cash--modded-out/
https://www.playerauctions.com/gta-account/206218678a!xbox-xs-series-1-billion-pure-cash--rp-120--150-mo/
https://www.playerauctions.com/gta-account/206401931a!ps5--new-geracao-female--7-billion-pure-cash-ultim/
https://www.playerauctions.com/gta-account/206193416a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206134106a!xbox-next-gen-male--rank-667--max-stats--fast-run-/
https://www.playerauctions.com/gta-account/206364612a!limited-offer--xbox-series-xs--25-trillion-cash-25/
https://www.playerauctions.com/gta-account/206328252a!anti-banps5-with-79-billion-pure-cash--rp-rank-100/
https://www.playerauctions.com/gta-account/206158184a!new--new--new-ps5-superfemale--lvl-292-best-accoun/
https://www.playerauctions.com/gta-account/206328300a!playstation-5-1-billion-pure-cash--rp-rank-120---1/
https://www.playerauctions.com/gta-power-leveling/205796081p!ps4ps5xbox-old-and-new-gen--100-million--pure-cash/
https://www.playerauctions.com/gta-account/206329857a!vip-ps5--75-billion-rank-7981-mk2-weapons-300-cars/
https://www.playerauctions.com/gta-power-leveling/206126581p!gta-5-boosting-xbox-ps4-ps5--150m-cash-150-million/
https://www.playerauctions.com/gta-money/206391777c!xbox-series-best-money-boosting-service--bonus--10/
https://www.playerauctions.com/gta-account/206328769a!anti-banxbox-series-xs-with-49-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206222166a!ultimate-xbox-series-package-120-rp-300-modded-car/
https://www.playerauctions.com/gta-account/206400842a!ps5-new--male--7-billion-pure-cash-ultimate-accoun/
https://www.playerauctions.com/gta-power-leveling/206120414p!ps4-bundle-100-lvl300-million-boost-cashcars-l-9-y/
https://www.playerauctions.com/gta-account/206364798a!special-60-off--xbox-series-xs--25-trillion-cash-2/
https://www.playerauctions.com/gta-account/206328425a!playstation-5-77-billion-pure-cash--rp-rank-1000--/

https://www.playerauctions.com/gta-power-leveling/205991999p!ps4ps5--150-m-gta-v-money-cash--cars/
https://www.playerauctions.com/gta-power-leveling/205991996p!ps4ps5-25-m-gta-v-money-cash--cars/
https://www.playerauctions.com/gta-account/206405774a!ps5-account-male--lvl-7999--max-stats--fast-run--7/
https://www.playerauctions.com/gta-account/205940850a!gta-5-rockstar-pc--1-billion-800-millions--6500-le/
https://www.playerauctions.com/gta-account/206208810a!xbox-one--19-trillion-cash--modded-cars--level-798/
https://www.playerauctions.com/gta-account/206348274a!ps5-77-billion-pure-cash---rp-7980--modded-outfits/
https://www.playerauctions.com/gta-account/206405215a!xbox-sx-total-1-billion-in--200mcash--800mcars-ran/
https://www.playerauctions.com/gta-power-leveling/206260661p!pc-steamepicrockstar-wts-500m-rankmax-statsfull-un/
https://www.playerauctions.com/gta-account/206019439a!steam-account--the-grand-theft-auto-v-premium-edit/
https://www.playerauctions.com/gta-power-leveling/206228927p!ps4-300-million-pure-cash-no-cars-/
https://www.playerauctions.com/gta-account/206161015a!xbox-next-gen-male--lvl-202-max-stats--fast-run--7/
https://www.playerauctions.com/gta-account/206400350a!in-need-of-urgent-money/
https://www.playerauctions.com/gta-power-leveling/206126945p!gta-5-boosting-xbox-ps4-ps5--leveling-1120-lvl--bo/
https://www.playerauctions.com/gta-account/205940837a!gta-5-rockstar-pc--1-billion-800-millions--7500-le/
https://www.playerauctions.com/gta-power-leveling/205719380p!ps5-to-120-lvlrank--boost-bonus-23-million-money-8/
https://www.playerauctions.com/gta-account/206199446a!promo300-modded-cars-rank-120-and-7850616167-billi/
https://www.playerauctions.com/gta-money/205287249c!cheap-and-safe-ps4-money--please-read-product-desc/
https://www.playerauctions.com/gta-power-leveling/206239047p!ps4-to-100-lvlrank--boost-bonus-1525-million-money/
https://www.playerauctions.com/gta-account/206400885a!ps4-gta-5-online-unlock-all-account-male-character/
https://www.playerauctions.com/gta-account/206193313a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206328717a!anti-banxbox-series-xs-with-49-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206289305a!ps5-7-billion-cash--rank-202--male--200-modded-car/
https://www.playerauctions.com/gta-account/206213777a!gta-5-pc-acc--fresh-0-hours-steam-account-fast-del/
https://www.playerauctions.com/gta-account/206343379a!ps5-modded-account-dual-characters-450-modded-cars/
https://www.playerauctions.com/gta-account/206353176a!playstation-4-1-billion-cash--cars--rp-rank-30---1/
https://www.playerauctions.com/gta-account/206352388a!xbox-one--gta5-account--7500000000-cash--male--fas/
https://www.playerauctions.com/gta-account/206236814a!promo300-modded-cars-rank-120-and-7860116167-billi/
https://www.playerauctions.com/gta-account/206327562a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/206331376a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-account/206234097a!xbox-new--rp-88-level-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/206345779a!vip-ps5--75-billion-rank-7981-mk2-weapons-300-cars/
https://www.playerauctions.com/gta-account/206361736a!gta-5-modded-account--level-7500--7-trillion--modd/
https://www.playerauctions.com/gta-account/206247869a!xbox-series-xs-vip-double-character-78-billones--m/
https://www.playerauctions.com/gta-account/206327659a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/206405081a!ultimate-xbox-series-package-120-rp-300-modded-car/
https://www.playerauctions.com/gta-account/206400348a!xbox-new-generation-double-character-male-327--fem/
https://www.playerauctions.com/gta-account/206126926a!modded-outfits-ps5-modded-cars-billion/
https://www.playerauctions.com/gta-account/206328469a!playstation-5-77-billion-pure-cash--rp-rank-1000--/
https://www.playerauctions.com/gta-account/206339554a!playstation-5-77-billion-pure-cash--rp-rank-1000--/
https://www.playerauctions.com/gta-power-leveling/206126940p!gta-5-boosting-xbox-ps4-ps5--leveling-1120-lvl--bo/
https://www.playerauctions.com/gta-account/206029457a!-social-clubpc1-billion-dollars--5-modded-outfits-/
https://www.playerauctions.com/gta-account/206146451a!gta-5-pc--social-club--115-billion-money--150-leve/
https://www.playerauctions.com/gta-account/206329045a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206327866a!xbox-series-new-gen-47-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206376554a!ps5--male-667--78-billones--modified-sets-20--200-/
https://www.playerauctions.com/gta-account/206390064a!xbox-one-19-trillion-pure-cash--7981-rp-level--max/
https://www.playerauctions.com/gta-power-leveling/206126505p!gta-5-boosting-xbox-ps4-ps5--300m-cash-300-million/
https://www.playerauctions.com/gta-power-leveling/206126573p!gta-5-boosting-xbox-ps4-ps5--200m-cash-200-million/
https://www.playerauctions.com/gta-account/206341180a!xbox-xs-series-1-billion-pure-cash--rp-120--150-mo/
https://www.playerauctions.com/gta-account/206328207a!xbox-series-new-gen-47-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-money/206406422c!ps5-enhanced-version-money-boost-service--with-saf/
https://www.playerauctions.com/gta-account/206407363a!xbox-old-gen-male--rank-1052--max-stats--fast-run-/
https://www.playerauctions.com/gta-power-leveling/206322436p!pc-modded-cars-any-car-is-possible-fast-delivery/
https://www.playerauctions.com/gta-power-leveling/206134036p!1200000000--any-lvl--all-unlocks--100-safe-method/
https://www.playerauctions.com/gta-account/205950427a!ps5--1billion-cash-1000m--rp-level--400--full-exce/
https://www.playerauctions.com/gta-account/206247854a!xbox-series-xs-vip-double-character-78-billones--m/
https://www.playerauctions.com/gta-account/206375959a!xbox-new--tryhard-rp-202-level-7-billion-pure-cash/

https://www.playerauctions.com/gta-power-leveling/206126659p!gta-5-boosting-xbox-ps4-ps5--100m-cash-100-million/
https://www.playerauctions.com/gta-account/206342354a!xbox-series-xs-79-billion---rank-666--male--200-mo/
https://www.playerauctions.com/gta-account/206193364a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206273408a!xbox-one-female-level-520--kd-8989-fast-run-x4--78/
https://www.playerauctions.com/gta-account/206335808a!ps5-modded-account-dual-characters-450-modded-cars/
https://www.playerauctions.com/gta-power-leveling/205980379p!pc-5-billion--any-level--max-stats--all-unlocks-sa/
https://www.playerauctions.com/gta-account/206364790a!double-character-78-billion--man-7981--18-mod-outf/
https://www.playerauctions.com/gta-account/206328049a!anti-banxbox-series-xs-with-1-billion-pure-cash--r/
https://www.playerauctions.com/gta-account/205976918a!gtav-online-ps4ps5-account--level-120--300-million/
https://www.playerauctions.com/gta-account/206401986a!ps5-new-generation--double-character-male-8000--fe/
https://www.playerauctions.com/gta-account/205940764a!gta-5-rockstar-pc--1-billion-950-millions--5500-le/
https://www.playerauctions.com/gta-account/206049755a!anti-banps4-with-250-million-in-form-of-cash--cars/
https://www.playerauctions.com/gta-account/206274466a!xbox-one-female-level-520--kd-8989-fast-run-x4--78/
https://www.playerauctions.com/gta-account/206193353a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206226880a!old-gen-version-xbox-one-only--rank-888-9-quintill/
https://www.playerauctions.com/gta-account/206331319a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-account/206304457a!gta-5-pc--social-club--3-billion-money--1000-level/
https://www.playerauctions.com/gta-account/205940832a!gta-5-rockstar-pc--1-billion-800-millions--4500-le/
https://www.playerauctions.com/gta-account/206407548a!xbox-old-gen-male--lvl-888--max-stats--fast-run--9/
https://www.playerauctions.com/gta-account/206328155a!xbox-series-new-gen-1-billion-pure-cash--rp-rank-1/
https://www.playerauctions.com/gta-account/206236676a!promo300-modded-cars-rank-120-and-7860116167-billi/
https://www.playerauctions.com/gta-account/205879438a!playstation-4-500-million-cash--cars--rp-rank-30--/
https://www.playerauctions.com/gta-account/206345699a!xbox-series--man-638-skull--78-billones--12-modifi/
https://www.playerauctions.com/gta-account/206233916a!ps5--1000m-only-cash--rp-lvl--400--full-access-ema/
https://www.playerauctions.com/gta-account/206328663a!anti-banxbox-series-xs-with-49-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206211981a!xbox-xs-series-77-billion-in-pure-cash-modded-outf/
https://www.playerauctions.com/gta-power-leveling/206238999p!ps4ps5-pure-cash--100-million-cash-only-boost-l-an/
https://www.playerauctions.com/gta-power-leveling/206134284p!300000000--any-lvl--all-unlocks--100-safe-method/
https://www.playerauctions.com/gta-account/206184910a!premium-edition-gta-5-steam-account--fresh-0-hours/
https://www.playerauctions.com/gta-account/206213779a!gta-5-pc-acc--fresh-0-hours-steam-account-fast-del/
https://www.playerauctions.com/gta-power-leveling/206120411p!ps4-bundle-120-lvl500-million-boost-cashcars-l-9-y/
https://www.playerauctions.com/gta-power-leveling/205308571p!only-for-pc--epic-games--rockstar--steam-25-billio/
https://www.playerauctions.com/gta-power-leveling/206126792p!gta-5-boosting-xbox-ps4-ps5--leveling-1120-lvl--bo/
https://www.playerauctions.com/gta-account/206404949a!ultimate-xbox-series-package-120-rp-300-modded-car/
https://www.playerauctions.com/gta-account/206028361a!493rp-4m-account/
https://www.playerauctions.com/gta-account/206328254a!playstation-5-77-billion-pure-cash--rp-rank-1000--/
https://www.playerauctions.com/gta-account/206328464a!anti-banps5-with-79-billion-pure-cash--rp-rank-100/
https://www.playerauctions.com/gta-account/206400810a!ps5-new-generation-double-character-male-560--fema/
https://www.playerauctions.com/gta-account/206405126a!ps5-account-double-character--m-1113-f-889--fast-r/
https://www.playerauctions.com/gta-account/206376384a!ps5-new--rp-395-level-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205940936a!gta-5-rockstar-pc--1-billion-700-millions--1360-le/
https://www.playerauctions.com/gta-account/206398748a!xbox-one-300350-modded-cars--1520-modded-outfits--/
https://www.playerauctions.com/gta-account/206184957a!xbox-series-new-gen-47-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206364112a!xbox-series-xs--25-trillion-cash-2500-billion---le/
https://www.playerauctions.com/gta-account/206354635a!best-gta-5--pc--rockstar-launcher--5-billions--500/
https://www.playerauctions.com/gta-account/206328148a!anti-banxbox-series-xs-with-1-billion-pure-cash--r/
https://www.playerauctions.com/gta-power-leveling/205987821p!xbox-gta-v-leveling-package-1120-level-up/
https://www.playerauctions.com/gta-power-leveling/206126715p!gta-5-boosting-xbox-ps4-ps5--leveling-150-lvl--bon/
https://www.playerauctions.com/gta-account/206274619a!anti-banps4-with-100-million-in-form-of-cash--cars/
https://www.playerauctions.com/gta-account/206038762a!playstation-4-400-million-cash--cars--rp-rank-50--/
https://www.playerauctions.com/gta-account/206328060a!anti-banxbox-series-xs-with-1-billion-pure-cash--r/
https://www.playerauctions.com/gta-account/206213803a!gta-5-pc-acc--fresh-0-hours-steam-account-fast-del/
https://www.playerauctions.com/gta-power-leveling/206161918p!10m-gta-money-boost/
https://www.playerauctions.com/gta-account/206385376a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-power-leveling/206278077p!playstation-5-gta-online--100million-in-form-of-ca/
https://www.playerauctions.com/gta-power-leveling/206161932p!500m-gta-money-boost/
https://www.playerauctions.com/gta-account/206328342a!playstation-5-49-billion-pure-cash--rp-rank-120--/

https://www.playerauctions.com/gta-account/206192249a!ps4--with-2-billion--cash-deluxos--rp-level-130--e/
https://www.playerauctions.com/gta-account/206327399a!ultimate-ps5-package-120-level--300-modded-cars-8-/
https://www.playerauctions.com/gta-account/206146142a!xbox-one--19-trillion-cash--modded-cars--level-798/
https://www.playerauctions.com/gta-power-leveling/206126589p!gta-5-boosting-xbox-ps4-ps5--leveling-175-lvl--bon/
https://www.playerauctions.com/gta-account/206314868a!78-billion-cash--rp-7981-level--modded-outfits--mo/
https://www.playerauctions.com/gta-power-leveling/206124651p!gta-5-boosting-xbox-ps4-ps5--75m-cash-75-million--/
https://www.playerauctions.com/gta-account/206222117a!ultimate-xbox-series-package-120-rp-150-modded-car/
https://www.playerauctions.com/gta-account/206366033a!ps5--79-billion-pure-cash-7900-million--rp-level-7/
https://www.playerauctions.com/gta-account/206407751a!ps4--1-billion--cash-deluxos--rp-level-130--exclus/
https://www.playerauctions.com/gta-power-leveling/206120422p!ps4-to-100-lvlrank--boost-bonus-1525-million-money/
https://www.playerauctions.com/gta-account/206328796a!anti-banxbox-series-xs-with-79-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206385877a!gta-v-for-fivem-social-club--full-access--only-fiv/
https://www.playerauctions.com/gta-account/205953082a!gtav-online--ps4ps5-account--level-120---1-billion/
https://www.playerauctions.com/gta-account/206274458a!xbox-one-female-level-520--kd-8989-fast-run-x4--78/
https://www.playerauctions.com/gta-account/206328259a!anti-banps5-with-79-billion-pure-cash--rp-rank-100/
https://www.playerauctions.com/gta-account/206377739a!ps5-new---rp-88-level-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/206385371a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-power-leveling/206124621p!gta-5-boosting-xbox-ps4-ps5--100m-cash-100-million/
https://www.playerauctions.com/gta-account/206157283a!-social-clubpc1-billion-dollars--5-modded-outfits-/
https://www.playerauctions.com/gta-account/206236810a!promo300-modded-cars-rank-120-and-7860116167-billi/
https://www.playerauctions.com/gta-power-leveling/206126711p!gta-5-boosting-xbox-ps4-ps5--leveling-150-lvl--bon/
https://www.playerauctions.com/gta-account/206342482a!ps5-8-billion-cash--rp-120--300-modded-cars--modde/
https://www.playerauctions.com/gta-power-leveling/206238937p!xbox-onexs-bundle-to-100-lvl300-million-boost-cash/
https://www.playerauctions.com/gta-power-leveling/205308573p!only-for-pc--epic-games--rockstar--steam-5-billion/
https://www.playerauctions.com/gta-account/206400857a!xbox-new--male--7-billion-pure-cash-ultimate-accou/
https://www.playerauctions.com/gta-power-leveling/206126603p!gta-5-boosting-xbox-ps4-ps5--leveling-150-lvl--bon/
https://www.playerauctions.com/gta-account/206186227a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206405808a!ps5-account-male--rank-90--fast-run--7-bi--modded-/
https://www.playerauctions.com/gta-power-leveling/206238997p!xbox-onexs-pure-cash--100-million-cash-only-boost-/
https://www.playerauctions.com/gta-account/206407298a!xbox-old-gen-male--rank-284--max-stats--fast-run--/
https://www.playerauctions.com/gta-account/206192528a!ps4--with-250-million--cash-deluxos--rp-level-130-/
https://www.playerauctions.com/gta-account/205994107a!xbox-series-xs---rp-141--78-billion--modded-outfit/
https://www.playerauctions.com/gta-power-leveling/205503098p!pc-100-ls-car-meet-rank/
https://www.playerauctions.com/gta-account/206328828a!anti-banxbox-series-xs-with-79-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206345696a!xbox-series--man-638-skull--78-billones--12-modifi/
https://www.playerauctions.com/gta-account/205940931a!gta-5-rockstar-pc--1-billion-750-millions--3500-le/
https://www.playerauctions.com/gta-account/206351938a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-account/206270273a!anti-banps4-with-200-million-in-form-of-cash--cars/
https://www.playerauctions.com/gta-account/206222172a!ultimate-xbox-series-package-120-rp-300-modded-car/
https://www.playerauctions.com/gta-power-leveling/206243991p!do-u-need-it-if-u-do-check-this-out-/
https://www.playerauctions.com/gta-account/206387506a!double---vip-delivery-at-the-moment--xbox-one--78-/
https://www.playerauctions.com/gta-account/206236806a!promo300-modded-cars-rank-120-and-7860116167-billi/
https://www.playerauctions.com/gta-account/206273053a!xbox-one-female-level-520--kd-8989-fast-run-x4--78/
https://www.playerauctions.com/gta-account/206193357a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206331298a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-account/206328824a!anti-banxbox-series-xs-with-79-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206192142a!ps4--with-2-billion--cash-deluxos--rp-level-130--e/
https://www.playerauctions.com/gta-account/206339560a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/205990358a!300-modded-cars-rank-666-and-7697320257-billions-f/
https://www.playerauctions.com/gta-account/206366198a!ps5--79-billion-pure-cash-7900-million--rp-level-7/
https://www.playerauctions.com/gta-account/206385199a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-account/206194192a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206311177a!xbox-one--16-trillion-cash--modded-cars--level-798/
https://www.playerauctions.com/gta-account/206302597a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-power-leveling/205381147p!pc-only-los-santos-car-meet-max-reputation--1000-r/
https://www.playerauctions.com/gta-account/206185059a!xbox-series-new-gen-77-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-power-leveling/205989799p!pc-5-billion--any-level--max-stats--all-unlocks-sa/

https://www.playerauctions.com/gta-account/206403865a!ps5--new---77-billion---level-1020---max-stats---q/
https://www.playerauctions.com/gta-account/206376183a!xbox-new--7-billion-cash--rank-272--male--200-modd/
https://www.playerauctions.com/gta-money/206192747c!xbox-one-gta-v-money-only-cash-with-safe-and-fast-/
https://www.playerauctions.com/gta-account/206357300a!ps4--1-billion-as-cash--deluxo--level-30-exclusiv/
https://www.playerauctions.com/gta-power-leveling/205991997p!ps4ps5-50-m-gta-v-money-cash--cars/
https://www.playerauctions.com/gta-account/206386468a!pc--epic-games--gta-5--30-billion-cash--level-750/
https://www.playerauctions.com/gta-account/206407420a!xbox-old-gen-male--lvl-7999--max-stats--fast-run--/
https://www.playerauctions.com/gta-account/205888829a!xbox-series-sx-72-billion---male--modded-outfits--/
https://www.playerauctions.com/gta-account/206157830a!-social-clubpc18-billion-dollars--5-modded-outfits/
https://www.playerauctions.com/gta-power-leveling/206126647p!gta-5-boosting-xbox-ps4-ps5--500m-cash-500-million/
https://www.playerauctions.com/gta-account/206329110a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206354681a!best-gta-5--pc--rockstar-launcher--5-billions--500/
https://www.playerauctions.com/gta-account/206374939a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-account/205940777a!gta-5-rockstar-pc--1-billion-900-millions--5500-le/
https://www.playerauctions.com/gta-account/206400335a!xbox-new-generation-double-character-male-327--fem/
https://www.playerauctions.com/gta-account/206185003a!xbox-series-new-gen-77-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206370069a!ps5--gta-online-modded-account--54-billion--rp-lvl/
https://www.playerauctions.com/gta-account/206337314a!ps5--chop-shop-diamond--double--character---78-bil/
https://www.playerauctions.com/gta-power-leveling/206260638p!pc-steamepicrockstar-wts-6bbonus-800m-rankmax-stat/
https://www.playerauctions.com/gta-account/206405947a!xbox-sx--50million-pure-cash--random-level-instant/
https://www.playerauctions.com/gta-account/206407466a!ps4--1-billion--cash-deluxos--rp-level-130--exclus/
https://www.playerauctions.com/gta-account/206366095a!ps5--79-billion-pure-cash-7900-million--rp-level-7/
https://www.playerauctions.com/gta-power-leveling/205504853p!pc-2-billion---any-level-1-to-8000-fast-run--max-s/
https://www.playerauctions.com/gta-account/206351971a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-account/206222169a!ultimate-xbox-series-package-120-rp-300-modded-car/
https://www.playerauctions.com/gta-power-leveling/206236937p!gta-5-online-cash-cars-buildings-weapons-level/
https://www.playerauctions.com/gta-power-leveling/206239066p!ps5-1-billion-money-boost-cashcars-l-any-custom-or/
https://www.playerauctions.com/gta-account/206406391a!xbox-sx-200million-in-80mcash120mcars-random-level/
https://www.playerauctions.com/gta-account/206390066a!xbox-one-19-trillion-pure-cash--7981-rp-level--max/
https://www.playerauctions.com/gta-account/206396355a!gta-5-online-premium-edition--20-games--fresh--0-h/
https://www.playerauctions.com/gta-power-leveling/206260631p!pc-steamepicrockstar-wts-8bbonus-1b-rankmax-statsf/
https://www.playerauctions.com/gta-power-leveling/206120429p!ps4ps5-100-million-boost-cashcars-l-8-years-of-exp/
https://www.playerauctions.com/gta-account/206328182a!xbox-series-new-gen-1-billion-pure-cash--rp-rank-1/
https://www.playerauctions.com/gta-account/206344706a!steam-pc-15-billion-cash--rp-level-8000--maxed-ski/
https://www.playerauctions.com/gta-account/206194500a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206405127a!ps5-account-double-character--m-667-f-656--fast-ru/
https://www.playerauctions.com/gta-account/206374247a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-account/205940921a!gta-5-rockstar-pc--1-billion-750-millions--4500-le/
https://www.playerauctions.com/gta-account/205905638a!-xbox-one--8-billion-bank--200-modded-cars--rp-ran/
https://www.playerauctions.com/gta-account/206222071a!xbox-xs-series-77-billion-in-pure-cash-modded-outf/
https://www.playerauctions.com/gta-account/206328901a!anti-banxbox-series-xs-with-79-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206192300a!ps-5-vip-double-character-78-billion-man-7981--18-/
https://www.playerauctions.com/gta-power-leveling/206134050p!2000000000--any-lvl--all-unlocks--100-safe-method/
https://www.playerauctions.com/gta-account/206407738a!ps4--1-billion--cash-deluxos--rp-level-130--exclus/
https://www.playerauctions.com/gta-account/206406413a!xbox-next-gen-male--rank-90--max-stats--fast-run--/
https://www.playerauctions.com/gta-account/206328483a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/206364119a!xbox-series-xs--25-trillion-cash-2500-billion---le/
https://www.playerauctions.com/gta-account/206058911a!playstation-4-800-million-cash--cars--rp-rank-30--/
https://www.playerauctions.com/gta-account/206186360a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-money/206247666c!deluxe-gta-5-boosting-affordable-quick-money-maste/
https://www.playerauctions.com/gta-account/206328459a!anti-banps5-with-79-billion-pure-cash--rp-rank-100/
https://www.playerauctions.com/gta-account/206405062a!ps5-account-male--rank-284--max-stats--fast-run--7/
https://www.playerauctions.com/gta-account/206378995a!xbox--new-generation--male--7-billion-pure-cash-ul/
https://www.playerauctions.com/gta-account/206387548a!xbox-one--78-billons-it-has-mod-cars--race-wea/
https://www.playerauctions.com/gta-account/206405969a!xbox-next-gen-male--rank-1052--max-stats--fast-run/
https://www.playerauctions.com/gta-power-leveling/205396435p!pc-1-billion---120-level--fast-run--max-stats--bun/
https://www.playerauctions.com/gta-money/205254124c!100-safe-l-ps4-boost-cashcars/

https://www.playerauctions.com/gta-account/206328678a!xbox-rank-666-frozen-kd-666-fast-run--max-stats--m/
https://www.playerauctions.com/gta-account/205976917a!gtav-online-p4ps5-account--level-100--1-billion--/
https://www.playerauctions.com/gta-account/206305325a!anti-banps4-with-400-million-in-form-of-cash--cars/
https://www.playerauctions.com/gta-account/206359454a!xbox-xs-series-8-billion-pure-cash--rp-120-or-7980/
https://www.playerauctions.com/gta-money/205512589c!pc-gta-online--fast-money-delivery--car-gift--max-/
https://www.playerauctions.com/gta-account/206321684a!ps6--handmade-----rank-643--2022--fastrun--unlock-c/
https://www.playerauctions.com/gta-account/206405751a!ps5-account-female--rank-7981--max-stats--fast-run/
https://www.playerauctions.com/gta-power-leveling/206302438p!custom-cars--modded-cars--max-unlocks--lvl-18000/
https://www.playerauctions.com/gta-account/205987226a!gtav-online--ps4ps5-account--level-120---500-milli/
https://www.playerauctions.com/gta-money/206391781c!steam-best-money-boosting-service--bonus--100-safe/
https://www.playerauctions.com/gta-power-leveling/205434739p!xbox-one-level-1709--25trillion-gta-v-normal-versi/
https://www.playerauctions.com/gta-account/206194464a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206407728a!ps4--1-billion--cash-deluxos--rp-level-130--exclus/
https://www.playerauctions.com/gta-account/206192506a!ps4--with-2-billion--cash-deluxos--rp-level-130--e/
https://www.playerauctions.com/gta-account/205987315a!gtav-online-ps4ps5-account--level-50--1-billion--/
https://www.playerauctions.com/gta-account/206362938a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-money/205907707c!ps4-money-safe-and-fast/
https://www.playerauctions.com/gta-account/205974234a!xbox-xs-series-8-billion-pure-cash--rp-120-or-7980/
https://www.playerauctions.com/gta-account/206328194a!anti-banxbox-series-xs-with-1-billion-pure-cash--r/
https://www.playerauctions.com/gta-money/206247669c!deluxe-gta-5-boosting-affordable-quick-money-maste/
https://www.playerauctions.com/gta-power-leveling/206161943p!50m-gta-money-boost/
https://www.playerauctions.com/gta-account/206299714a!ps-5-vip-double-character-78-billion--man-7981--18/
https://www.playerauctions.com/gta-account/206156761a!-social-clubpc8-billion-dollars--5-modded-outfits-/
https://www.playerauctions.com/gta-power-leveling/206129565p!pc-1-billion--any-level--max-stats--all-unlocks-sa/
https://www.playerauctions.com/gta-account/206404378a!xbox-new-ge-ultra-vip-male-517--78-billones--modif/
https://www.playerauctions.com/gta-account/206192800a!xbox-next-gen-male--lvl-395-max-stats--fast-run--7/
https://www.playerauctions.com/gta-account/206407661a!ps4--1-billion--cash-deluxos--rp-level-130--exclus/
https://www.playerauctions.com/gta-account/206376315a!xbox-new-double-character--77-billions--450-modded/
https://www.playerauctions.com/gta-account/206381634a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/206184960a!xbox-series-new-gen-47-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206064031a!xbox-next-gen-double-character--m-667-f-656--fast-/
https://www.playerauctions.com/gta-money/206369715c!playstation-4---500m-to-1billion-account-instant--/
https://www.playerauctions.com/gta-account/206328039a!xbox-series-new-gen-47-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/205904424a!-xbox-one---double-characters--8-billion--rank-7981/
https://www.playerauctions.com/gta-account/205957364a!gtav-online-ps4ps5-account--level-50--500-million/
https://www.playerauctions.com/gta-account/206328474a!anti-banps5-with-79-billion-pure-cash--rp-rank-100/
https://www.playerauctions.com/gta-account/206375973a!ps5-new--rp-202-level-7-billion-pure-cash-ultimat/
https://www.playerauctions.com/gta-account/206192514a!ps4--with-250-million--cash-deluxos--rp-level-130-/
https://www.playerauctions.com/gta-money/206272368c!pc-only/
https://www.playerauctions.com/gta-power-leveling/206226578p!ps4-bundle-100-lvl300-million-boost-cashcars-l-any/
https://www.playerauctions.com/gta-power-leveling/206126652p!gta-5-boosting-xbox-ps4-ps5--500m-cash-500-million/
https://www.playerauctions.com/gta-account/206400625a!xbox-new-double-character--male-rp-2000--woman-202/
https://www.playerauctions.com/gta-money/206364318c!ps5-money-boost--login-required/
https://www.playerauctions.com/gta-account/206400814a!ps5-new-generation-double-character-male-560--fema/
https://www.playerauctions.com/gta-account/206407693a!ps4--1-billion--cash-deluxos--rp-level-130--exclus/
https://www.playerauctions.com/gta-account/206273058a!xbox-one-female-level-520--kd-8989-fast-run-x4--78/
https://www.playerauctions.com/gta-account/206193419a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206385767a!xbox-one-double-character-78-billones--man-7981--1/
https://www.playerauctions.com/gta-account/206364583a!limited-offer--xbox-series-xs--25-trillion-cash-25/
https://www.playerauctions.com/gta-account/206387344a!double---vip-delivery-at-the-moment--xbox-one--78-/
https://www.playerauctions.com/gta-account/206344774a!xbox-one-double-character-78-billones--man-7981--1/
https://www.playerauctions.com/gta-account/206370077a!ps5--gta-online-modded-account--54-billion--rp-lvl/
https://www.playerauctions.com/gta-account/206375338a!steam-pc-15-billion-cash--rp-level-8000--maxed-ski/
https://www.playerauctions.com/gta-account/206400082a!ps5-new-generation--male---7-billion-pure-cash-ult/
https://www.playerauctions.com/gta-account/206366471a!id278epic-games-version-gta-account--modded-charac/
https://www.playerauctions.com/gta-power-leveling/206211293p!i-add-192-trillion-complete-account-to-your-existi/
https://www.playerauctions.com/gta-account/206405363a!xbox-sx-total-1-billion-in--200mcash--800mcars-ran/

https://www.playerauctions.com/gta-account/206407456a!xbox-old-gen-fem--rank-2000--max-stats--fast-run--/
https://www.playerauctions.com/gta-money/206263137c!xbox-series-xs-gta-v-money--fast-delivery-with-ext/
https://www.playerauctions.com/gta-account/206390098a!xbox-one-19-trillion-pure-cash--7981-rp-level--max/
https://www.playerauctions.com/gta-account/206405866a!best-gta-5--steam--30-billions--500-levels--all-un/
https://www.playerauctions.com/gta-account/206228837a!xbox-one--dive-into-luxury-1-billion-in-assets-ove/
https://www.playerauctions.com/gta-account/205986145a!300-modded-cars-rank-500-and-7953368412-billions-f/
https://www.playerauctions.com/gta-account/206258452a!xbox-one--exclusive-double-character-gta-online-mo/
https://www.playerauctions.com/gta-account/206345718a!xbox-one----vip-male-7983--79-billones--modified-s/
https://www.playerauctions.com/gta-account/206407081a!ps4--1-billion--cash-deluxos--rp-level-75--exclusi/
https://www.playerauctions.com/gta-power-leveling/206061253p!playstation-4--100million-only-cash-trusted--safes/
https://www.playerauctions.com/gta-account/206394442a!pc-social-club--3-billions--level-1-to-8000--max-s/
https://www.playerauctions.com/gta-account/206342166a!xbox-one--19-trillion-cash--modded-cars--level-798/
https://www.playerauctions.com/gta-account/206344819a!xbox-one-double-character-78-billones--man-7981--1/
https://www.playerauctions.com/gta-account/206365861a!ps5--79-billion-pure-cash-7900-million--rp-level-7/
https://www.playerauctions.com/gta-account/206329041a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206228834a!xbox-one--dive-into-luxury-1-billion-in-assets-ove/
https://www.playerauctions.com/gta-account/206403548a!xs-series-dual-characters-450-modded-cars-79b-cash/
https://www.playerauctions.com/gta-account/206364686a!limited-offer--xbox-series-xs--25-trillion-cash-25/
https://www.playerauctions.com/gta-account/206266933a!-grand-theft-auto-v---premium-editiongreat-white--/
https://www.playerauctions.com/gta-money/206391779c!epic-games-best-money-boosting-service--bonus--100/
https://www.playerauctions.com/gta-account/206374971a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-account/206399436a!xbox-new-generation--male---7-billion-pure-cash-ul/
https://www.playerauctions.com/gta-account/205981135a!300-modded-cars-rank-120-and-25-trillions-fast-run/
https://www.playerauctions.com/gta-power-leveling/205992004p!xbox-1000-m-gta-v-money-cash--cars/
https://www.playerauctions.com/gta-account/206328711a!anti-banxbox-series-xs-with-49-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206020943a!7-bil-500-cars-all-style-slots-full-of-modded-outf/
https://www.playerauctions.com/gta-account/206387485a!double---vip-delivery-at-the-moment--xbox-one--78-/
https://www.playerauctions.com/gta-account/205980534a!gtav-online-ps4ps5-account--level-50--100-million-/
https://www.playerauctions.com/gta-account/206405846a!best-gta-5--pc--rockstar-launcher--5-billions--500/
https://www.playerauctions.com/gta-account/206331666a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/206185086a!xbox-series-new-gen-77-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206328315a!anti-banxbox-series-xs-with-1-billion-pure-cash--r/
https://www.playerauctions.com/gta-account/206231081a!ps5-new--male-888--75-billones--modified-sets--200/
https://www.playerauctions.com/gta-account/206328840a!anti-banxbox-series-xs-with-79-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206403951a!xbox--new-generation-2-female-characters--female-l/
https://www.playerauctions.com/gta-power-leveling/205987691p!ps4ps5--1000-m-gta-v-money-cash--cars/
https://www.playerauctions.com/gta-power-leveling/206126734p!gta-5-boosting-xbox-ps4-ps5--leveling-175-lvl--bon/
https://www.playerauctions.com/gta-account/206401973a!xbox-new-generation--double-character-male-8000--f/
https://www.playerauctions.com/gta-account/205940826a!gta-5-rockstar-pc--1-billion-850-millions--8000-le/
https://www.playerauctions.com/gta-account/206387361a!double---vip-delivery-at-the-moment--xbox-one--78-/
https://www.playerauctions.com/gta-account/206364122a!xbox-series-xs--25-trillion-cash-2500-billion---le/
https://www.playerauctions.com/gta-account/206398338a!xbox-new-level-6666--7-billion--full-skills--fast-/
https://www.playerauctions.com/gta-account/205940806a!gta-5-rockstar-pc--1-billion-850-millions--3400-le/
https://www.playerauctions.com/gta-account/206406215a!xbox-sx--50million-pure-cash--random-level-instant/
https://www.playerauctions.com/gta-account/205993613a!gta-5-xbox-one-mod-6billion-rank-666-fast-run-247-/
https://www.playerauctions.com/gta-money/206406389c!ps4-normal-version-money-boost-service--with-safes/
https://www.playerauctions.com/gta-account/206193438a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206384898a!ps5-77-billion-pure-cash----rp-7980--modded-outfits/
https://www.playerauctions.com/gta-power-leveling/206126853p!gta-5-boosting-xbox-ps4-ps5--leveling-1100-lvl--bo/
https://www.playerauctions.com/gta-power-leveling/206239041p!ps4-800-million-boost-cashcars-l-any-custom-order-/
https://www.playerauctions.com/gta-money/206141831c!100-safe-l-ps4-boost-cashcars-and-custom-order/
https://www.playerauctions.com/gta-power-leveling/205543446p!level-boosting/
https://www.playerauctions.com/gta-account/206328767a!anti-banxbox-series-xs-with-49-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206374546a!-xbox-one--male-character--terrorbyte-unlocked---247/
https://www.playerauctions.com/gta-power-leveling/206089268p!pc-500-million--120-level--max-stats--all-unlocks-/
https://www.playerauctions.com/gta-account/206387307a!double---vip-delivery-at-the-moment--xbox-one--78-/
https://www.playerauctions.com/gta-money/206322694c!1-billion-money--any-level--fast-run--all-unlocks-/

https://www.playerauctions.com/gta-account/206213812a!gta-5-pc-acc--fresh-0-hours-steam-account-fast-del/
https://www.playerauctions.com/gta-account/206365796a!ps5--79-billion-pure-cash-7900-million--rp-level-7/
https://www.playerauctions.com/gta-account/206370117a!xbox-one-76-billion-cash--level-120--300-modded-ca/
https://www.playerauctions.com/gta-account/206339525a!ps5--rp-366-76-billion-pure-cash--modded-outfits--/
https://www.playerauctions.com/gta-account/206386795a!xbox-series-double-character-78-billion--man-7981-/
https://www.playerauctions.com/gta-account/206327664a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/206192510a!ps4--with-2-billion--cash-deluxos--rp-level-130--e/
https://www.playerauctions.com/gta-account/206213771a!gta-5-pc-acc--fresh-0-hours-steam-account-fast-del/
https://www.playerauctions.com/gta-power-leveling/206124574p!gta-5-boosting-xbox-ps4-ps5--25m-cash-25-million--/
https://www.playerauctions.com/gta-power-leveling/206209004p!pc-only-5-modded-outfitsmale--finale-from-the-list/
https://www.playerauctions.com/gta-power-leveling/205796084p!ps4ps5xbox-old-and-new-gen--200-million--pure-cash/
https://www.playerauctions.com/gta-account/206370108a!xbox-one-76-billion-cash--level-120--300-modded-ca/
https://www.playerauctions.com/gta-account/206300129a!account-modded-next-gen--rank-2005-79-billion-modd/
https://www.playerauctions.com/gta-account/206177481a!steam-gta-10x-modded-cars-unlocked--5-billion-cash/
https://www.playerauctions.com/gta-account/206403921a!ps5--new-generation-2-female-characters--female-le/
https://www.playerauctions.com/gta-money/205778471c!1-billion-cash--any-level--everything-unlock--max-/
https://www.playerauctions.com/gta-account/206193447a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206184929a!xbox-series-new-gen-47-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206331651a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-account/206406281a!xbox-next-gen-double-character--m-667-f-656--fast-/
https://www.playerauctions.com/gta-account/206344796a!xbox-one-double-character-78-billones--man-7981--1/
https://www.playerauctions.com/gta-account/206405916a!xbox-sx--50million-pure-cash--random-level-instant/
https://www.playerauctions.com/gta-account/206376131a!xbox-new--rp-202-level-7-billion-pure-cash-ultimat/
https://www.playerauctions.com/gta-account/206382213a!lvl-7983-fast-run-200-modded-cars-7-billion-cash-/
https://www.playerauctions.com/gta-account/206405820a!best-gta-5--pc--rockstar-launcher--5-billions--500/
https://www.playerauctions.com/gta-account/206304453a!gta-5-pc--social-club--10-billion-money--5000-leve/
https://www.playerauctions.com/gta-account/206213807a!gta-5-pc-acc--fresh-0-hours-steam-account-fast-del/
https://www.playerauctions.com/gta-account/206328487a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/205940869a!gta-5-rockstar-pc--1-billion-750-millions--5500-le/
https://www.playerauctions.com/gta-account/205981128a!300-modded-cars-rank-120-and-25-trillions-fast-run/
https://www.playerauctions.com/gta-power-leveling/205719400p!ps4-30-million-boost-cashcars-l-9-years-of-experie/
https://www.playerauctions.com/gta-power-leveling/206301200p!gta-5-online-recovery--lvl-08000--1200mil--all-unl/
https://www.playerauctions.com/gta-account/206375014a!ps5-8-billion-cash--rp-120--300-modded-cars--modde/
https://www.playerauctions.com/gta-power-leveling/206238980p!ps4-1-billion-boost-cashcars-l-any-custom-order--p/
https://www.playerauctions.com/gta-account/206315275a!xbox-xs-series-8-billion-pure-cash--rp-120-or-7980/
https://www.playerauctions.com/gta-money/205254121c!100-safe-l-xbox-one-boost-cashcars/
https://www.playerauctions.com/gta-account/205906319a!-ps5--topless-nude-female--75-billion-cash--level-/
https://www.playerauctions.com/gta-account/206405853a!xbox-sx--100million-pure-cash--random-level-instan/
https://www.playerauctions.com/gta-account/206328184a!xbox-series-new-gen-1-billion-pure-cash--rp-rank-1/
https://www.playerauctions.com/gta-account/206401997a!steam-15-billion-cash--rp-level-8000--maxed-skills/
https://www.playerauctions.com/gta-account/206011827a!ps5--75b-cash--1-modded-outfit--1b-kd--plenty-of-c/
https://www.playerauctions.com/gta-account/206126682a!anti-banps4-with-200-million--cash-and-200-deluxo-/
https://www.playerauctions.com/gta-account/206400789a!xbox--new-generation-double-character-male-560--fe/
https://www.playerauctions.com/gta-account/206281542a!xbox-xs-series-77-billion-in-pure-cash-modded-outf/
https://www.playerauctions.com/gta-account/206201926a!promo300-modded-cars-rank-120-and-7860305318-billi/
https://www.playerauctions.com/gta-power-leveling/205543438p!level-boosting/
https://www.playerauctions.com/gta-account/206327123a!ps5-modded-account-dual-characters-450-modded-cars/
https://www.playerauctions.com/gta-power-leveling/206322446p!pc-1-billion-minimum--all-unlocks-level-stats-fast/
https://www.playerauctions.com/gta-account/206193359a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206376499a!xbox-new--rp-395-level-7-billion-pure-cash-ultimat/
https://www.playerauctions.com/gta-power-leveling/206304392p!car-gift-package-x6--login-not-necessary--cheap/
https://www.playerauctions.com/gta-account/205998372a!xbox-series-xs-25-trillion-cash-2500-billion--7981/
https://www.playerauctions.com/gta-account/206330825a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/206405818a!ps5-account-male--rank-1491--max-stats--fast-run--/
https://www.playerauctions.com/gta-account/206228836a!xbox-one--dive-into-luxury-1-billion-in-assets-ove/
https://www.playerauctions.com/gta-account/206123165a!gta-5-girl-level-40-modded-cars-modded-outfits-mk2/
https://www.playerauctions.com/gta-power-leveling/206239511p!ps4--100-million-pure-cash--eta-max-2-hours-/

https://www.playerauctions.com/gta-account/206401893a1xbox-new-geracao-female--7-billion-pure-cash-ultim/
https://www.playerauctions.com/gta-account/205976913a1gtav-online-ps4ps5-account--level-50--1-billion--c/
https://www.playerauctions.com/gta-power-leveling/206209000p1pc-only-20-modded-outfits-for-male-character/
https://www.playerauctions.com/gta-account/206376531a1ps5-79-billion-cash--rank-1124--male--200-modded-c/
https://www.playerauctions.com/gta-account/206361293a1anti-banps5-with-79-billion-pure-cash--rp-rank-100/
https://www.playerauctions.com/gta-account/206328219a1anti-banxbox-series-xs-with-49-billion-pure-cash--/
https://www.playerauctions.com/gta-power-leveling/205543165p1pc-1-billion--1208000-level--max-stats--fast-run--/
https://www.playerauctions.com/gta-account/206211931a1xbox-series-new-gen-77-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206406319a1xbox-next-gen-male--rank-7981--max-stats--fast-run/
https://www.playerauctions.com/gta-power-leveling/206124567p1gta-5-boosting-xbox-ps4-ps5--30m-cash-30-million--/
https://www.playerauctions.com/gta-account/206328417a1anti-banps5-with-49-billion-pure-cash--rp-rank-120/
https://www.playerauctions.com/gta-account/205940799a1gta-5-rockstar-pc--1-billion-850-millions--5800-le/
https://www.playerauctions.com/gta-account/205873316a1ps4--100-millioncash--cars--rp-150--fast-delivery/
https://www.playerauctions.com/gta-power-leveling/206126595p1gta-5-boosting-xbox-ps4-ps5--20m-cash-20-million--/
https://www.playerauctions.com/gta-account/206370164a1ps5--exclusive-double-character-gta-online-modded-/
https://www.playerauctions.com/gta-account/206192758a1xbox-next-gen-male--rank-395-max-stats--fast-run--/
https://www.playerauctions.com/gta-power-leveling/206239012p1ps4ps5-100-million-boost-cashcars-l-any-custom-ord/
https://www.playerauctions.com/gta-account/206157277a1-social-clubpc1-billion-dollars--5-modded-outfits-/
https://www.playerauctions.com/gta-power-leveling/206208996p1pc-only-20-modded-outfitsmale--female-from-the-lis/
https://www.playerauctions.com/gta-account/206156410a1new--new--new-ps5-superfemale--lvl-292-best-accoun/
https://www.playerauctions.com/gta-account/205904980a1-xbox-one--double-characters--8-billion--rank-7981/
https://www.playerauctions.com/gta-power-leveling/205794782p1ps4ps5xbox-old-and-new-gen-1-billion--pure-cash-on/
https://www.playerauctions.com/gta-account/206327516a1ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-money/206143581c1any-amount-of-game-currency--any-lvl--all-unlocks-/
https://www.playerauctions.com/gta-account/206183181a1playstation-4-1-billion-pure-cash-only--rp-rank-30/
https://www.playerauctions.com/gta-account/206385438a1vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-power-leveling/206126742p1gta-5-boosting-xbox-ps4-ps5--leveling-175-lvl--bon/
https://www.playerauctions.com/gta-power-leveling/206129570p1ps4ps5--200-m-gta-v-money-cash--cars/
https://www.playerauctions.com/gta-account/206403458a1ps5-modded-account-dual-characters-450-modded-cars/
https://www.playerauctions.com/gta-account/206194495a1xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-power-leveling/205719363p1ps5-300-million-boost-cashcars-l-9-years-of-experi/
https://www.playerauctions.com/gta-account/206299707a1ps-5-vip-double-character-78-billion--man-7981--18/
https://www.playerauctions.com/gta-account/206407707a1ps4--1-billion--cash-deluxos--rp-level-130--exclus/
https://www.playerauctions.com/gta-account/206192457a1ps4--with-2-billion--cash-deluxos--rp-level-130--e/
https://www.playerauctions.com/gta-account/206352400a1special-exclusive-male-invisible-body-mod-accountx/
https://www.playerauctions.com/gta-power-leveling/206326460p1xbox-onexs-bundle-to-120-lvl500-million-boost-cash/
https://www.playerauctions.com/gta-account/206339361a1ps5-78-billion-cash--double-character--rank-1527--/
https://www.playerauctions.com/gta-account/206193622a1playstation-4-400-million-cash--cars--rp-rank-50--/
https://www.playerauctions.com/gta-account/206309592a1xbox-xs-series-8-billion-pure-cash--rp-120-or-7980/
https://www.playerauctions.com/gta-account/206211958a1xbox-series-new-gen-77-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206386383a1ps5-modded-account-dual-characters-450-modded-cars/
https://www.playerauctions.com/gta-money/206323111c11-billion-money--any-level--fast-run--all-unlocks-/
https://www.playerauctions.com/gta-account/206186172a1-aimbot-accounts--gta-v-premium-edition-online-epi/
https://www.playerauctions.com/gta-account/206329114a1xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206400061a1xbox-new-generation--male--7-billion-pure-cash-ul/
https://www.playerauctions.com/gta-account/206400850a1ps5-new--male--7-billion-pure-cash-ultimate-accoun/
https://www.playerauctions.com/gta-account/206375264a1xbox-xs-series-with-1-billion-in-form-of-cash--car/
https://www.playerauctions.com/gta-account/205994197a1ps5-new-gen--rp-517--77-billion--modded-outfit--30/
https://www.playerauctions.com/gta-account/206199438a1promo300-modded-cars-rank-120-and-7850616167-billi/
https://www.playerauctions.com/gta-power-leveling/206260659p1pc-steamepicrockstar-wts-1bbonus-200m-rankmax-stat/
https://www.playerauctions.com/gta-account/206398699a1-xbox-xs-modded-outfits200-modded-car--planes-7-bi/
https://www.playerauctions.com/gta-account/205989548a1gtav-online--ps4ps5--account--level-100---1-billio/
https://www.playerauctions.com/gta-account/206399368a1ps5-new-level-6666--7-billion--full-skills--fast-r/
https://www.playerauctions.com/gta-account/206144398a116-trillion-moded-cars-modded-outfits-also-i-believ/
https://www.playerauctions.com/gta-account/206366021a1--male-rank-1114---kd-666---25-trillion--fast-run--/
https://www.playerauctions.com/gta-account/206330820a1xs-series-dual-characters-450-modded-cars-79b-cash/
https://www.playerauctions.com/gta-account/206345705a1xbox-series--man-638-skull--78-billones--12-modifi/

https://www.playerauctions.com/gta-account/206344836a!xbox-one-double-character-78-billones--man-7981--1/
https://www.playerauctions.com/gta-account/206405852a!best-gta-5--pc--rockstar-launcher--5-billions--500/
https://www.playerauctions.com/gta-account/206329091a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206328381a!playstation-5-49-billion-pure-cash--rp-rank-120---/
https://www.playerauctions.com/gta-account/206371152a!special-exclusive-male-invisible-body-mod-accountx/
https://www.playerauctions.com/gta-account/206194647a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-money/205826370c!gta-5-online--playstation-5/
https://www.playerauctions.com/gta-account/206064143a!ps5-account-male--rank-202--max-stats--fast-run--7/
https://www.playerauctions.com/gta-account/206375937a!gta-v-for-ps4--level-100-12-billion-in-total-modde/
https://www.playerauctions.com/gta-account/206364633a!limited-offer--xbox-series-xs--25-trillion-cash-25/
https://www.playerauctions.com/gta-power-leveling/205992005p!xbox-200-m-gta-v-money-cash--cars/
https://www.playerauctions.com/gta-power-leveling/206161893p!250m-gta-money-boost/
https://www.playerauctions.com/gta-account/206328719a!anti-banxbox-series-xs-with-49-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206394375a!rockstar--1-billions--500-level--all-unlocks-pc/
https://www.playerauctions.com/gta-account/206374220a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-account/206193489a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206400837a!ps5-new--male--7-billion-pure-cash-ultimate-accoun/
https://www.playerauctions.com/gta-account/206402532a!ps-5-vip-double-character-78-billion-man-7981--18-/
https://www.playerauctions.com/gta-account/206328937a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206374175a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-account/206372776a!playstation-4-100-million-cash--cars--rp-rank-30--/
https://www.playerauctions.com/gta-account/206405932a!xbox-next-gen-female--rank-1709--max-stats--fast-r/
https://www.playerauctions.com/gta-power-leveling/206260657p!pc-steamepicrockstar-wts-2bbonus-400m-rankmax-stat/
https://www.playerauctions.com/gta-account/206328218a!xbox-series-new-gen-47-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206371202a!special-exclusive-male-invisible-body-mod-accountx/
https://www.playerauctions.com/gta-account/206304923a!xbox-series-xs---rp-202-exclusive--79-billion--350/
https://www.playerauctions.com/gta-account/206328166a!xbox-series-new-gen-1-billion-pure-cash--rp-rank-1/
https://www.playerauctions.com/gta-account/206374927a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-account/206382234a!ps5-8-billion-cash--rp-120--300-modded-cars--modde/
https://www.playerauctions.com/gta-account/206348667a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/206376322a!xbox-new-double-character--77-billions--450-modded/
https://www.playerauctions.com/gta-account/206273435a!promo300-modded-cars-rank-120-and-7866116167-billi/
https://www.playerauctions.com/gta-account/206272995a!xbox-one-female-level-520--kd-8989-fast-run-x4--78/
https://www.playerauctions.com/gta-account/206376128a!xbox-new--rp-202-level-7-billion-pure-cash-ultimat/
https://www.playerauctions.com/gta-account/206376353a!xbox-new--famele-rp-202-level-7-billion-pure-cash-/
https://www.playerauctions.com/gta-account/206376373a!ps5-new--famele-rp-202-level-7-billion-pure-cash-u/
https://www.playerauctions.com/gta-account/206327653a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/206029477a!-social-clubpc6-billion-dollars--5-modded-outfits-/
https://www.playerauctions.com/gta-power-leveling/206124586p!gta-5-boosting-xbox-ps4-ps5--25m-cash-25-million--/
https://www.playerauctions.com/gta-account/206192246a!ps4--with-2-billion--cash-deluxos--rp-level-130--e/
https://www.playerauctions.com/gta-power-leveling/205794780p!ps4ps5xbox-old-and-new-gen--500-million--pure-cash/
https://www.playerauctions.com/gta-account/206194427a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206369837a!best-gta-5--pc--rockstar-launcher--109-billions--2/
https://www.playerauctions.com/gta-account/206272125a!gta-5-super-cheap-modded-account/
https://www.playerauctions.com/gta-power-leveling/205719383p!ps4-to-120-lvlrank--boost-bonus-23-million-money-8/
https://www.playerauctions.com/gta-account/206385321a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars/
https://www.playerauctions.com/gta-account/206328804a!anti-banxbox-series-xs-with-79-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206328213a!xbox-series-new-gen-47-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206307511a!xbox-xs-account-next-gen-modded-account--male-char/
https://www.playerauctions.com/gta-power-leveling/205503105p!pc-level-135--max-skills--unlocks/
https://www.playerauctions.com/gta-account/205908804a!anti-banps4-with-100-million-in-form-of-cash--cars/
https://www.playerauctions.com/gta-account/206402010a!ps-5-vip-double-character-78-billion-man-7981--18-/
https://www.playerauctions.com/gta-money/206272378c!pc-only/
https://www.playerauctions.com/gta-account/206194318a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-power-leveling/206229136p!ps4-200-million-pure-cash--no-cars/
https://www.playerauctions.com/gta-power-leveling/206126609p!gta-5-boosting-xbox-ps4-ps5--1000m-1-billion-full-/
https://www.playerauctions.com/gta-power-leveling/206124592p!gta-5-boosting-xbox-ps4-ps5--20m-cash-20-million--/

https://www.playerauctions.com/gta-account/205873262a!xbox-one-32-billion-cash--random-rp-level--modded-/
https://www.playerauctions.com/gta-account/206374962a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-account/206193443a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206328321a!anti-banps5-with-1-billion-pure-cash--rp-rank-120-/
https://www.playerauctions.com/gta-account/206328880a!anti-banxbox-series-xs-with-79-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206299669a!ps-5-vip-double-character-78-billion--man-7981--18/
https://www.playerauctions.com/gta-account/206147152a!new--new-new-ps5-superfemale--lvl-292-best-accoun/
https://www.playerauctions.com/gta-account/206194653a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/205958241a!xbox-series-xs-vip-double-character-78-billones--m/
https://www.playerauctions.com/gta-account/206304395a!-77-billions--rank-6666--250-modded-vehicles-new-d/
https://www.playerauctions.com/gta-account/206168660a!300-modded-cars-rank-666-and-7754412480-billions-f/
https://www.playerauctions.com/gta-account/205940155a!gta-5-rockstar-pc--1-billion-650-millions--6500-le/
https://www.playerauctions.com/gta-power-leveling/206238935p!xbox-onexs-bundle-to-110-lvl500-million-boost-cash/
https://www.playerauctions.com/gta-account/206201912a!promo300-modded-cars-rank-120-and-7860305318-billi/
https://www.playerauctions.com/gta-account/206042335a!xbox-xs-78-billion-cash-rank-7980/
https://www.playerauctions.com/gta-account/206327441a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206064003a!ps5-account-female--rank-120--max-stats--fast-run-/
https://www.playerauctions.com/gta-account/206328245a!anti-banps5-with-79-billion-pure-cash--rp-rank-100/
https://www.playerauctions.com/gta-power-leveling/206239049p!ps5-pure-cash-bundle--500-million-cash-only-boost-/
https://www.playerauctions.com/gta-account/206241841a!xbox-series-new-gen-77-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206345793a!vip-ps5--75-billion-rank-7981-mk2-weapons-300-cars/
https://www.playerauctions.com/gta-account/206328190a!anti-banxbox-series-xs-with-1-billion-pure-cash--r/
https://www.playerauctions.com/gta-account/206328418a!playstation-5-77-billion-pure-cash--rp-rank-1000--/
https://www.playerauctions.com/gta-account/206378968a!ps5-new-generation--male--7-billion-pure-cash-ulti/
https://www.playerauctions.com/gta-account/205873363a!ps4--500-million--cash--cars--random-level--fast-d/
https://www.playerauctions.com/gta-money/205543404c!money-boosting/
https://www.playerauctions.com/gta-account/206314863a!81-billion-cash--rp-7981-level--modded-outfits--mo/
https://www.playerauctions.com/gta-account/206344778a!gta-5-pc--social-club--5-billion-money--703-level-/
https://www.playerauctions.com/gta-power-leveling/206126614p!gta-5-boosting-xbox-ps4-ps5--500m-cash-500-million/
https://www.playerauctions.com/gta-power-leveling/206134127p!20000000000--any-lvl--all-unlocks--100-safe-method/
https://www.playerauctions.com/gta-account/206328752a!anti-banxbox-series-xs-with-49-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206307380a!xbox-xs-account-next-gen-modded-account--male-char/
https://www.playerauctions.com/gta-account/206299490a!exclusive-rare-gta-account--male-character--lvl-20/
https://www.playerauctions.com/gta-account/206331506a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-account/206370123a!ps5--gta-online-modded-account--54-billion--rp-lvl/
https://www.playerauctions.com/gta-account/206376104a!ps5-new--rp-202-level-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/206329060a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-power-leveling/206326603p!xbox-onexs-bundle-to-100-lvl300-million-boost-cash/
https://www.playerauctions.com/gta-account/206370119a!anti-banps4-with-1-billion-in-form-of-cash--cars--/
https://www.playerauctions.com/gta-account/206365619a!ps5--79-billion-pure-cash-7900-million--rp-level-7/
https://www.playerauctions.com/gta-account/206129556a!account-modded-next-gen--rank-7981-and-1709-78-bil/
https://www.playerauctions.com/gta-account/206193399a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206184769a!premium-edition-gta-5-steam-account--fresh-0-hours/
https://www.playerauctions.com/gta-account/206375953a!ps5-new--tryhard-rp-202-level-7-billion-pure-cash-/
https://www.playerauctions.com/gta-money/206247653c!deluxe-gta-5-boosting-affordable-quick-money-maste/
https://www.playerauctions.com/gta-account/206400370a!ps5-double-character--male-rp-2000--woman-2024--ra/
https://www.playerauctions.com/gta-account/206329087a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206213760a!gta-5-pc-acc--fresh-0-hours-steam-account-fast-del/
https://www.playerauctions.com/gta-power-leveling/205568659p!modded-outfits-x6-without-ban--pc/
https://www.playerauctions.com/gta-account/206388823a!vip-xbox-one--78-billons-it-has-mod-cars--race-wea/
https://www.playerauctions.com/gta-account/205940811a!gta-5-rockstar-pc--1-billion-850-millions--4200-le/
https://www.playerauctions.com/gta-account/206306102a!xbox-series-xs--rp-2024--75-billion--mk2bunkersear/
https://www.playerauctions.com/gta-account/206370179a!xbox-one--exclusive-double-character-gta-online-mo/
https://www.playerauctions.com/gta-account/206407485a!xbox-old-gen-male--rank-6666--max-stats--fast-run-/
https://www.playerauctions.com/gta-power-leveling/206126780p!gta-5-boosting-xbox-ps4-ps5--leveling-175-lvl--bon/
https://www.playerauctions.com/gta-account/206364829a!double-character-78-billion--man-7981--18-mod-outf/
https://www.playerauctions.com/gta-account/206274470a!xbox-one-female-level-520--kd-8989-fast-run-x4--78/

https://www.playerauctions.com/gta-account/206247840a!xbox-series-xs-vip-double-character-78-billones--m/
https://www.playerauctions.com/gta-power-leveling/206127029p!gta-level-1000/
https://www.playerauctions.com/gta-account/206326037p!xbox-onexs-boost-to-100-lvl-bonus-153-million-mone/
https://www.playerauctions.com/gta-power-leveling/206239067p!ps5-100-million-boost-cashcars-l-any-custom-order-/
https://www.playerauctions.com/gta-account/206371147a!account-modded-next-gen--rank-919-and-644-7-billio/
https://www.playerauctions.com/gta-account/206143997a!epic-games-account-with-grand-theft-auto-v-premium/
https://www.playerauctions.com/gta-power-leveling/206126497p!gta-5-boosting-xbox-ps4-ps5--750m-cash-500-million/
https://www.playerauctions.com/gta-account/206328059a!xbox-series-new-gen-1-billion-pure-cash--rp-rank-1/
https://www.playerauctions.com/gta-account/206299699a!ps-5-vip-double-character-78-billion--man-7981--18/
https://www.playerauctions.com/gta-account/206369625a!xs-series-dual-characters-450-modded-cars-79b-cash/
https://www.playerauctions.com/gta-account/206374162a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-account/206399343a!xbox-new-level-6666--7-billion--full-skills--fast-/
https://www.playerauctions.com/gta-account/206378991a!xbox--new-generation--male--7-billion-pure-cash-ul/
https://www.playerauctions.com/gta-account/206258307a!steam-pc-0-chance-of-ban--295-lvl10-billion-moneyf/
https://www.playerauctions.com/gta-account/206239332a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206407279a!xbox-old-gen-male--rank-140--max-stats--fast-run--/
https://www.playerauctions.com/gta-account/206064389a!xbox-next-gen-male--rank-7981--max-stats--fast-run/
https://www.playerauctions.com/gta-account/206343404a!anti-banps4-with-1-billion-in-form-of-cash--cars--/
https://www.playerauctions.com/gta-account/206405548a!xbox-sx--100million-pure-cash--random-level-instan/
https://www.playerauctions.com/gta-account/206406314a!xbox-next-gen-female--rank-7981--max-stats--fast-r/
https://www.playerauctions.com/gta-account/205988386a!300-modded-cars-rank-6666-and-7841871323-billions-/
https://www.playerauctions.com/gta-power-leveling/205503118p!pc-bunker-research/
https://www.playerauctions.com/gta-account/206328116a!xbox-series-new-gen-1-billion-pure-cash--rp-rank-1/
https://www.playerauctions.com/gta-power-leveling/206126547p!gta-5-boosting-xbox-ps4-ps5--75m-cash-75-million--/
https://www.playerauctions.com/gta-account/206271465a!xbox-one-xbox-s-ps5--rank-569-7billion-fast-run-30/
https://www.playerauctions.com/gta-account/206192164a!ps4--with-2-billion--cash-deluxos--rp-level-130--e/
https://www.playerauctions.com/gta-account/205989268a!300-modded-cars-rank-240-and-7896554660-billions-f/
https://www.playerauctions.com/gta-account/206365891a!ps5--79-billion-pure-cash-7900-million--rp-level-7/
https://www.playerauctions.com/gta-account/206352362a!xbox-one--gta5-account--7500000000-cash--male--fas/
https://www.playerauctions.com/gta-money/206384701c!playstation-5---500m-to-1billion-account-instant--/
https://www.playerauctions.com/gta-account/206407324a!-male-rank-889---9-quintillion--kd-470---modded-c/
https://www.playerauctions.com/gta-account/206328031a!xbox-series-new-gen-47-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206364786a!double-character-78-billion--man-7981--18-mod-outf/
https://www.playerauctions.com/gta-account/206194455a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206405811a!best-gta-5--pc--rockstar-launcher--5-billions--500/
https://www.playerauctions.com/gta-account/206271462a!xbox-one-xbox-s-ps5--rank-569-7billion-fast-run-30/
https://www.playerauctions.com/gta-account/206405759a!ps5-account-male--rank-7981--max-stats--fast-run--/
https://www.playerauctions.com/gta-account/206406625a!xbox-sx-200million-in-80mcash120mcars-random-level/
https://www.playerauctions.com/gta-power-leveling/206226540p!ps4-500-million-boost-cashcars-l-any-custom-order-/
https://www.playerauctions.com/gta-account/206406254a!xbox-next-gen-double-character--m-1113-f-889--fast/
https://www.playerauctions.com/gta-account/206402585a!pc--rockstar-launcher--10-billions--level-6500-max/
https://www.playerauctions.com/gta-account/206153418a!new--new--new-ps5-superfemale--lvl-292-best-accoun/
https://www.playerauctions.com/gta-power-leveling/205503094p!pc-250m--level-135--max-skills--unlocks/
https://www.playerauctions.com/gta-account/206364838a!double-character-78-billion--man-7981--18-mod-outf/
https://www.playerauctions.com/gta-account/206403901a!ps5-new---level-rp-7981--final-account-of-7-billio/
https://www.playerauctions.com/gta-power-leveling/206126706p!gta-5-boosting-xbox-ps4-ps5--leveling-150-lvl--bon/
https://www.playerauctions.com/gta-account/205986401a!300-modded-cars-rank-6666-and-7954791475-billions-/
https://www.playerauctions.com/gta-account/206312188a!ultimate-xbox-series-package-120-rp-300-modded-car/
https://www.playerauctions.com/gta-account/206405076a!ps5-account-male--rank-568--max-stats--fast-run--7/
https://www.playerauctions.com/gta-power-leveling/205987818p!ps4ps5--gta-v-leveling-package-1120-level-up/
https://www.playerauctions.com/gta-account/206404004a!ps5--ultra-vip-male-517--78-billones--modified-set/
https://www.playerauctions.com/gta-power-leveling/205719409p!ps5-500-million-boost-cashcars-l-9-years-of-experi/
https://www.playerauctions.com/gta-account/206402546a!ps-5-vip-double-character-78-billion-man-7981--18-/
https://www.playerauctions.com/gta-account/206357407a!-ps4--1-billion-as-cash--deluxo--level-30-exclusiv/
https://www.playerauctions.com/gta-power-leveling/206239045p!xbox-onexs-pure-cash-bundle--500-million-only-cash/
https://www.playerauctions.com/gta-account/206405597a!xbox-sx--100million-pure-cash--random-level-instan/
https://www.playerauctions.com/gta-account/206328423a!anti-banps5-with-49-billion-pure-cash--rp-rank-120/

https://www.playerauctions.com/gta-account/206218444a!xbox-xs-series-1-billion-pure-cash--rp-120--150-mo/
https://www.playerauctions.com/gta-power-leveling/206238948p!ps5-to-120-lvlrank--boost-bonus-23-million-money-a/
https://www.playerauctions.com/gta-account/206387298a!double---vip-delivery-at-the-moment--xbox-one--78-/
https://www.playerauctions.com/gta-account/205940741a!gta-5-rockstar-pc--1-billion-950-millions--4500-le/
https://www.playerauctions.com/gta-account/206374824a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-account/206222090a!xbox-series-new-gen-700-million-pure-cash--rp-rank/
https://www.playerauctions.com/gta-account/206194086a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206390035a!xbox-series-xs-79-billion-pure-cash--7981-rp-level/
https://www.playerauctions.com/gta-account/206314873a!75-billion-cash--rp-7981-level--modded-outfits--mo/
https://www.playerauctions.com/gta-account/206403882a!xbox-one-77-billion---level-1020---max-stats---qui/
https://www.playerauctions.com/gta-account/206185011a!xbox-series-new-gen-77-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206136143a!new-created-2922024-ps5-colors--man-666--78-billon/
https://www.playerauctions.com/gta-account/206328149a!xbox-series-new-gen-1-billion-pure-cash--rp-rank-1/
https://www.playerauctions.com/gta-account/206402018a!ps-5-vip-double-character-78-billion-man-7981--18-/
https://www.playerauctions.com/gta-account/205997817a!ps4-modded-account-for-sale--2-billion-cash--cars-/
https://www.playerauctions.com/gta-account/206327144a!ps5-8-billion-cash--rp-120--300-modded-cars--modde/
https://www.playerauctions.com/gta-account/206328307a!playstation-5-1-billion-pure-cash--rp-rank-120---1/
https://www.playerauctions.com/gta-account/206341838a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/206369632a!xbox-series-new-gen-47-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206407681a!ps4--1-billion--cash-deluxos--rp-level-130--exclus/
https://www.playerauctions.com/gta-power-leveling/206126642p!gta-5-boosting-xbox-ps4-ps5--150m-cash-150-million/
https://www.playerauctions.com/gta-money/206143572c!any-amount-of-game-currency--any-lvl--all-unlocks-/
https://www.playerauctions.com/gta-account/206234094a!gta-5-pc--social-club--115-billion-money--130-leve/
https://www.playerauctions.com/gta-power-leveling/206239046p!xbox-onexs-boost-to-100-lvl-bonus-153-million-mone/
https://www.playerauctions.com/gta-power-leveling/205505043p!steamepicrockstar-pc--fast--safe--5-billion--cash-/
https://www.playerauctions.com/gta-power-leveling/206239040p!ps4-to-120-lvlrank--boost-bonus-23-million-money-a/
https://www.playerauctions.com/gta-rockaccount/205940844a!gta-5-rockstar-pc--1-billion-800-millions--6500-le/
https://www.playerauctions.com/gta-power-leveling/205503095p!pc-250m--level-135--max-skills--unlocks/
https://www.playerauctions.com/gta-account/206395020a!gta-account-/
https://www.playerauctions.com/gta-account/206387640a!vip-xbox-one--78-billons-it-has-mod-cars--race-wea/
https://www.playerauctions.com/gta-account/206328912a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206401888a!xbox-new-geracao-female--7-billion-pure-cash-ultim/
https://www.playerauctions.com/gta-account/206376411a!xbox-new--rp-395-level-7-billion-pure-cash-ultimat/
https://www.playerauctions.com/gta-account/206328225a!anti-banxbox-series-xs-with-49-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206334941a!xbox-xs-series-with-1-billion-in-form-of-cash--car/
https://www.playerauctions.com/gta-account/206194486a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-power-leveling/206302402p!gta-5-online-recovery--lvl-08000--1500mil--all-unl/
https://www.playerauctions.com/gta-account/206185047a!xbox-series-new-gen-77-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-money/206391772c!ps4-best-money-boosting-service--bonus--100-safe--/
https://www.playerauctions.com/gta-account/206329125a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-power-leveling/205446941p!xbox-series--xbox-one-100000000-only-cash-gta-v-mo/
https://www.playerauctions.com/gta-account/206328671a!anti-banxbox-series-xs-with-49-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206376542a!ps5--male-667--78-billones--modified-sets-20--200-/
https://www.playerauctions.com/gta-account/206083305a!this-is-super-good-rare-gta-account-has-over-1mil-/
https://www.playerauctions.com/gta-account/206324186a!best-gta-5--pc--rockstar-launcher--5-billions--500/
https://www.playerauctions.com/gta-account/206387568a!vip-xbox-one--78-billons-it-has-mod-cars--race-wea/
https://www.playerauctions.com/gta-account/206353163a!anti-banps4-with-1-billion-in-form-of-cash--cars--/
https://www.playerauctions.com/gta-account/205940926a!gta-5-rockstar-pc--1-billion-700-millions--1777-le/
https://www.playerauctions.com/gta-money/206403748c!ps4-gta-v-money-fast-and-safe-delivery-/
https://www.playerauctions.com/gta-account/206370125a!xbox-one-76-billion-cash--level-120--300-modded-ca/
https://www.playerauctions.com/gta-account/206346136a!xbox-series-xs-with78billion-pure-cash--modded-out/
https://www.playerauctions.com/gta-account/205994116a!xbox-series-xs--rp-120--75-billion--modded-outfit-/
https://www.playerauctions.com/gta-account/206363908a!modded-sets---xbox-series-xs--m-666-f656--3-trilli/
https://www.playerauctions.com/gta-money/205287247c!cheap-and-safe-xbox-one-money--please-read-product/
https://www.playerauctions.com/gta-account/205876717a!gta-v-fully-boosted-account-/
https://www.playerauctions.com/gta-power-leveling/205381252p!pc-only-los-santos-car-meet-max-reputation--1000-r/
https://www.playerauctions.com/gta-account/206228840a!xbox-one--dive-into-luxury-1-billion-in-assets-ove/

https://www.playerauctions.com/gta-power-leveling/206134099p!8000000000--any-lvl--all-unlocks--100-safe-method/
https://www.playerauctions.com/gta-account/206305343a!xbox-series-new-gen-700-million-pure-cash--rp-rank/
https://www.playerauctions.com/gta-account/206329122a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206328914a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206145102a!new-created-2922024-ps5-colors--man-666--78-billon/
https://www.playerauctions.com/gta-account/206328133a!xbox-series-new-gen-1-billion-pure-cash--rp-rank-1/
https://www.playerauctions.com/gta-account/206187185a!xbox-xs-series-8-billion-pure-cash--rp-120-or-7980/
https://www.playerauctions.com/gta-money/206272365c!pc-only/
https://www.playerauctions.com/gta-power-leveling/206326514p!xbox-onexs-boost-to-120-lvl-bonus-34-million-money/
https://www.playerauctions.com/gta-account/206362401a!ps5--play-today--250-modded-cars--topless-nude-fem/
https://www.playerauctions.com/gta-account/206244270a!xbox-one-rank-7900-modded-outfits17-modded-cars200/
https://www.playerauctions.com/gta-power-leveling/206032236p!79billion-dollar-plus-15-modded-outfits-and-also-7/
https://www.playerauctions.com/gta-account/206385326a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-money/205396431c!pc-gta-v-money-delivery-safe--full-warranty-/
https://www.playerauctions.com/gta-account/206407507a!xbox-old-gen-double-character--m-8000-f-2022--fast/
https://www.playerauctions.com/gta-account/206184754a!premium-edition-gta-5-steam-account--fresh-0-hours/
https://www.playerauctions.com/gta-account/206405809a!xbox-sx--100million-pure-cash--random-level-instan/
https://www.playerauctions.com/gta-power-leveling/206126667p!gta-5-boosting-xbox-ps4-ps5--300m-cash-300-million/
https://www.playerauctions.com/gta-account/205986010a!300-modded-cars-rank-6666-and-7932768235-billions-/
https://www.playerauctions.com/gta-power-leveling/205987267p!xbox-25-m-gta-v-money-cash--cars/
https://www.playerauctions.com/gta-money/206364369c!xbox-one-money-boost-cash--cars--login-required/
https://www.playerauctions.com/gta-account/206328453a!playstation-5-77-billion-pure-cash--rp-rank-1000--/
https://www.playerauctions.com/gta-account/206403899a!ps5-new--level-rp-7981--final-account-of-7-billio/
https://www.playerauctions.com/gta-account/206273480a!promo300-modded-cars-rank-120-and-7866116167-billi/
https://www.playerauctions.com/gta-money/205827389c!gta-5-online--xbox-series-xs/
https://www.playerauctions.com/gta-account/206345802a!vip-ps5--75-billion-rank-7981-mk2-weapons-300-cars/
https://www.playerauctions.com/gta-account/206327134a!ps5-8-billion-cash--rp-120--300-modded-cars--modde/
https://www.playerauctions.com/gta-account/205994089a!xbox-series-xs--rp-2000--75-billion--mk2bunkersear/
https://www.playerauctions.com/gta-power-leveling/206134109p!12000000000--any-lvl--all-unlocks--100-safe-method/
https://www.playerauctions.com/gta-account/206029426a!social-clubpc1-billion-dollars5-modded-outfitsleve/
https://www.playerauctions.com/gta-account/206376389a!ps5-new--rp-395-level-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/206345509a!xbox-series--man-638-skull--78-billones--12-modifi/
https://www.playerauctions.com/gta-power-leveling/206184854p!gtav-online-unlimited-money-mod/
https://www.playerauctions.com/gta-account/206387315a!double---vip-delivery-at-the-moment--xbox-one--78-/
https://www.playerauctions.com/gta-money/206364331c!ps4-money-boost-cash--cars--login-required/
https://www.playerauctions.com/gta-account/206328883a!anti-banxbox-series-xs-with-79-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206387518a!double---vip-delivery-at-the-moment--xbox-one--78-/
https://www.playerauctions.com/gta-power-leveling/205987918p!ps4ps5--400-m-gta-v-money-cash--cars/
https://www.playerauctions.com/gta-account/206328066a!xbox-series-new-gen-1-billion-pure-cash--rp-rank-1/
https://www.playerauctions.com/gta-account/205940915a!gta-5-rockstar-pc--1-billion-750-millions--5200-le/
https://www.playerauctions.com/gta-account/206194480a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206331278a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-account/206194329a!gta-5-online-xbox-series-xs-xbox-one-79-billion-ca/
https://www.playerauctions.com/gta-money/205826388c!gta-5-online--social-club/
https://www.playerauctions.com/gta-account/206329063a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206351356a!ps5-8-billion-cash--rp-120--300-modded-cars--modde/
https://www.playerauctions.com/gta-power-leveling/206183561p!xbox-one-xs-1-billion-boost-cashcars-l-any-custom-/
https://www.playerauctions.com/gta-account/206345708a!xbox-series--man-638-skull--78-billones--12-modifi/
https://www.playerauctions.com/gta-power-leveling/206120408p!ps4-500-million-boost-cashcars-l-9-years-of-experi/
https://www.playerauctions.com/gta-power-leveling/206120431p!100-safe--0-chance-of-ban-pc--steamsceg-fast-run2-/
https://www.playerauctions.com/gta-account/206305424a!xbox-one-double-character-78-billones--man-7981--1/
https://www.playerauctions.com/gta-account/206327185a!ps5-77-billion-pure-cash---rp-7980--modded-outfits/
https://www.playerauctions.com/gta-account/206340637a!ps5--rare-gta-moded-account--rp-969--7-billion-pur/
https://www.playerauctions.com/gta-account/206365962a!ps5--79-billion-pure-cash-7900-million--rp-level-7/
https://www.playerauctions.com/gta-money/205396428c!pc-gta-v-money-delivery-safe--full-warranty-/
https://www.playerauctions.com/gta-account/206218529a!xbox-xs-series-1-billion-pure-cash--rp-120--150-mo/
https://www.playerauctions.com/gta-account/206406350a!xbox-next-gen-fem--rank-666--max-stats--fast-run--/

https://www.playerauctions.com/gta-account/206328326a!playstation-5-49-billion-pure-cash--rp-rank-120---/
https://www.playerauctions.com/gta-power-leveling/205719403p!ps5-pure-cash-bundle--500-million-cash-only-boost-/
https://www.playerauctions.com/gta-account/206328458a!playstation-5-77-billion-pure-cash--rp-rank-1000--/
https://www.playerauctions.com/gta-account/205982740a!gtav-online-ps4ps5-account--level-50---100-million/
https://www.playerauctions.com/gta-account/206398793a!-xbox-xs----double-character-mf--450-modded-cars--/
https://www.playerauctions.com/gta-account/205888846a!xbox-series-sx-72-billion---male--modded-outfits--/
https://www.playerauctions.com/gta-account/206328801a!anti-banxbox-series-xs-with-79-billion-pure-cash--/
https://www.playerauctions.com/gta-power-leveling/206322461p!pc-all-bunker-researches--500million-gift-money-fa/
https://www.playerauctions.com/gta-account/206327475a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-power-leveling/206161858p!1b-dollar-gta-5-money-boost/
https://www.playerauctions.com/gta-account/205958674a!xbox-series-xs-vip-double-character-78-billones--m/
https://www.playerauctions.com/gta-account/206185584a!xbox-series-new-gen-77-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-power-leveling/206124599p!gta-5-boosting-xbox-ps4-ps5--20m-cash-20-million--/
https://www.playerauctions.com/gta-account/206331682a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-power-leveling/206239007p!ps5-100-lvl500-million-boost-cashcars-l-any-custom/
https://www.playerauctions.com/gta-money/206323101c!1-billion-money--any-level--fast-run--all-unlocks-/
https://www.playerauctions.com/gta-account/206406379a!xbox-next-gen-male--rank-1491--fast-run--7-bi--mod/
https://www.playerauctions.com/gta-power-leveling/206126799p!gta-5-boosting-xbox-ps4-ps5--leveling-1120-lvl--bo/
https://www.playerauctions.com/gta-account/206228842a!xbox-one--dive-into-luxury-1-billion-in-assets-ove/
https://www.playerauctions.com/gta-account/206232733a!gta-5-online-ps5-79-billion-cash-7981-rank-fast-ru/
https://www.playerauctions.com/gta-account/206072018a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206401990a!ps-5-vip-double-character-78-billion-man-7981--18-/
https://www.playerauctions.com/gta-power-leveling/205980376p!ps4ps5--300-m-gta-v-money-cash--cars/
https://www.playerauctions.com/gta-power-leveling/206126688p!gta-5-boosting-xbox-ps4-ps5--leveling-150-lvl--bon/
https://www.playerauctions.com/gta-account/206192651a!ps4--with-250-million--cash-deluxos--rp-level-130-/
https://www.playerauctions.com/gta-account/206321076a!gtav-online-ps4--level-50--1-billion--cash--cars/
https://www.playerauctions.com/gta-account/206373942a!xbox-xs-250-modded-cars-25-trillion-lvl-120-fastru/
https://www.playerauctions.com/gta-account/206364126a!xbox-series-xs--25-trillion-cash-2500-billion---le/
https://www.playerauctions.com/gta-power-leveling/205719371p!ps5-25-million-boost-cashcars-l-9-years-of-experie/
https://www.playerauctions.com/gta-account/206328530a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-power-leveling/206126772p!gta-5-boosting-xbox-ps4-ps5--leveling-175-lvl--bon/
https://www.playerauctions.com/gta-account/206343387a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/206031133a!gta-modded-account/
https://www.playerauctions.com/gta-account/206245496a!xbox-series-xs-79-billion-pure-cash--7981-rp-level/
https://www.playerauctions.com/gta-account/206342171a!xbox-series-xs-78-billion-cash--double-character--/
https://www.playerauctions.com/gta-account/206328456a!anti-banps5-with-79-billion-pure-cash--rp-rank-100/
https://www.playerauctions.com/gta-account/206384985a!ps5-77-billion-pure-cash---rp-7980--modded-outfits/
https://www.playerauctions.com/gta-power-leveling/205940877a!gta-5-rockstar-pc--1-billion-750-millions--4000-le/
https://www.playerauctions.com/gta-power-leveling/205992002p!xbox-100-m-gta-v-money-cash--cars/
https://www.playerauctions.com/gta-account/206328450a!playstation-5-77-billion-pure-cash--rp-rank-1000--/
https://www.playerauctions.com/gta-account/206400763a!xbox--new-generation-double-character-male-560--fe/
https://www.playerauctions.com/gta-account/206019451a!steam-account--the-grand-theft-auto-v-premium-edit/
https://www.playerauctions.com/gta-account/206407646a!ps4--1-billion--cash-deluxos--rp-level-130--exclus/
https://www.playerauctions.com/gta-account/206184932a!xbox-series-new-gen-47-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/205905673a!-xbox-one--8-billion-bank--200-modded-cars--rp-ran/
https://www.playerauctions.com/gta-account/205961956a!xb1-79-billions--7980-rp-pinkys-shop/
https://www.playerauctions.com/gta-account/206194474a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206392535a!ps5-account-next-gen-modded-account--male-characte/
https://www.playerauctions.com/gta-account/206330980a!ps5-modded-account-dual-characters-450-modded-cars/
https://www.playerauctions.com/gta-power-leveling/206120426p!ps5-100-lvl500-million-boost-cashcars-l-9-years-o/
https://www.playerauctions.com/gta-account/206374912a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-account/206328771a!anti-banxbox-series-xs-with-49-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206341958a!xbox-series-xs-78-billion-cash--double-character--/
https://www.playerauctions.com/gta-account/206364106a!xbox-series-xs--25-trillion-cash-2500-billion---le/
https://www.playerauctions.com/gta-power-leveling/206326045p!xbox-onexs-pure-cash-bundle--500-million-only-cash/
https://www.playerauctions.com/gta-account/206404709a!ps5-new-double-character--77-billions--450-modded-/
https://www.playerauctions.com/gta-account/205877085a!ps5-new-geracao---male-7-billion-pure-cash-ultimat/

https://www.playerauctions.com/gta-account/206186235a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206370281a!gta-v-for-ps4--level-100-12-billion-in-total-modde/
https://www.playerauctions.com/gta-account/206328263a!anti-banps5-with-79-billion-pure-cash--rp-rank-100/
https://www.playerauctions.com/gta-account/206396358a!gta-5-online-premium-edition--20-games--fresh--0-h/
https://www.playerauctions.com/gta-account/206327524a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/206184935a!xbox-series-new-gen-47-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206328241a!playstation-5-77-billion-pure-cash--rp-rank-1000--/
https://www.playerauctions.com/gta-account/206376537a!ps5--male-667--78-billones--modified-sets-20--200-/
https://www.playerauctions.com/gta-power-leveling/206120418p!ps4-pure-cash--100-million-boost-l-9-years-of-expe/
https://www.playerauctions.com/gta-account/206192518a!ps4--with-250-million--cash-deluxos--rp-level-130-/
https://www.playerauctions.com/gta-account/206393502a!epic8-trillion-best-modded-outfits-6666-all-unlock/
https://www.playerauctions.com/gta-power-leveling/206214758p!pc-1-billion---customer-required-level--fast-run--/
https://www.playerauctions.com/gta-account/206283540a!-ps5--78-billion-double-character-male-and-female-/
https://www.playerauctions.com/gta-account/206364833a!double-character-78-billion--man-7981--18-mod-outf/
https://www.playerauctions.com/gta-account/206406358a!xbox-next-gen-male--rank-6666--max-stats--fast-run/
https://www.playerauctions.com/gta-account/206330834a!xs-series-dual-characters-450-modded-cars-79b-cash/
https://www.playerauctions.com/gta-account/206362668a!88-billion-in-tota-double-character-gta-v-rp-level/
https://www.playerauctions.com/gta-power-leveling/206134186p!1000000000000--any-lvl--all-unlocks--100-safe-meth/
https://www.playerauctions.com/gta-account/206376178a!xbox-new--7-billion-cash--rank-272--male--200-modd/
https://www.playerauctions.com/gta-account/205986666a!300-modded-cars-rank-8000and-7927205099-billions-f/
https://www.playerauctions.com/gta-account/206274523a!playstation-4-800-million-cash--cars--rp-rank-30--/
https://www.playerauctions.com/gta-account/206328471a!ps5-77-billion-pure-cash---rp-7980--modded-outfits/
https://www.playerauctions.com/gta-account/206299711a!ps-5-vip-double-character-78-billion--man-7981--18/
https://www.playerauctions.com/gta-account/205976887a!gtav-online-ps4ps5-account--level-50--750-million-/
https://www.playerauctions.com/gta-money/205639123c!xbox-new-gen-pure-cash-only-no-cars/
https://www.playerauctions.com/gta-account/206366206a!id263epic-games-version-gta-account--modded-charac/
https://www.playerauctions.com/gta-account/206331390a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-account/206266864a!anti-banps4-with-100-million-in-form-of-cash--cars/
https://www.playerauctions.com/gta-account/206271461a!xbox-one-xbox-s-ps5--rank-569-7billion-fast-run-30/
https://www.playerauctions.com/gta-power-leveling/206134210p!unlock-all-dlc-content--fast-delivery--100-safe-me/
https://www.playerauctions.com/gta-account/206194430a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206273746a!xbox-series-new-gen-77-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206328818a!anti-banxbox-series-xs-with-79-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206113212a!xbox-series-xs-79-billion-pure-cash--7981-rp-level/
https://www.playerauctions.com/gta-account/206221928a!xbox-xs-series-77-billion-in-pure-cash-modded-outf/
https://www.playerauctions.com/gta-account/206212073a!xbox-xs-series-77-billion-in-pure-cash-modded-outf/
https://www.playerauctions.com/gta-account/206375245a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/205981120a!300-modded-cars-rank-120-and-25-trillions-fast-run/
https://www.playerauctions.com/gta-account/206370146a!xbox-one-76-billion-cash--level-120--300-modded-ca/
https://www.playerauctions.com/gta-account/206407256a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-power-leveling/205541917p!pc-gta-5-online--car-gift-delivery-without-sharing/
https://www.playerauctions.com/gta-account/206344781a!xbox-one-double-character-78-billones--man-7981--1/
https://www.playerauctions.com/gta-account/206370095a!ps5--gta-online-modded-account--54-billion--rp-lvl/
https://www.playerauctions.com/gta-account/206168673a!300-modded-cars-rank-666-and-7754412480-billions-f/
https://www.playerauctions.com/gta-money/206226531c!ps4-old-gen-pure-cash-only-no-cars/
https://www.playerauctions.com/gta-account/206328386a!playstation-5-49-billion-pure-cash--rp-rank-120---/
https://www.playerauctions.com/gta-account/206328349a!playstation-5-49-billion-pure-cash--rp-rank-120---/
https://www.playerauctions.com/gta-account/205912336a!steam-15b-cash-online--rp-8000--max-skills--stats-/
https://www.playerauctions.com/gta-account/206218418a!xbox-xs-series-8-billion-pure-cash--rp-120-or-7980/
https://www.playerauctions.com/gta-account/206351874a!steam-account-96-games/
https://www.playerauctions.com/gta-account/206384786a!88-billion-in-total-ps5-double-character-gta-v-rp-/
https://www.playerauctions.com/gta-account/206405122a!ps5-account-double-character--m-8000-f-2022--fast-/
https://www.playerauctions.com/gta-account/206157827a!-social-clubpc16-billion-dollars--5-modded-outfits/
https://www.playerauctions.com/gta-account/206316761a!xbox-xs-series-77-billion-in-pure-cash-modded-outf/
https://www.playerauctions.com/gta-account/206222113a!ultimate-xbox-series-package-120-rp-150-modded-car/
https://www.playerauctions.com/gta-account/206376366a!ps5-new--famele-rp-202-level-7-billion-pure-cash-u/
https://www.playerauctions.com/gta-account/206385785a!xbox-one-double-character-78-billones--man-7981--1/

https://www.playerauctions.com/gta-account/206399355a!ps5-new-level-6666--7-billion--full-skills--fast-r/
https://www.playerauctions.com/gta-account/206374849a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-power-leveling/206226537p!ps4-pure-cash-bundle--500-million-boost-l-any-cust/
https://www.playerauctions.com/gta-account/206374187a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-account/206398573a!xs-series1-billion-cash---120-rp---150-modded-cars/
https://www.playerauctions.com/gta-account/206136802a!xbox-onegtao-gta-9-quintillion--gta-9191229-trilli/
https://www.playerauctions.com/gta-account/206387469a!double---vip-delivery-at-the-moment--xbox-one--78-/
https://www.playerauctions.com/gta-power-leveling/206126763p!gta-5-boosting-xbox-ps4-ps5--leveling-175-lvl--bon/
https://www.playerauctions.com/gta-account/206020736a!xbox-one-double-character-78-billones--man-7981--1/
https://www.playerauctions.com/gta-account/205940468a!gta-5-rockstar-pc--1-billion-950-millions--8000-le/
https://www.playerauctions.com/gta-account/206135075a!xbox-onegtao-gta-9-quintillion--gta-9191229-trilli/
https://www.playerauctions.com/gta-account/206376098a!ps5-new--rp-202-level-7-billion--pure-cash-ultimate/
https://www.playerauctions.com/gta-power-leveling/206120424p!ps4-800-million-boost-cashcars-l-9-years-of-experi/
https://www.playerauctions.com/gta-account/206328562a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/205905187a!-xbox-xs--78-billion-bank-cash-200-modded-cars--mo/
https://www.playerauctions.com/gta-account/206352419a!special-exclusive-male-invisible-body-mod-accountx/
https://www.playerauctions.com/gta-money/205980687c!-epicgamesrockstarsteam--pc-only-safe-and-fast-gta/
https://www.playerauctions.com/gta-account/206403947a!xbox--new-generation-2-female-characters--female-l/
https://www.playerauctions.com/gta-account/206321525a!playstation-5--1billion--cashcars-gifts--rp-rank-r/
https://www.playerauctions.com/gta-account/206273496a!promo300-modded-cars-rank-120-and-7866116167-billi/
https://www.playerauctions.com/gta-account/206364820a!double-character-78-billion--man-7981--18-mod-outf/
https://www.playerauctions.com/gta-account/206405960a!ps5-modded-account-dual-characters-450-modded-cars/
https://www.playerauctions.com/gta-account/206241868a!premium-edition-gta-5-steam-account--fresh-0-hours/
https://www.playerauctions.com/gta-account/206402550a!ps-5-vip-double-character-78-billion-man-7981--18-/
https://www.playerauctions.com/gta-power-leveling/206134085p!5000000000--any-lvl--all-unlocks--100-safe-method/
https://www.playerauctions.com/gta-account/205940917a!78-billions--rank-8000--200-modded-cars--150-rare-/
https://www.playerauctions.com/gta-account/206405054a!ps5-account-male--rank-140--max-stats--fast-run--7/
https://www.playerauctions.com/gta-power-leveling/205719364p!ps5-1-billion-money-boost-cashcars-l-9-years-of-ex/
https://www.playerauctions.com/gta-account/206304381a!-77-billions--rank-6666--250-modded-vehicles-new-d/
https://www.playerauctions.com/gta-money/205980681c!-epicgamesrockstarsteam--pc-only-safe-and-fast-gta/
https://www.playerauctions.com/gta-power-leveling/206089269p!ps4ps5-100-m-gta-v-money-cash--cars/
https://www.playerauctions.com/gta-account/206272985a!xbox-one-female-level-520--kd-8989-fast-run-x4--78/
https://www.playerauctions.com/gta-account/206328215a!anti-banxbox-series-xs-with-49-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206376548a!ps5--male-667--78-billones--modified-sets-20--200-/
https://www.playerauctions.com/gta-account/206407470a!xbox-old-gen-female--rank-666--max-stats--fast-run/
https://www.playerauctions.com/gta-account/206364658a!best-gta-5--pc--rockstar-launcher--5-billions--500/
https://www.playerauctions.com/gta-account/206394449a!pc-rockstar-10-billion-cash-8000-level--all-unlock/
https://www.playerauctions.com/gta-account/206328308a!anti-banps5-with-1-billion-pure-cash--rp-rank-120-/
https://www.playerauctions.com/gta-account/206377595a!-ps5-new--rp-7999-level-7-billion-pure-cash-ultima/
https://www.playerauctions.com/gta-account/206365914a!ps5--79-billion-pure-cash-7900-million--rp-level-7/
https://www.playerauctions.com/gta-power-leveling/206126470p!gta-5-boosting-xbox-ps4-ps5--1000m-1-billion-deliv/
https://www.playerauctions.com/gta-account/205904402a!-xbox-one--double-characters--8-billion--rank-7981/
https://www.playerauctions.com/gta-account/206268548a!gta-5-social-club--online--warranty--mail-access-/
https://www.playerauctions.com/gta-account/206377599a!xbox--new--rp-7999-level-7-billion-pure-cash-ultim/
https://www.playerauctions.com/gta-account/206107821a!playstation-4-100-million-cash--cars--rp-rank-30--/
https://www.playerauctions.com/gta-power-leveling/206126510p!gta-5-boosting-xbox-ps4-ps5--300m-cash-300-million/
https://www.playerauctions.com/gta-power-leveling/206239063p!ps5-500-million-boost-cashcars-l-any-custom-order-/
https://www.playerauctions.com/gta-account/205873330a!ps4--200-millioncash--cars--rp-150--fast-delivery/
https://www.playerauctions.com/gta-account/206328070a!anti-banxbox-series-xs-with-1-billion-pure-cash--r/
https://www.playerauctions.com/gta-account/206396359a!gta-5-online-premium-edition--20-games--fresh-0-h/
https://www.playerauctions.com/gta-power-leveling/206161924p!25m-gta-money-boost/
https://www.playerauctions.com/gta-account/206029413a!social-clubpc5-billion-dollars5-modded-outfitsleve/
https://www.playerauctions.com/gta-account/206365605a!ps5--79-billion-pure-cash-7900-million--rp-level-7/
https://www.playerauctions.com/gta-account/206126833p!gta-5-boosting-xbox-ps4-ps5--leveling-1100-lvl--bo/
https://www.playerauctions.com/gta-account/206390068a!xbox-one-19-trillion-pure-cash--7981-rp-level--max/
https://www.playerauctions.com/gta-power-leveling/206126529p!gta-5-boosting-xbox-ps4-ps5--200m-cash-200-million/
https://www.playerauctions.com/gta-account/206403872a!ps5--new---77-billion---level-1020---max-stats---q/

https://www.playerauctions.com/gta-account/206328673a!anti-banbox-series-xs-with-49-billion-pure-cash--/
https://www.playerauctions.com/gta-account/205890592a!xbox-series-xs-vip-double-character-78-billones--m/
https://www.playerauctions.com/gta-power-leveling/205992007p!xbox-300-m-gta-v-money-cash--cars/
https://www.playerauctions.com/gta-account/206405288a!xbox-sx-total-1-billion-in--200mcash--800mcars-ran/
https://www.playerauctions.com/gta-account/206377095a!-ps5-new--rp-7999-level-7-billion-pure-cash-ultima/
https://www.playerauctions.com/gta-account/206401981a!ps5-new-generation--double-character-male-8000--fe/
https://www.playerauctions.com/gta-account/206193345a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206394356a!xbox-xs-series-77-billion-in-pure-cash-modded-outf/
https://www.playerauctions.com/gta-account/206321063a!gtav-online-ps4--level-50--1-billion--cash--cars/
https://www.playerauctions.com/gta-money/206143576c!any-amount-of-game-currency--any-lvl--all-unlocks-/
https://www.playerauctions.com/gta-account/206405796a!-ps5-account-male--rank-6666--max-stats--fast-run-/
https://www.playerauctions.com/gta-power-leveling/205503090p!pc-level-135--max-skills--unlocks/
https://www.playerauctions.com/gta-money/206391774c!ps5-best-money-boosting-service--bonus--100-safe--/
https://www.playerauctions.com/gta-account/206222093a!xbox-series-new-gen-700-million-pure-cash--rp-rank/
https://www.playerauctions.com/gta-power-leveling/206226534p!ps4-pure-cash--100-million-boost-l-any-custom-orde/
https://www.playerauctions.com/gta-account/206185006a!xbox-series-new-gen-77-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206329080a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206400363a!ps5-double-character--male-rp-2000--woman-2024--ra/
https://www.playerauctions.com/gta-power-leveling/206126841p!gta-5-boosting-xbox-ps4-ps5--leveling-1100-lvl--bo/
https://www.playerauctions.com/gta-account/206329152a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206193466a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206185082a!xbox-series-new-gen-77-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206302812a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-account/206330664a!xbox-one--16-trillion-cash--modded-cars--level-798/
https://www.playerauctions.com/gta-account/206186999a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206157540a!-social-clubpc15-billion-dollars--5-modded-outfits/
https://www.playerauctions.com/gta-account/206407262a!xbox-old-gen-female--rank-1709--max-stats--fast-ru/
https://www.playerauctions.com/gta-account/206328385a!anti-banps5-with-49-billion-pure-cash--rp-rank-120/
https://www.playerauctions.com/gta-account/206345400a!ps-5-vip-double-character-78-billion-man-7981--18-/
https://www.playerauctions.com/gta-power-leveling/206126481p!gta-5-boosting-xbox-ps4-ps5--150m-cash-150-million/
https://www.playerauctions.com/gta-account/206273008a!xbox-one-female-level-520--kd-8989-fast-run-x4--78/
https://www.playerauctions.com/gta-account/206343094a!playstation-4-200-million-cash--cars--rp-rank-50--/
https://www.playerauctions.com/gta-account/206228841a!xbox-one--dive-into-luxury-1-billion-in-assets-ove/
https://www.playerauctions.com/gta-account/206406344a!xbox-next-gen-fem--rank-2000--max-stats--fast-run-/
https://www.playerauctions.com/gta-money/205301734c!ps4-500-million/
https://www.playerauctions.com/gta-account/206354630a!grab-your-ps4-modded-account-now--100-hand-made--i/
https://www.playerauctions.com/gta-account/206194633a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206071957a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206186221a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206405750a!xbox-sx--100million-pure-cash--random-level-instan/
https://www.playerauctions.com/gta-money/205980684c!-epicgamesrockstarsteam--pc-only-safe-and-fast-gta/
https://www.playerauctions.com/gta-account/206329213a!anti-banxbox-series-xs-with-600-million-pure-cash-/
https://www.playerauctions.com/gta-account/206327127a!ps5-modded-account-dual-characters-450-modded-cars/
https://www.playerauctions.com/gta-power-leveling/206228850p!ps4-1-billion-pure-cash-only-no-cars-/
https://www.playerauctions.com/gta-account/206374232a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-account/206194460a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206406229a!xbox-next-gen-double-character--m-8000-f-2022--fas/
https://www.playerauctions.com/gta-account/206345786a!vip-ps5--75-billion-rank-7981-mk2-weapons-300-cars/
https://www.playerauctions.com/gta-account/205986155a!300-modded-cars-rank-500-and-7953368412-billions-f/
https://www.playerauctions.com/gta-account/206407610a!ps4--1-billion--cash-deluxos--rp-level-130--exclus/
https://www.playerauctions.com/gta-account/206376144a!ps5-7-billion-cash--rank-272--male--200-modded-car/
https://www.playerauctions.com/gta-account/206328923a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206343114a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/206029432a!social-clubpc1-billion-dollars5-modded-outfitsleve/
https://www.playerauctions.com/gta-account/206328024a!xbox-series-new-gen-47-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206376509a!ps5-new--male-888--7-billones--modified-sets--20/
https://www.playerauctions.com/gta-account/206236670a!promo300-modded-cars-rank-120-and-7860116167-billi/

https://www.playerauctions.com/gta-account/206365849a!ps5--79-billion-pure-cash-7900-million--rp-level-7/
https://www.playerauctions.com/gta-account/206328228a!anti-banxbox-series-xs-with-49-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206405961a!xbox-next-gen-male--rank-284--max-stats--fast-run-/
https://www.playerauctions.com/gta-account/206378981a!ps5-new-generation--male--7-billion-pure-cash-ulti/
https://www.playerauctions.com/gta-account/206329148a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206290927a!premium-edition-gta-5-steam-account--fresh-0-hours/
https://www.playerauctions.com/gta-power-leveling/205987264p!xbox-50-m-gta-v-money-cash--cars/
https://www.playerauctions.com/gta-account/206321531a!playstation-5--1billion--cashcars-gifts--rp-rank-r/
https://www.playerauctions.com/gta-account/206328668a!anti-banxbox-series-xs-with-49-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206405788a!ps5-account-fem--rank-666--max-stats--fast-run--7-/
https://www.playerauctions.com/gta-account/206344772a!xbox-one-double-character-78-billones--man-7981--1/
https://www.playerauctions.com/gta-account/206194649a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206406651a!xbox-sx-200million-in-80mcash120mcars-random-level/
https://www.playerauctions.com/gta-account/206328079a!xbox-series-new-gen-1-billion-pure-cash--rp-rank-1/
https://www.playerauctions.com/gta-account/206064500a!xbox-old-gen-female--rank-666--max-stats--fast-run/
https://www.playerauctions.com/gta-account/206023128a!male-character-78-billion-cash-100-modded-cars-fas/
https://www.playerauctions.com/gta-account/206300911a!xbox-series-xs--rp-202--77-billion--300-cars-modd/
https://www.playerauctions.com/gta-account/206273034a!xbox-one-female-level-520--kd-8989-fast-run-x4--78/
https://www.playerauctions.com/gta-money/206391778c!social-club-best-money-boosting-service--bonus--10/
https://www.playerauctions.com/gta-account/206376140a!ps5-7-billion-cash--rank-272--male--200-modded-car/
https://www.playerauctions.com/gta-account/206192186a!ps4--with-500-million--cash-deluxos--rp-level-75--/
https://www.playerauctions.com/gta-account/206331699a!pc-rockstar-10-billion-cash-500-level--all-unlocks/
https://www.playerauctions.com/gta-account/206321537a!playstation-5--100-million--cashcars-gifts--rp-ran/
https://www.playerauctions.com/gta-account/206273066a!xbox-one-female-level-520--kd-8989-fast-run-x4--78/
https://www.playerauctions.com/gta-account/206377602a!xbox--new--rp-7999-level-7-billion-pure-cash-ultim/
https://www.playerauctions.com/gta-account/206354640a!best-gta-5--pc--rockstar-launcher--5-billions--500/
https://www.playerauctions.com/gta-account/206381719a!ps5-8-billion-cash--rp-120--300-modded-cars--modde/
https://www.playerauctions.com/gta-account/206353170a!playstation-4-1-billion-cash--cars--rp-rank-30---1/
https://www.playerauctions.com/gta-power-leveling/206133991p!900000000--any-lvl--all-unlocks--100-safe-method/
https://www.playerauctions.com/gta-power-leveling/206311238p!ps5--200million-only-cash--fast-and-safe-delivery/
https://www.playerauctions.com/gta-account/206370192a!xbox-one--exclusive-double-character-gta-online-mo/
https://www.playerauctions.com/gta-account/206407369a!xbox-old-gen-female--rank-7981--max-stats--fast-ru/
https://www.playerauctions.com/gta-power-leveling/206126720p!gta-5-boosting-xbox-ps4-ps5--leveling-1100-lvl--bo/
https://www.playerauctions.com/gta-account/206185053a!xbox-series-new-gen-77-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206328379a!anti-banps5-with-49-billion-pure-cash--rp-rank-120/
https://www.playerauctions.com/gta-account/206331536a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-account/206385017a!anti-banps4-with-100-million-in-form-of-cash--cars/
https://www.playerauctions.com/gta-account/206401964a!xbox-new-generation--double-character-male-8000--f/
https://www.playerauctions.com/gta-account/206327209a!ps5-77-billion-pure-cash--rp-7980--modded-outfits/
https://www.playerauctions.com/gta-account/206344764a!xbox-one-double-character-78-billones--man-7981--1/
https://www.playerauctions.com/gta-account/206365806a!ps5--79-billion-pure-cash-7900-million--rp-level-7/
https://www.playerauctions.com/gta-account/206366610a!id274epic-games-version-gta-account--modded-charac/
https://www.playerauctions.com/gta-power-leveling/206124609p!gta-5-boosting-xbox-ps4-ps5--100m-cash-100-million/
https://www.playerauctions.com/gta-account/206228838a!xbox-one--dive-into-luxury-1-billion-in-assets-ove/
https://www.playerauctions.com/gta-account/206392509a!ps5-account-next-gen-modded-account--male-characte/
https://www.playerauctions.com/gta-account/206307364a!xbox-xs-account-next-gen-modded-account--male-char/
https://www.playerauctions.com/gta-power-leveling/205503067p!pc-250m--level-135--max-skills--unlocks/
https://www.playerauctions.com/gta-account/205937037a!has-16-trillion-and-is-level-7981/
https://www.playerauctions.com/gta-account/206193580a!playstation-4-250-million-cash--cars--rp-rank-50--/
https://www.playerauctions.com/gta-power-leveling/206239000p!any-xbox-onexs-100-million-boost-cashcars-l-any-cu/
https://www.playerauctions.com/gta-account/206364164a!ultimate-xbox-series-package-120-rp-300-modded-car/
https://www.playerauctions.com/gta-account/206405065a!ps5-account-male--rank-1052--max-stats--fast-run--/
https://www.playerauctions.com/gta-account/206328313a!anti-banps5-with-1-billion-pure-cash--rp-rank-120-/
https://www.playerauctions.com/gta-account/206385323a!ps5-8-billion-cash--rp-120--300-modded-cars--modde/
https://www.playerauctions.com/gta-account/206305364a!xbox-series-xs-vip-double-character-78-billones--m/
https://www.playerauctions.com/gta-power-leveling/206126824p!gta-5-boosting-xbox-ps4-ps5--leveling-175-lvl--bon/
https://www.playerauctions.com/gta-account/206395983a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/

https://www.playerauctions.com/gta-account/206390053a!xbox-one-19-trillion-pure-cash--7981-rp-level--max/
https://www.playerauctions.com/gta-account/206194170a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-power-leveling/206134044p!1500000000--any-lvl--all-unlocks--100-safe-method/
https://www.playerauctions.com/gta-account/206376360a!xbox-new--famele-rp-202-level-7-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206327521a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/206144551a!new-created-2922024-ps5-colors--man-666--78-billon/
https://www.playerauctions.com/gta-account/206394398a!pc-social-club--5-billion-cash-level-500-max-stats/
https://www.playerauctions.com/gta-account/206364922a!ps5--79-billion-pure-cash-7900-million--rp-level-7/
https://www.playerauctions.com/gta-account/206364067a!-arena-war--ps5--m-676-f656--8-billion-fast-run-mo/
https://www.playerauctions.com/gta-account/206405839a!ps5-account-male--rank-200--fast-run--7-bi--modded/
https://www.playerauctions.com/gta-account/205989280a!300-modded-cars-rank-240-and-7896554660-billions-f/
https://www.playerauctions.com/gta-account/206328391a!anti-banps5-with-49-billion-pure-cash--rp-rank-120/
https://www.playerauctions.com/gta-account/206213817a!gta-5-pc-acc--fresh-0-hours-steam-account-fast-del/
https://www.playerauctions.com/gta-account/206277080a!ps4--1-billions-pure-cash--100-level/
https://www.playerauctions.com/gta-power-leveling/206324383p!xbox-one-xs-1-billion-boost-cashcars-l-9-years-of-/
https://www.playerauctions.com/gta-account/206400754a!ps5-new-double-character--male-rp-2000--woman-2024/
https://www.playerauctions.com/gta-account/206328821a!anti-banxbox-series-xs-with-79-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206357823a!ps5-8-billion-cash--rp-120--300-modded-cars--modde/
https://www.playerauctions.com/gta-account/206305310a!xbox-series-xs---rp-169--79-billion--modded-outfit/
https://www.playerauctions.com/gta-account/206299683a!ps-5-vip-double-character-78-billion--man-7981--18/
https://www.playerauctions.com/gta-account/206364637a!limited-offer--xbox-series-xs--25-trillion-cash-25/
https://www.playerauctions.com/gta-account/206315154a!steam-15b-cash-online--rp-8000--max-skills--stats-/
https://www.playerauctions.com/gta-money/205907578c!gta-new-version-ps5-million--boost-cash--cars-safe/
https://www.playerauctions.com/gta-money/205778460c!gta-v-cash-service--rank/
https://www.playerauctions.com/gta-account/206370149a!ps5--exclusive-double-character-gta-online-modded-/
https://www.playerauctions.com/gta-account/206328152a!anti-banxbox-series-xs-with-1-billion-pure-cash--r/
https://www.playerauctions.com/gta-account/206353185a!playstation-4-1-billion-cash--cars--rp-rank-30---1/
https://www.playerauctions.com/gta-account/206385392a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-power-leveling/206126787p!gta-5-boosting-xbox-ps4-ps5--leveling-1120-lvl--bo/
https://www.playerauctions.com/gta-account/206063604a!xbox-next-gen-male--rank-1052--max-stats--fast-run/
https://www.playerauctions.com/gta-account/206401937a!ps5--new-geracao-female--7-billion-pure-cash-ultim/
https://www.playerauctions.com/gta-power-leveling/206326048p!xbox-onexs-500-million-boost-cashcars-l-9-years-of/
https://www.playerauctions.com/gta-account/206328462a!anti-banps5-with-79-billion-pure-cash--rp-rank-100/
https://www.playerauctions.com/gta-account/206080390a!xbox-one-double-character-78-billones--man-7981--1/
https://www.playerauctions.com/gta-account/206370138a!ps5--exclusive-double-character-gta-online-modded-/
https://www.playerauctions.com/gta-account/206364188a!ps5-8-billion-cash--rp-120--300-modded-cars--modde/
https://www.playerauctions.com/gta-account/206329084a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206365819a!ps5--79-billion-pure-cash-7900-million--rp-level-7/
https://www.playerauctions.com/gta-account/206218613a!xbox-xs-series-1-billion-pure-cash--rp-120--150-mo/
https://www.playerauctions.com/gta-account/206081029a!xbox-one-double-character-78-billones--man-7981--1/
https://www.playerauctions.com/gta-account/206375949a!ps5-new--tryhard-rp-202-level-7-billion-pure-cash-/
https://www.playerauctions.com/gta-power-leveling/205543283p!pc-500-millions--1208000-level--max-stats--fast-ru/
https://www.playerauctions.com/gta-money/205512586c!pc-gta-online--fast-money-delivery--car-gift--max-/
https://www.playerauctions.com/gta-account/206126503p!gta-5-boosting-xbox-ps4-ps5--50m-cash-50-million--/
https://www.playerauctions.com/gta-account/206328115a!anti-banxbox-series-xs-with-1-billion-pure-cash--r/
https://www.playerauctions.com/gta-power-leveling/205719367p!ps5-100-million-boost-cashcars-l-9-years-of-experi/
https://www.playerauctions.com/gta-account/206337319a!ps5--chop-shop-diamond--double--character---78-bil/
https://www.playerauctions.com/gta-account/206364824a!double-character-78-billion--man-7981--18-mod-outf/
https://www.playerauctions.com/gta-power-leveling/205794783p!ps4ps5xbox-old-and-new-gen--any-x10-modded-cars-fr/
https://www.playerauctions.com/gta-account/206407309a!ps4--1-billion--cash-deluxos--rp-level-130--exclus/
https://www.playerauctions.com/gta-account/205719405p!ps5-50-million-boost-cashcars-l-9-years-of-experie/
https://www.playerauctions.com/gta-account/206328894a!anti-banxbox-series-xs-with-79-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206371120a!special-exclusive-male-invisible-body-mod-accountx/
https://www.playerauctions.com/gta-account/206218598a!xbox-xs-series-8-billion-pure-cash--rp-120-or-7980/
https://www.playerauctions.com/gta-power-leveling/206126867p!gta-5-boosting-xbox-ps4-ps5--leveling-1120-lvl--bo/
https://www.playerauctions.com/gta-power-leveling/206283276p!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-account/206230192a!pc-social-club--5-billion-cash-level-500-max-stats/

https://www.playerauctions.com/gta-account/205976921a!gtav-online-ps4ps5-account--level-120--500-million/
https://www.playerauctions.com/gta-account/206029417a!social-clubpc5-billion-dollars5-modded-outfitsleve/
https://www.playerauctions.com/gta-account/206194155a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-power-leveling/205503100p!pc-level-135--max-skills--unlocks/
https://www.playerauctions.com/gta-money/206403727c!ps5-gta-v-online-money-safe-and-fast-delivery-with/
https://www.playerauctions.com/gta-account/206194470a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206374979a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-power-leveling/206124542p!gta-5-boosting-xbox-ps4-ps5--30m-cash-30-million--/
https://www.playerauctions.com/gta-account/206328837a!anti-banxbox-series-xs-with-79-billion-pure-cash--/
https://www.playerauctions.com/gta-power-leveling/205396434p!pc-500-million---120-level--fast-run--max-stats--b/
https://www.playerauctions.com/gta-account/206023985a!xbox-series-xs--double-characters-8-billion---rank/
https://www.playerauctions.com/gta-account/206385217a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-account/206331243a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-power-leveling/206208994p!pc-only-10-modded-outfitsmale--female-from-the-lis/
https://www.playerauctions.com/gta-account/205940942a!gta-5-rockstar-pc--1-billion-700-millions--1350-le/
https://www.playerauctions.com/gta-account/205959578a!xbox-one--16-trillion-cash--modded-cars--level-798/
https://www.playerauctions.com/gta-power-leveling/206126475p!gta-5-boosting-xbox-ps4-ps5--1000m-1-billion-deliv/
https://www.playerauctions.com/gta-account/206374511a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-account/206376070a!xbox--new---rp-202-level-7-billion-pure-cash-ultim/
https://www.playerauctions.com/gta-account/206405309a!xbox-sx-total-1-billion-in--200mcash--800mcars-ran/
https://www.playerauctions.com/gta-account/205877095a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/206390073a!xbox-one-19-trillion-pure-cash--7981-rp-level--max/
https://www.playerauctions.com/gta-account/206376521a!xbox-new---male-888--7-billones--modified-sets---2/
https://www.playerauctions.com/gta-account/206406138a!xbox-next-gen-male--rank-568--max-stats--fast-run-/
https://www.playerauctions.com/gta-power-leveling/206326492p!xbox-onexs-50-million-boost-cashcars-l-9-years-of-/
https://www.playerauctions.com/gta-account/205888816a!ps5-gta-5-rare-moded-account--rp-891-77-billion-pu/
https://www.playerauctions.com/gta-account/206406462a!anti-banps4-with-500-million-in-form-of-cash--cars/
https://www.playerauctions.com/gta-account/206407352a!xbox-old-gen-male--rank-568--max-stats--fast-run--/
https://www.playerauctions.com/gta-account/206328247a!playstation-5-77-billion-pure-cash--rp-rank-1000--/
https://www.playerauctions.com/gta-power-leveling/206134228p!boost-arena-lvl-up-to-1000--all-content-arena-war/
https://www.playerauctions.com/gta-account/206328212a!best-legit/
https://www.playerauctions.com/gta-account/206400099a!ps5-new-generation-double-character-male-327--fema/
https://www.playerauctions.com/gta-account/206386807a!xbox-series-double-character-78-billion--man-7981-/
https://www.playerauctions.com/gta-account/206403692a!ps5--chop-shop-diamond--double--character---78-bil/
https://www.playerauctions.com/gta-account/206285469a!-gta5-steam-pc--100000-millions--cash--10000000000/
https://www.playerauctions.com/gta-account/206185016a!xbox-series-new-gen-77-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206328390a!playstation-5-49-billion-pure-cash--rp-rank-120---/
https://www.playerauctions.com/gta-account/205988378a!300-modded-cars-rank-6666-and-7841871323-billions-/
https://www.playerauctions.com/gta-power-leveling/206061274p!playstation-5--50million-only-cash-trusted--safest/
https://www.playerauctions.com/gta-account/206328430a!anti-banps5-with-79-billion-pure-cash--rp-rank-100/
https://www.playerauctions.com/gta-account/206161502a!1billion-gta-5-account/
https://www.playerauctions.com/gta-account/206358408a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/206222087a!xbox-xs-series-77-billion-in-pure-cash-modded-outf/
https://www.playerauctions.com/gta-account/206327170a!ps5-77-billion-pure-cash---rp-7980--modded-outfits/
https://www.playerauctions.com/gta-account/206374760a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-power-leveling/205503109p!pc-max-nightclub-popularity/
https://www.playerauctions.com/gta-account/206404776a!ps5-new---rp-202-level-7-billion-pure-cash-ultimat/
https://www.playerauctions.com/gta-power-leveling/206126566p!gta-5-boosting-xbox-ps4-ps5--25m-cash-25-million--/
https://www.playerauctions.com/gta-account/206272363a!ps5--6-bill-cash-1055-rp-max-skillsfast-run-modded/
https://www.playerauctions.com/gta-account/206343668a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-power-leveling/206126901p!gta-5-boosting-xbox-ps4-ps5--leveling-1100-lvl--bo/
https://www.playerauctions.com/gta-account/206385350a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-account/206328412a!playstation-5-77-billion-pure-cash--rp-rank-1000--/
https://www.playerauctions.com/gta-account/206366499a!ids0021steam-version-gta-account--modded-character/
https://www.playerauctions.com/gta-account/206385232a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-account/206390037a!xbox-series-xs-79-billion-pure-cash--7981-rp-level/
https://www.playerauctions.com/gta-account/206328110a!xbox-series-new-gen-1-billion-pure-cash--rp-rank-1/

https://www.playerauctions.com/gta-account/206328074a!xbox-series-new-gen-1-billion-pure-cash--rp-rank-1/
https://www.playerauctions.com/gta-account/206020658a!xbox-one-double-character-78-billones--man-7981--1/
https://www.playerauctions.com/gta-power-leveling/206222127p!gtav-online-ps4--pure-cash-500-million-no-cars/
https://www.playerauctions.com/gta-account/206328164a!anti-banxbox-series-xs-with-1-billion-pure-cash--r/
https://www.playerauctions.com/gta-account/206387561a!vip-xbox-one--78-billons-it-has-mod-cars--race-wea/
https://www.playerauctions.com/gta-account/206345709a!xbox-series--man-638-skull--78-billones--12-modifi/
https://www.playerauctions.com/gta-account/206405927a!xbox-next-gen-female--rank-120--max-stats--fast-ru/
https://www.playerauctions.com/gta-account/206387328a!double---vip-delivery-at-the-moment--xbox-one--78-/
https://www.playerauctions.com/gta-account/206407240a!xbox-old-gen-female--rank-120--max-stats--fast-run/
https://www.playerauctions.com/gta-account/206366211a!id251epic-games-version-gta-account--modded-charac/
https://www.playerauctions.com/gta-money/205823821c!gta-5-online--playstation-4/
https://www.playerauctions.com/gta-account/206302231a!xbox-series-xs---rp-888--77-billion--350-cars-modd/
https://www.playerauctions.com/gta-account/206400094a!ps5-new-generation-double-character-male-327--fema/
https://www.playerauctions.com/gta-power-leveling/205503121p!pc-250m--level-135--max-skills--unlocks/
https://www.playerauctions.com/gta-account/205986021a!300-modded-cars-rank-6666-and-7932768235-billions-/
https://www.playerauctions.com/gta-account/206349027a!steam-15-billion-cash--rp-level-8000--maxed-skills/
https://www.playerauctions.com/gta-account/205873362a!anti-banps4-with-250-million-in-form-of-cash--cars/
https://www.playerauctions.com/gta-account/206404022a!xbox-new-ge-ultra-vip-male-517--78-billones--modif/
https://www.playerauctions.com/gta-account/206305223a!playstation-4-100-million-cash--cars--rp-rank-30--/
https://www.playerauctions.com/gta-account/206365991a!ps5--79-billion-pure-cash-7900-million--rp-level-7/
https://www.playerauctions.com/gta-account/206328124a!xbox-series-new-gen-1-billion-pure-cash--rp-rank-1/
https://www.playerauctions.com/gta-account/206405869a!ps4-1-billion-account-rp-level-30-cash--car/
https://www.playerauctions.com/gta-power-leveling/206208999p!pc-only-20-modded-outfits-for-female-character/
https://www.playerauctions.com/gta-account/206245497a!xbox-series-xs-79-billion-pure-cash--7981-rp-level/
https://www.playerauctions.com/gta-account/206307432a!xbox-xs-account-next-gen-modded-account--male-char/
https://www.playerauctions.com/gta-account/206222065a!xbox-xs-series-77-billion-in-pure-cash-modded-outf/
https://www.playerauctions.com/gta-account/206352386a!special-exclusive-male-invisible-body-mod-accountx/
https://www.playerauctions.com/gta-power-leveling/206124636p!gta-5-boosting-xbox-ps4-ps5--750m-cash-500-million/
https://www.playerauctions.com/gta-account/206403805a!anti-banps4-with-100-million-in-form-of-cash--cars/
https://www.playerauctions.com/gta-account/206400631a!xbox-new-double-character--male-rp-2000--woman-202/
https://www.playerauctions.com/gta-account/206372912a!pc--rockstar-games--100-safe--modded-gtao--gold-pa/
https://www.playerauctions.com/gta-account/205905626a!-xbox-one--8-billion-bank--200-modded-cars--rp-ran/
https://www.playerauctions.com/gta-account/206390041a!xbox-series-xs-79-billion-pure-cash--7981-rp-level/
https://www.playerauctions.com/gta-power-leveling/206124645p!gta-5-boosting-xbox-ps4-ps5--75m-cash-75-million--/
https://www.playerauctions.com/gta-account/206364700a!limited-offer--xbox-series-xs--25-trillion-cash-25/
https://www.playerauctions.com/gta-power-leveling/206326522p!xbox-onexs-pure-cash--100-million-cash-only-boost-/
https://www.playerauctions.com/gta-account/206337681a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206295486a!gta-v-online-rockstar-games-pc--60-billions900-lvl/
https://www.playerauctions.com/gta-account/206396837a!ps5-new---male-888--7-billones--modified-sets---20/
https://www.playerauctions.com/gta-account/206192511a!ps4--with-500-million--cash-deluxos--rp-level-130-/
https://www.playerauctions.com/gta-account/206192238a!ps4--with-2-billion--cash-deluxos--rp-level-130--e/
https://www.playerauctions.com/gta-account/206405840a!best-gta-5--pc--rockstar-launcher--5-billions--500/
https://www.playerauctions.com/gta-account/206206617a!xbox-one--19-trillion-cash--modded-cars--level-798/
https://www.playerauctions.com/gta-money/205811595c!xbox-one-gta-5-online-money-boosting-service-fast-/
https://www.playerauctions.com/gta-account/206330848a!xs-series-dual-characters-450-modded-cars-79b-cash/
https://www.playerauctions.com/gta-account/206404015a!ps5--ultra-vip-male-517--78-billones--modified-set/
https://www.playerauctions.com/gta-money/205254127c!100-safe-l-ps5-boost-cashcars/
https://www.playerauctions.com/gta-account/206328434a!anti-banps5-with-79-billion-pure-cash--rp-rank-100/
https://www.playerauctions.com/gta-account/206403908a!xbox-new---level-rp-7981--final-account-of-7-billi/
https://www.playerauctions.com/gta-money/206063115c!-xbox-one--500-million-only-cash--complete-your-or/
https://www.playerauctions.com/gta-account/206337530a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206370344a!anti-banxbox-series-xs-with-79-billion-pure-cash--/
https://www.playerauctions.com/gta-account/205904442a!-xbox-one--double-characters--8-billion--rank-7981/
https://www.playerauctions.com/gta-money/206384750c!100-safe-l-ps4-money-boost-cashcars-custom-order/
https://www.playerauctions.com/gta-account/206241872a!premium-edition-gta-5-steam-account--fresh-0-hours/
https://www.playerauctions.com/gta-account/206001823a!playstation-4-100-million-cash--cars--rp-rank-30--/
https://www.playerauctions.com/gta-account/206400073a!ps5-new-generation--male---7-billion-pure-cash-ult/

https://www.playerauctions.com/gta-power-leveling/206120430p!any-xbox-onexs-100-million-boost-cashcars-l-8-year/
https://www.playerauctions.com/gta-account/206328158a!anti-banxbox-series-xs-with-1-billion-pure-cash--r/
https://www.playerauctions.com/gta-account/206342406a!xbox-series-xs-75-billion---rank-7981--200-modded-/
https://www.playerauctions.com/gta-account/206236679a!promo300-modded-cars-rank-120-and-7860116167-billi/
https://www.playerauctions.com/gta-account/206376517a!xbox-new---male-888--7-billones--modified-sets---2/
https://www.playerauctions.com/gta-power-leveling/206134218p!boost-auto-club-lvl-up-to-1000--all-content-ls-tun/
https://www.playerauctions.com/gta-account/206329165a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206194629a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-power-leveling/206134298p!600000000--any-lvl--all-unlocks--100-safe-method/
https://www.playerauctions.com/gta-account/206327137a!xbox-xs-series-8-billion-pure-cash--rp-120-or-7980/
https://www.playerauctions.com/gta-power-leveling/205987817p!ps4ps5-500-m-gta-v-money-cash--cars/
https://www.playerauctions.com/gta-power-leveling/205541919p!pc-2-billion---120-level--fast-run--max-stats--bun/
https://www.playerauctions.com/gta-account/206331519a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-account/206405043a!ps5-account-female--rank-1709--max-stats--fast-run/
https://www.playerauctions.com/gta-account/206353173a!playstation-4-1-billion-cash--cars--rp-rank-30---1/
https://www.playerauctions.com/gta-power-leveling/206260656p!wts-pcpsxb-custom-order-feel-free-to-contact-us-fo/
https://www.playerauctions.com/gta-power-leveling/206326519p!xbox-onexs-300-million-boost-cashcars-l-9-years-of/
https://www.playerauctions.com/gta-account/206342253a!xbox-series-xs-79-billion---rank-666--male--200-mo/
https://www.playerauctions.com/gta-account/206248082a!ps5--handmade---rank-643--kd-1000002949--unlock-cl/
https://www.playerauctions.com/gta-power-leveling/206061284p!playstation-5--200million-only-cash-trusted--safes/
https://www.playerauctions.com/gta-account/206374152a!-xbox-one--male-character--terrobyte-unlocked---7/
https://www.playerauctions.com/gta-account/206377734a!ps5-new---rp-88-level-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-power-leveling/206239065p!ps5-300-million-boost-cashcars-l-any-custom-order-/
https://www.playerauctions.com/gta-account/205981117a!300-modded-cars-rank-120-and-25-trillions-fast-run/
https://www.playerauctions.com/gta-account/206193498a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206370141a!xbox-one-76-billion-cash--level-120--300-modded-ca/
https://www.playerauctions.com/gta-account/206400733a!ps5-new-double-character--male-rp-2000--woman-2024/
https://www.playerauctions.com/gta-power-leveling/206120419p!ps4-pure-cash-bundle--500-million-boost-l-9-years-/
https://www.playerauctions.com/gta-account/206161009a!xbox-next-gen-male--lvl-569-max-stats--fast-run--7/
https://www.playerauctions.com/gta-account/206194643a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206374950a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-account/206213773a!gta-5-pc-acc--fresh-0-hours-steam-account-fast-del/
https://www.playerauctions.com/gta-account/206305368a!xbox-series-xs-vip-double-character-78-billones--m/
https://www.playerauctions.com/gta-account/206396349a!gta-5-online-premium-edition--20-games--fresh--0-h/
https://www.playerauctions.com/gta-account/206366007a!ps5--79-billion-pure-cash-7900-million--rp-level-7/
https://www.playerauctions.com/gta-account/206299463a!exclusive-rare-gta-account--male-character--lvl-20/
https://www.playerauctions.com/gta-account/206386815a!xbox-series-double-character-78-billion--man-7981-/
https://www.playerauctions.com/gta-money/206226541c!ps5-new-gen-pure-cash-only-no-cars/
https://www.playerauctions.com/gta-account/205873298a!ps4-11-billions-totalcashcars-rp-level-random/
https://www.playerauctions.com/gta-account/206337208a!ps5--chop-shop-diamond--double--character---78-bil/
https://www.playerauctions.com/gta-account/206390060a!xbox-one-19-trillion-pure-cash--7981-rp-level--max/
https://www.playerauctions.com/gta-account/206399431a!xbox-new-generation--male---7-billion-pure-cash-ul/
https://www.playerauctions.com/gta-account/206320933a!gtav-online-ps4--level-50--1-billion--cash--cars/
https://www.playerauctions.com/gta-account/206392601a!ps5-new-double-character--77-billions--450-modded-/
https://www.playerauctions.com/gta-account/205986703a!300-modded-cars-rank-8000and-7927205099-billions-f/
https://www.playerauctions.com/gta-power-leveling/205503116p!pc-bunker-research/
https://www.playerauctions.com/gta-account/206386789a!xbox-series-double-character-78-billion--man-7981-/
https://www.playerauctions.com/gta-account/206321544a!playstation-5--100-million--cashcars-gifts--rp-ran/
https://www.playerauctions.com/gta-account/206405020a!ps5-account-female--rank-120--max-stats--fast-run-/
https://www.playerauctions.com/gta-account/206346144a!xbox-series-xs-with78billion-pure-cash--modded-out/
https://www.playerauctions.com/gta-money/205541921c!pc-gta-online--fast-money-delivery--car-gift--max-/
https://www.playerauctions.com/gta-account/205896315a!xbox-one--79-billion-pure-cash--level-7980--/
https://www.playerauctions.com/gta-account/206348777a!playstation-5-77-billion-pure-cash--rp-rank-1000--/
https://www.playerauctions.com/gta-power-leveling/206326035p!any-xbox-onexs-25-million-boost-cashcars-l-8-years/
https://www.playerauctions.com/gta-account/206300619a!gta5-steam--pc--rank-500--cash-2001000000--all-un/
https://www.playerauctions.com/gta-account/206193065a!xbox-series-xs-vip-double-character-78-billones--m/
https://www.playerauctions.com/gta-power-leveling/206126896p!gta-5-boosting-xbox-ps4-ps5--leveling-1100-lvl--bo/

https://www.playerauctions.com/gta-money/205829652c!gta-5-online--xbox-one/
https://www.playerauctions.com/gta-power-leveling/206134055p!3000000000--any-lvl--all-unlocks--100-safe-method/
https://www.playerauctions.com/gta-account/206403928a!ps5--new-generation-2-female-characters--female-le/
https://www.playerauctions.com/gta-account/206377824a!ps5-new---rp-88-level-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/206193421a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206392489a!ps5-account-next-gen-modded-account--male-characte/
https://www.playerauctions.com/gta-account/205906309a!-ps5--topless-nude-female--75-billion-cash--level-/
https://www.playerauctions.com/gta-account/206192522a!ps4--with-250-million--cash-deluxos--rp-level-130-/
https://www.playerauctions.com/gta-power-leveling/206124660p!gta-5-boosting-xbox-ps4-ps5--50m-cash-50-million--/
https://www.playerauctions.com/gta-power-leveling/206134158p!100000000000--any-lvl--all-unlocks--100-safe-metho/
https://www.playerauctions.com/gta-account/206193611a!playstation-4-250-million-cash--cars--rp-rank-50--/
https://www.playerauctions.com/gta-account/206193589a!playstation-4-300-million-cash--cars--rp-rank-50--/
https://www.playerauctions.com/gta-power-leveling/206238996p!xbox-onexs-300-million-boost-cashcars-l-any-custom/
https://www.playerauctions.com/gta-money/205254117c!100-safe-l-xbox-xs-boost-cashcars/
https://www.playerauctions.com/gta-account/206331307a!vip-ps5--78-billion-rank-517-mk2-weapons-300-cars-/
https://www.playerauctions.com/gta-account/206375964a!xbox-new--tryhard-rp-202-level-7-billion-pure-cash/
https://www.playerauctions.com/gta-power-leveling/206134928p!boost-level-1--8000--all-unlocks--100-safe-method/
https://www.playerauctions.com/gta-account/206365951a!ps5--79-billion-pure-cash-7900-million--rp-level-7/
https://www.playerauctions.com/gta-account/206374197a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-account/206328939a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206186422a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206299827a!ps4--modded-account-rank-120201million-cash---2-bi/
https://www.playerauctions.com/gta-account/206306403a!ps4-modded-account-for-sale--2-billion-cash--cars-/
https://www.playerauctions.com/gta-account/206213797a!gta-5-pc-acc--fresh-0-hours-steam-account-fast-del/
https://www.playerauctions.com/gta-account/206374810a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-power-leveling/206238945p!xbox-onexs-500-million-boost-cashcars-l-any-custom/
https://www.playerauctions.com/gta-account/206304808a!xbox-xs-series-8-billion-pure-cash--rp-120-or-7980/
https://www.playerauctions.com/gta-account/206222162a!ultimate-xbox-series-package-120-rp-300-modded-car/
https://www.playerauctions.com/gta-account/206328191a!xbox-series-new-gen-1-billion-pure-cash--rp-rank-1/
https://www.playerauctions.com/gta-money/205778468c!gta-v-cash-service--rank-/
https://www.playerauctions.com/gta-account/206299668a!ps-5-vip-double-character-78-billion--man-7981--18/
https://www.playerauctions.com/gta-account/206132934a!4-letter-psn-account-pdk3-/
https://www.playerauctions.com/gta-account/206126094a!ps5--exclusive-double-character-gta-online-modded-/
https://www.playerauctions.com/gta-account/205904460a!-xbox-one--double-characters--8-billion--rank-7981/
https://www.playerauctions.com/gta-account/206193475a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-money/205639096c!xbox-old-gen-pure-cash-only-no-cars/
https://www.playerauctions.com/gta-account/206376067a!xbox--new---rp-202-level-7-billion-pure-cash-ultim/
https://www.playerauctions.com/gta-account/206344865a!xbox-one-double-character-78-billones--man-7981--1/
https://www.playerauctions.com/gta-money/205611764c!money-and-recoveries-for-gta-online-pc--/
https://www.playerauctions.com/gta-money/206391775c!xbox-one-best-money-boosting-service--bonus--100-s/
https://www.playerauctions.com/gta-account/206390093a!xbox-one-19-trillion-pure-cash--7981-rp-level--max/
https://www.playerauctions.com/gta-account/206187406a!xbox-xs-series-8-billion-pure-cash--rp-120-or-7980/
https://www.playerauctions.com/gta-account/206337601a!new--new--new-ps5-superfemale--lvl-292-best-accoun/
https://www.playerauctions.com/gta-account/206330828a!xs-series-dual-characters-450-modded-cars-79b-cash/
https://www.playerauctions.com/gta-account/206266863a!eg--gta-5-online---10000000000--any-lvl--safe-/
https://www.playerauctions.com/gta-account/206231130a!ps5-new--male-888--7-billones--modified-sets--200-/
https://www.playerauctions.com/gta-account/206328377a!anti-banps5-with-49-billion-pure-cash--rp-rank-120/
https://www.playerauctions.com/gta-account/206370111a!ps5--gta-online-modded-account--54-billion--rp-lvl/
https://www.playerauctions.com/gta-account/206193479a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206328122a!anti-banxbox-series-xs-with-1-billion-pure-cash--r/
https://www.playerauctions.com/gta-power-leveling/206226542p!ps4-bundle-120-lvl500-million-boost-cashcars-l-any/
https://www.playerauctions.com/gta-account/206209493a!xbox-next-gen-male--lvl-2000-max-stats--fast-run--/
https://www.playerauctions.com/gta-account/206390052a!playstation-5-49-billion-pure-cash--rp-rank-120---/
https://www.playerauctions.com/gta-money/205767170c!100million-antiban-steamrockstar-games/
https://www.playerauctions.com/gta-account/206184940a!xbox-series-new-gen-47-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206029419a!social-clubpc5-billion-dollars5-modded-outfitsleve/
https://www.playerauctions.com/gta-account/206403914a!new-created-2922024-ps5-colors--man-666--78-billon/

https://www.playerauctions.com/gta-account/205878795a!the-only-thing-that-make-this-10-is-the-intercepto/
https://www.playerauctions.com/gta-power-leveling/206126725p!gta-5-boosting-xbox-ps4-ps5--leveling-1100-lvl--bo/
https://www.playerauctions.com/gta-account/205957359a!gtav-online-xbox-account---level-100-----100-milli/
https://www.playerauctions.com/gta-account/206407376a!xbox-old-gen-man--rank-7981--max-stats--fast-run-/
https://www.playerauctions.com/gta-account/206227700a!gta-v-premium-edition-key--xbox-one--xbox-xs--digi/
https://www.playerauctions.com/gta-account/206218512a!xbox-xs-series-8-billion-pure-cash--rp-120-or-7980/
https://www.playerauctions.com/gta-account/206273048a!xbox-one-female-level-520--kd-8989-fast-run-x4--78/
https://www.playerauctions.com/gta-account/206222076a!xbox-xs-series-77-billion-in-pure-cash-modded-outf/
https://www.playerauctions.com/gta-power-leveling/206238933p!xbox-onexs-boost-to-120-lvl-bonus-34-million-money/
https://www.playerauctions.com/gta-account/206364694a!!limited-offer--xbox-series-xs--25-trillion-cash-25/
https://www.playerauctions.com/gta-power-leveling/206126635p!gta-5-boosting-xbox-ps4-ps5--200m-cash-200-million/
https://www.playerauctions.com/gta-account/206328162a!xbox-series-new-gen-1-billion-pure-cash--rp-rank-1/
https://www.playerauctions.com/gta-account/206328794a!anti-banxbox-series-xs-with-79-billion-pure-cash--/
https://www.playerauctions.com/gta-account/206194188a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206406359a!xbox-sx-200million-in-80cash120mcars-random-level/
https://www.playerauctions.com/gta-power-leveling/206126560p!gta-5-boosting-xbox-ps4-ps5--30m-cash-30-million--/
https://www.playerauctions.com/gta-account/206161053a!ps5-gta-v-online-unlock-all---rp-1386-18-modded-ou/
https://www.playerauctions.com/gta-power-leveling/206126552p!gta-5-boosting-xbox-ps4-ps5--50m-cash-50-million--/
https://www.playerauctions.com/gta-account/206020909a!xbox-one-double-character-78-billones--man-7981--1/
https://www.playerauctions.com/gta-power-leveling/206061278p!playstation-5--100million-only-cash-trusted--safes/
https://www.playerauctions.com/gta-account/206407451a!anti-banps4-with-1-billion-in-form-of-cash--cars--/
https://www.playerauctions.com/gta-account/206328313a!anti-banps5-with-1-billion-pure-cash--rp-rank-120-/
https://www.playerauctions.com/gta-account/206374895a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-account/206328183a!anti-banxbox-series-xs-with-1-billion-pure-cash--r/
https://www.playerauctions.com/gta-account/206385938a!gta-v-for-fivem-social-club--full-access--only-fiv/
https://www.playerauctions.com/gta-account/206184965a!xbox-series-new-gen-47-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206134220a!xbox-next-gen-male--rank-173-max-stats--fast-run-/
https://www.playerauctions.com/gta-account/205953079a!gtav-online--ps4ps5--account--level-100---500-mill/
https://www.playerauctions.com/gta-power-leveling/206126679p!gta-5-boosting-xbox-ps4-ps5--leveling-150-lvl--bon/
https://www.playerauctions.com/gta-power-leveling/206161848p!gta-5-money-boost/
https://www.playerauctions.com/gta-account/206228839a!xbox-one--dive-into-luxury-1-billion-in-assets-ove/
https://www.playerauctions.com/gta-account/206194324a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206321514a!playstation-5--100-million-only-cash--gifts--rp-ra/
https://www.playerauctions.com/gta-account/206403878a!xbox-one-77-billion----level-1020---max-stats---qui/
https://www.playerauctions.com/gta-account/206386801a!xbox-series-double-character-78-billion--man-7981-/
https://www.playerauctions.com/gta-power-leveling/205442392p!ps5-gta-v-online-100000000-money-only-cash--safe-a/
https://www.playerauctions.com/gta-account/206345752a!vip-ps5--75-billion-rank-7981-mk2-weapons-300-cars/
https://www.playerauctions.com/gta-account/206374866a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-account/206392563a!ps5-account-next-gen-modded-account--male-characte/
https://www.playerauctions.com/gta-account/206299666a!ps-5-vip-double-character-78-billion--man-7981--18/
https://www.playerauctions.com/gta-account/206344750a!xbox-one-double-character-78-billones--man-7981--1/
https://www.playerauctions.com/gta-account/205940770a!gta-5-rockstar-pc--1-billion-900-millions--6500-le/
https://www.playerauctions.com/gta-account/206405973a!xbox-sx--50million-pure-cash--random-level-instant/
https://www.playerauctions.com/gta-power-leveling/206120435p!xbox4ps5-pure-cash--100-million-cash-only-boost-l-9-/
https://www.playerauctions.com/gta-account/206330842a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/206392626a!ps5-new---rp-88-level-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/206328919a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206185090a!xbox-series-new-gen-77-billion-pure-cash--rp-rank-/
https://www.playerauctions.com/gta-account/206328104a!anti-banxbox-series-xs-with-1-billion-pure-cash--r/
https://www.playerauctions.com/gta-account/205940792a!gta-5-rockstar-pc--1-billion-900-millions--5200-le/
https://www.playerauctions.com/gta-account/206402519a!ps-5-vip-double-character-78-billion-man-7981--18-/
https://www.playerauctions.com/gta-account/206214788a!gta-5-online-with-5-billion-cash--7000-rank--full-/
https://www.playerauctions.com/gta-account/206328304a!playstation-5-1-billion-pure-cash--rp-rank-120--1/
https://www.playerauctions.com/gta-power-leveling/206126932p!gta-5-boosting-xbox-ps4-ps5--leveling-1120-lvl--bo/
https://www.playerauctions.com/gta-account/205940935a!gta-5-rockstar-pc--1-billion-700-millions--1370-le/
https://www.playerauctions.com/gta-account/205940823a!gta-5-rockstar-pc--1-billion-850-millions--2800-le/
https://www.playerauctions.com/gta-account/206222072a!xbox-xs-series-77-billion-in-pure-cash-modded-outf/

https://www.playerauctions.com/gta-account/205989853a!300-modded-cars-rank-666-and-7697320257-billions-f/
https://www.playerauctions.com/gta-account/206228843a!xbox-one--dive-into-luxury-1-billion-in-assets-ove/
https://www.playerauctions.com/gta-power-leveling/206134142p!50000000000--any-lvl--all-unlocks--100-safe-method/
https://www.playerauctions.com/gta-account/206327187a!ps5-77-billion-pure-cash---rp-7980--modded-outfits/
https://www.playerauctions.com/gta-account/206406267a!xbox-sx--50million-pure-cash--random-level-instant/
https://www.playerauctions.com/gta-account/206407450a!ps4--1-billion--cash-deluxos--rp-level-130--exclus/
https://www.playerauctions.com/gta-account/206193358a!xbox-series-xs--100-million-in-form-cash-deluxos--/
https://www.playerauctions.com/gta-account/206328097a!anti-banxbox-series-xs-with-1-billion-pure-cash--r/
https://www.playerauctions.com/gta-power-leveling/206126701p!gta-5-boosting-xbox-ps4-ps5--leveling-150-lvl--bon/
https://www.playerauctions.com/gta-account/206327138a!ps5-8-billion-cash--rp-120--300-modded-cars--modde/
https://www.playerauctions.com/gta-account/206388871a!ultimate-ps5-package-120-level--300-modded-cars-8-/
https://www.playerauctions.com/gta-account/206173694a!-%C2%A0xboxone--modded-cars-78-billion-cash--rank-7981-/
https://www.playerauctions.com/gta-account/206211969a!xbox-xs-series-77-billion-in-pure-cash-modded-outf/
https://www.playerauctions.com/gta-account/206327129a!ps5-8-billion-cash--rp-120--300-modded-cars--modde/
https://www.playerauctions.com/gta-account/206258431a!xbox-one--exclusive-double-character-gta-online-mo/
https://www.playerauctions.com/gta-account/206327467a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/206327470a!ps5--79-billion-pure-cash--modded-outfits--rp-7980/
https://www.playerauctions.com/gta-account/206372891a!pc--rockstar-games--100-safe--modded-gtao--gold-pa/
https://www.playerauctions.com/gta-account/205976915a!gtav-online-ps4ps5-account--level-100--300-million/
https://www.playerauctions.com/gta-account/206374639a!-xbox-one--male-character--terrorbyte-unlocked---7/
https://www.playerauctions.com/gta-account/206299478a!exclusive-rare-gta-account--male-character--lvl-20/
https://www.playerauctions.com/gta-account/206186365a!xbox-xs-series-with-79-billion-pure-cash--modded-o/
https://www.playerauctions.com/gta-account/206192254a!ps4--with-2-billion--cash-deluxos--rp-level-130--e/
https://www.playerauctions.com/gta-account/205379386a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205554153a!xbox-old-gen-female--rank-7981--max-stats--fast-ru/
https://www.playerauctions.com/gta-account/205453622a!gta5-ps4/
https://www.playerauctions.com/gta-account/205554218a!xbox-old-gen-male--lvl-7999--max-stats--fast-run--/
https://www.playerauctions.com/gta-account/205580020a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205378612a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205872956a!-pc-pure-1-billiongta-v-online-social-club-boosted/
https://www.playerauctions.com/gta-account/205825609a!playstation-4-400-million-cash--cars--rp-rank-30--/
https://www.playerauctions.com/gta-account/205667915a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205409414a!steam-pc--gta-5-online-fast-run--level-800---10-b/
https://www.playerauctions.com/gta-account/205379393a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205378593a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205667702a!xbox-series-sx--female-account--rank-1710--75-bill/
https://www.playerauctions.com/gta-account/205543040a!only-ps5-version-gta-online-not-ps4-version-gta-12/
https://www.playerauctions.com/gta-account/205646693a!ps5-100-million--60-lvl--2x-modded-cars--hanger--b/
https://www.playerauctions.com/gta-account/205303087a!xbox-one-79-billion-pure-cash-250-modded-cars%C2%A0rp-r/
https://www.playerauctions.com/gta-account/205379417a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205379435a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205554271a!xbox-old-gen-double-character--m-667-f-656--fast-r/
https://www.playerauctions.com/gta-account/205730834a!account-gta-one/
https://www.playerauctions.com/gta-account/205667898a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205378605a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205721939a!steam-pc-15-billion-cash--rp-level-8000--maxed-ski/
https://www.playerauctions.com/gta-account/205722827a!xs-serie-s8-billion-cash--rp-995-level--100-handcr/
https://www.playerauctions.com/gta-account/205834213a!-3250-worth-of-games--original-email-full-access--/
https://www.playerauctions.com/gta-account/205409593a!steam-pc--gta-5-online-fast-run--level-800---10-b/
https://www.playerauctions.com/gta-account/205843779a!xbox-one-dual-characters--male-rp-7900--female-rp-/
https://www.playerauctions.com/gta-account/205554684a!xbox-next-gen-female--rank-1709--max-stats--fast-r/
https://www.playerauctions.com/gta-account/205378278a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205189870a!ban-safe-pc-steam-gta5-account-250-million--money-/
https://www.playerauctions.com/gta-account/205379419a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205650286a!xbox-one--19-trillion-cash--modded-cars--level-798/
https://www.playerauctions.com/gta-account/205378279a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205668188a!ps5--female-account--rank-1710--75-billion--fast-r/

https://www.playerauctions.com/gta-account/205379421a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205378599a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205409432a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205510144a!modded-account/
https://www.playerauctions.com/gta-account/205410635a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205462103a!gta5--100s-of-games-ready-to-be-installed-and-play/
https://www.playerauctions.com/gta-account/205378283a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205379391a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205276970a!steam-pc-0-chance-of-ban--fast-run153-lvl15-billio/
https://www.playerauctions.com/gta-account/205183235a!ps4ps5-rare-gta-og-account-2016-lvl-500-rare-cloth/
https://www.playerauctions.com/gta-account/205378285a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205410567a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205873152a!-pc-pure-10-billiongta-v-online-social-club-booste/
https://www.playerauctions.com/gta-account/205557011a!ps5-account-male--rank-1052--max-stats--fast-run--/
https://www.playerauctions.com/gta-account/205410641a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205579083a!ps5-new-geracao-female-7-billion-pure-cash-ultimat/
https://www.playerauctions.com/gta-account/205554026a!xbox-old-gen-male--rank-284--max-stats--fast-run--/
https://www.playerauctions.com/gta-account/205667668a!xbox-series-sx--female-account--rank-1710--75-bill/
https://www.playerauctions.com/gta-account/205378295a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205409334a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205379371a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205379378a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205832856a!anti-banps4-with-500-million-in-form-of-cash--cars/
https://www.playerauctions.com/gta-account/205807976a!ultimate-xbox-xs-series-package-1-billion-luxury-c/
https://www.playerauctions.com/gta-account/205410510a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205379414a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205554929a!xbox-next-gen-double-character--m-8000-f-2022--fas/
https://www.playerauctions.com/gta-account/205172983a!xbox-one---79-billion-cash---rp-rank-7980----full-/
https://www.playerauctions.com/gta-account/205564090a!ps5--level120--20-modded-outfits--450modded-cars--/
https://www.playerauctions.com/gta-account/205512685a!gta-5-pc--22-billion--level-519--personal-account-/
https://www.playerauctions.com/gta-account/205378625a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205579544a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205409983a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205379402a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205721826a!ps4-20-billion-in--pure-cash--gta-5-online---20000/
https://www.playerauctions.com/gta-account/205511496a!-social-clubpc25-billion-dollars-cashlevel-1000max/
https://www.playerauctions.com/gta-account/205254304a!grand-the-auto-v-online-social-club--hot-offerstar/
https://www.playerauctions.com/gta-account/205667693a!xbox-series-sx--female-account--rank-1710--75-bill/
https://www.playerauctions.com/gta-account/205379409a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205379370a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205409402a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205511498a!-social-clubpc25-billion-dollars-cashlevel-1000max/
https://www.playerauctions.com/gta-account/205524937a!xbox-one--16-trillion-cash--modded-cars--level-798/
https://www.playerauctions.com/gta-account/205409596a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205392181a!-social-clubpc5-billion-dollars-cashlevel-1000max-/
https://www.playerauctions.com/gta-account/205825617a!anti-banps4-with-400-million-in-form-of-cash--cars/
https://www.playerauctions.com/gta-account/205378597a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205410558a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205685606a!ps5-male--rank-888--frozen-kd-53920--fast-run--max/
https://www.playerauctions.com/gta-account/205671614a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205686214a!-xbox-xs--78-billion-bank-cash-200-modded-cars--mo/
https://www.playerauctions.com/gta-account/205650383a!xbox-one--19-trillion-cash--modded-cars--level-798/
https://www.playerauctions.com/gta-account/205379403a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205378288a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205873008a!-pc-pure-5-billiongta-v-online-social-club-boosted/
https://www.playerauctions.com/gta-account/205409578a!steam-pc--gta-5-online-fast-run--level-800----11-b/
https://www.playerauctions.com/gta-account/205379425a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/

https://www.playerauctions.com/gta-account/205255203a!aplmodzz-store-anti-banold-gen-xbox-78-billion-pur/
https://www.playerauctions.com/gta-account/205409378a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205379376a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205836260a!anti-banps4-with-300-million-in-form-of-cash--cars/
https://www.playerauctions.com/gta-account/205409301a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205189857a!ban-safe-pc-steam-gta5-account-5-billion--money-bo/
https://www.playerauctions.com/gta-account/205409385a!steam-pc--gta-5-online-fast-run--level-800----12-b/
https://www.playerauctions.com/gta-account/205378284a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205457233a!steam-gta-online--5-billion-cash--rp-level-8000--f/
https://www.playerauctions.com/gta-account/205247888a!gta5-pc--rank-500---cash-1199804500--all-unlocks--/
https://www.playerauctions.com/gta-account/205378291a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205409992a!steam-pc--gta-5-online-fast-run--level-800----15-b/
https://www.playerauctions.com/gta-account/205646906a!ps5-300-million--70-lvl--3x-modded-cars--hanger--b/
https://www.playerauctions.com/gta-account/205409366a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205409446a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205409698a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205410576a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205685778a!xbox-one--gtao--modded-account--gta-16-trillion--l/
https://www.playerauctions.com/gta-account/205378603a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205409316a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205643669a!anti-banps4-with-500-million-pure-cash--rp-rank-30/
https://www.playerauctions.com/gta-account/205379387a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205379410a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205807960a!xbox-xs-series-with-1-billion-in-form-of-cash--car/
https://www.playerauctions.com/gta-account/205379392a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205504202a!40b--unlocks-rank-420/
https://www.playerauctions.com/gta-account/205400663a!vip---ps5--78-billons-it-has-mod-cars--race-weapo/
https://www.playerauctions.com/gta-account/205383670a!migratable-rank-120--120--77b--kd-9847971--fastrun/
https://www.playerauctions.com/gta-account/205410619a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205379377a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205554675a!xbox-next-gen-female--rank-120--max-stats--fast-ru/
https://www.playerauctions.com/gta-account-with-75-billion-fast-run-deluxos-modde/
https://www.playerauctions.com/gta-account/205807922a!ultimate-xbox-xs-series-package-1-billion-luxury-c/
https://www.playerauctions.com/gta-account/205262224a!xbox-series-xs-vip-double-character-78-billones--m/
https://www.playerauctions.com/gta-account/205224126a!gta5-account-ps4ps5---4-billion-in-total--3b-cash-/
https://www.playerauctions.com/gta-account/205554873a!xbox-next-gen-fem--rank-666--max-stats--fast-run--/
https://www.playerauctions.com/gta-account/205378594a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205667734a!xbox-series-sx--female-account--rank-1710--75-bill/
https://www.playerauctions.com/gta-account/205807933a!xbox-xs-series-with-1-billion-in-form-of-cash--car/
https://www.playerauctions.com/gta-account/205379389a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205410672a!steam-pc--gta-5-online-fast-run--level-800----15-b/
https://www.playerauctions.com/gta-account/205400665a!-vip---ps5--78-billons-it-has-mod-cars--race-weap/
https://www.playerauctions.com/gta-account/205379382a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205667837a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205825618a!playstation-4-400-million-cash--cars--rp-rank-30--/
https://www.playerauctions.com/gta-account/205379380a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205871748a!xbox-one--double-character--78-billones--modified-/
https://www.playerauctions.com/gta-account/205646720a!ps5-100-million--60-lvl--2x-modded-cars--hanger--b/
https://www.playerauctions.com/gta-account/205409681a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205554792a!xbox-next-gen-male--rank-568--max-stats--fast-run-/
https://www.playerauctions.com/gta-account/205303980a!xbox-one-79-billion-pure-cash-250-modded-cars-rp-r/
https://www.playerauctions.com/gta-account/205872950a!pc-pure-2-billiongta-v-online-social-club-boosted/
https://www.playerauctions.com/gta-account/205825599a!playstation-4-400-million-cash--cars--rp-rank-30--/
https://www.playerauctions.com/gta-account/205173031a!xbox-one---1-billion-cash--cars---rp-rank-15----fu/
https://www.playerauctions.com/gta-account/205379434a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205379367a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205578940a!ps5-new-geracao-female-7-billion-pure-cash-ultimat/

https://www.playerauctions.com/gta-account/205668249a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205385749a!ps5-modded-account--female-rank-120----gta-banked-/
https://www.playerauctions.com/gta-account/205410529a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205378620a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205638823a!gtav-xbox-one-fast-run--3-billion--cash--max-stats/
https://www.playerauctions.com/gta-account/205610421a!ps5-only-gta5-account-20-billion-rp-rank-8000-fast/
https://www.playerauctions.com/gta-account/205378590a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205462156a!gta5--100s-of-games-ready-to-be-installed-and-play/
https://www.playerauctions.com/gta-account/205554104a!xbox-old-gen-male--rank-1052--max-stats--fast-run-/
https://www.playerauctions.com/gta-account/205554252a!xbox-old-gen-male--rank-6666--max-stats--fast-run-/
https://www.playerauctions.com/gta-account/205579788a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205715491a!i-create-your-dream-account-gta-online--read-descr/
https://www.playerauctions.com/gta-account/205409683a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205379426a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205379430a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205378585a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205638788a!100-million--60-lvl--2x-modded-cars--hanger--bunke/
https://www.playerauctions.com/gta-account/205685752a!xbox-one--gtao--modded-account--gta-16-trillion--l/
https://www.playerauctions.com/gta-account/205685938a!-xbox-one--8-billion-bank--200-modded-cars--rp-ran/
https://www.playerauctions.com/gta-account/205410584a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205409469a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205668258a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205378287a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205189865a!ban-safe-pc-steam-gta5-account-250-million--money-/
https://www.playerauctions.com/gta-account/205378583a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205378280a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205668193a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205303958a!xbox-one-79-billion-pure-cash-250-modded-cars-rp-r/
https://www.playerauctions.com/gta-account/205503750a!xbox-acc--78-billion-rank-7981--cant-migrate--modd/
https://www.playerauctions.com/gta-account/205409325a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205792332a!-social-clubpc47-billion-dollars-cashlevel-200010-/
https://www.playerauctions.com/gta-account/205643803a!anti-banps4-with-1-billion-pure-cash--rp-rank-120-/
https://www.playerauctions.com/gta-account/205379436a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205848230a!playstation-4-200-million-cash--cars--rp-rank-50--/
https://www.playerauctions.com/gta-account/205685598a!ps5-happy-new-year-2024-2-char--rank-666--643--fro/
https://www.playerauctions.com/gta-account/205646784a!ps5-100-million--60-lvl--2x-modded-cars--hanger--b/
https://www.playerauctions.com/gta-account/205379427a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205379384a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205379408a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205775960a!gtav-modded-account-/
https://www.playerauctions.com/gta-account/205189867a!ban-safe-pc-steam-gta5-account-5-billion--money-bo/
https://www.playerauctions.com/gta-account/205379411a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205686014a!-xbox-one--8-billion-bank--200-modded-cars--rp-ran/
https://www.playerauctions.com/gta-account/205807980a!ultimate-xbox-xs-series-package-1-billion-luxury-c/
https://www.playerauctions.com/gta-account/205333877a!modern-gta-5-acc/
https://www.playerauctions.com/gta-account/205667741a!anti-banps4-with-400-million-in-form-of-cash--cars/
https://www.playerauctions.com/gta-account/205409299a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205379407a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205378289a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205378296a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205379398a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205643687a!anti-banps4-with-500-million-pure-cash--rp-rank-30/
https://www.playerauctions.com/gta-account/205667805a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205557035a!ps5-account-female--rank-7981--max-stats--fast-run/
https://www.playerauctions.com/gta-account/205549554a!4-letter-gta-account-xbox-sx/
https://www.playerauctions.com/gta-account/205667781a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205511463a!-social-clubpc15-billion-dollars-cashlevel-1000max/

https://www.playerauctions.com/gta-account/205873004a!-pc-pure-4-billiongta-v-online-social-club-boosted/
https://www.playerauctions.com/gta-account/205378588a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205554080a!xbox-old-gen-male--rank-568--max-stats--fast-run--/
https://www.playerauctions.com/gta-account/205646913a!ps5-300-million--70-lvl--3x-modded-cars--hanger--c/
https://www.playerauctions.com/gta-account/205781292a!xbox-one--8-billion-bank--rank-7961-fast-run--ant/
https://www.playerauctions.com/gta-account/205410650a!steam-pc--gta-5-online-fast-run----level-800----10-b/
https://www.playerauctions.com/gta-account/205409453a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205378591a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205821347a!gta-5-modded-account-167-tril-with-modded-outfits-/
https://www.playerauctions.com/gta-account/205681588a!xbox-one--16-trillion-cash--modded-cars--level-798/
https://www.playerauctions.com/gta-account/205539734a!gta-5-online-premium-edition--20-games--fresh--0-h/
https://www.playerauctions.com/gta-account/205579560a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205671620a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205409585a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205379433a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205378616a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205646790a!ps5-100-million--60-lvl--2x-modded-cars--hanger--b/
https://www.playerauctions.com/gta-account/205667791a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205379374a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205409590a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205254317a!grand-the-auto-v-online-social-club--hot-offerstar/
https://www.playerauctions.com/gta-account/205173043a!xbox-one---79-billion-cash---rp-rank-7980----full-/
https://www.playerauctions.com/gta-account/205378608a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205529924a!playstation-4-400-million-cash--cars--rp-rank-50--/
https://www.playerauctions.com/gta-account/205554819a!xbox-next-gen-female--rank-7981--max-stats--fast-r/
https://www.playerauctions.com/gta-account/205734803a!gta-5-online-account--10000000000-billion--any-lev/
https://www.playerauctions.com/gta-account/205379412a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205807935a!ultimate-xbox-xs-series-package-1-billion-luxury-c/
https://www.playerauctions.com/gta-account/205554784a!xbox-next-gen-male--rank-284--max-stats--fast-run--/
https://www.playerauctions.com/gta-account/205731414a!ps5-account-male--rank-1491--max-stats--fast-run--/
https://www.playerauctions.com/gta-account/205379422a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205556984a!ps5-account-male--rank-140--max-stats--fast-run--7/
https://www.playerauctions.com/gta-account/205378596a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205711128a!steam-pc-15b-cash-online--rp-8000--max-skills--sta/
https://www.playerauctions.com/gta-account/205379406a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205685990a!-xbox-one--8-billion-bank--200-modded-cars--rp-ran/
https://www.playerauctions.com/gta-account/205254313a!grand-the-auto-v-online-social-club--hot-offerstar/
https://www.playerauctions.com/gta-account/205869246a!handmade-modded-ps4-account-female-13-tryhard-modd/
https://www.playerauctions.com/gta-account/205173058a!xbox-one--1-billion-in-total-assets-cash--cars---r/
https://www.playerauctions.com/gta-account/205378623a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205731331a!anti-banps4-with-400-million-in-form-of-cash--cars/
https://www.playerauctions.com/gta-account/205410521a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205409676a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205409693a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205553996a!xbox-old-gen-female--rank-120--max-stats--fast-run/
https://www.playerauctions.com/gta-account/205379424a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205579272a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205189864a!ban-safe-pc-steam-gta5-account-250-million--money-/
https://www.playerauctions.com/gta-account/205378624a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205668285a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205378600a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205872981a!-pc-pure-3-billiongta-v-online-social-club-boosted/
https://www.playerauctions.com/gta-account/205644421a!anti-banps4-with-1-billion-pure-cash--rp-rank-30--/
https://www.playerauctions.com/gta-account/205409409a!steam-pc--gta-5-online-fast-run--level-800----13-b/
https://www.playerauctions.com/gta-account/205378290a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205410000a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205378281a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/

https://www.playerauctions.com/gta-account/205378613a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205580921a!ps5-new-geracao-rp-1113-male--rp-889-female-7-bill/
https://www.playerauctions.com/gta-account/205698773a!playstation-4-100-million-cash--cars--rp-rank-30--/
https://www.playerauctions.com/gta-account/205667665a!xbox-series-sx--female-account--rank-1710--75-bill/
https://www.playerauctions.com/gta-account/205667865a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205409321a!steam-pc--gta-5-online-fast-run--level-800----15-b/
https://www.playerauctions.com/gta-account/205873127a!-pc-pure-8-billiongta-v-online-social-club-boosted/
https://www.playerauctions.com/gta-account/205685977a!-xbox-one--8-billion-bank--200-modded-cars--rp-ran/
https://www.playerauctions.com/gta-account/205668244a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205378598a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205686020a!-xbox-one--8-billion-bank--200-modded-cars--rp-ran/
https://www.playerauctions.com/gta-account/205410004a!steam-pc--gta-5-online-fast-run--level-800----15-b/
https://www.playerauctions.com/gta-account/205754243a!steam-gta-online--10-billion-cash---rp-level-8000-/
https://www.playerauctions.com/gta-account/205511468a!-social-clubpc15-billion-dollars-cashlevel-1000max/
https://www.playerauctions.com/gta-account/205410523a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205525429a!xbox-one---79-billion-pure-cash--rp-7980-level-21-/
https://www.playerauctions.com/gta-account/205379432a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205379395a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205496206a!steam-gta-online--5-billion-cash--rp-level-8000--m/
https://www.playerauctions.com/gta-account/205379381a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205378615a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205409537a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205379388a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205578970a!ps5-new-geracao-female-7-billion-pure-cash-ultimat/
https://www.playerauctions.com/gta-account/205579293a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205554176a!xbox-old-gen-fem--rank-2000--max-stats--fast-run--/
https://www.playerauctions.com/gta-account/205378617a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205378601a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205686000a!-xbox-one--8-billion-bank--200-modded-cars--rp-ran/
https://www.playerauctions.com/gta-account/205379400a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205378602a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205247878a!gta5-pc--rank-500---cash-1203800000--all-unlocks--/
https://www.playerauctions.com/gta-account/205873029a!-pc-pure-6-billiongta-v-online-social-club-boosted/
https://www.playerauctions.com/gta-account/205400525a!vip----ps5--78-billons-it-has-mod-cars--race-weapo/
https://www.playerauctions.com/gta-account/205382004a!xbox-one--rank-6666--kd-999--unlock-clothing--modd/
https://www.playerauctions.com/gta-account/205379418a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205379397a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205410632a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205379431a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205511502a!-social-clubpc25-billion-dollars-cashlevel-1000max/
https://www.playerauctions.com/gta-account/205306050a!ps5--with-50-million--cash-deluxos--random-level--/
https://www.playerauctions.com/gta-account/205845645a!grand-theft-auto-v-p-edition-l-acc-l-trust-seller-/
https://www.playerauctions.com/gta-account/205808026a!xbox-xs-series-with-1-billion-in-form-of-cash--car/
https://www.playerauctions.com/gta-account/205665778a!gta-double-character-account-with-modded-cars-mone/
https://www.playerauctions.com/gta-account/205189856a!ban-safe-pc-steam-gta5-account-500-million--money-/
https://www.playerauctions.com/gta-account/205410507a!steam-pc--gta-5-online-fast-run--level-800----30-b/
https://www.playerauctions.com/gta-account/205197463a!selling-gt-unused-gta-5-nba2k21-epic-games/
https://www.playerauctions.com/gta-account/205554006a!xbox-old-gen-female--rank-1709--max-stats--fast-ru/
https://www.playerauctions.com/gta-account/205409392a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205379439a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205464560a!ps5-gta-v-online-unlock-all---rp-7999-18-modded-ou/
https://www.playerauctions.com/gta-account/205410564a!steam-pc--gta-5-online-fast-run--level-800----11-b/
https://www.playerauctions.com/gta-account/205410625a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205378606a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205579287a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205409314a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205524675a!xbox-one--16-trillion-cash--modded-cars--level-798/

https://www.playerauctions.com/gta-account/205685745a!xbox-one--gtao--modded-account--gta-16-trillion--l/
https://www.playerauctions.com/gta-account/205650262a!xbox-one--19-trillion-cash--modded-cars--level-798/
https://www.playerauctions.com/grab-your-ps4-modded-account-now--100-hand-made--i/
https://www.playerauctions.com/gta-account/205409324a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205378275a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205410570a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205378595a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205379373a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205792247a!-social-clubpc-31-billion-dollars-cashlevel-2000ma/
https://www.playerauctions.com/gta-account/205646937a!ps5-300-million--70-lvl--3x-modded-cars--hanger--b/
https://www.playerauctions.com/gta-account/205255226a!aplmodzz-store-anti-banold-gen-xbox-78-billion-pur/
https://www.playerauctions.com/gta-account/205581511a!anti-banps4-with-200-million-in-form-of-cash--cars/
https://www.playerauctions.com/gta-account/205466221a!ps5-gta-v-online-unlock-all--rp-7999-18-modded-out/
https://www.playerauctions.com/gta-account/205579597a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/grab-your-ps4-modded-account-now--100-hand-made--i/
https://www.playerauctions.com/gta-account/205379420a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205579994a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205650358a!xbox-one--19-trillion-cash--modded-cars--level-798/
https://www.playerauctions.com/gta-account/205378586a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205580713a!ps5-new-geracao-rp-1113-male--rp-889-female-7-bill/
https://www.playerauctions.com/gta-account/205378611a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205173039a!xbox-one---79-billion-cash--rp-rank-7980----full-/
https://www.playerauctions.com/gta-account/205378618a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205237949a!the-account-is-modded-/
https://www.playerauctions.com/gta-account/205379401a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205715437a!i-create-your-dream-account-gta-online--read-descr/
https://www.playerauctions.com/gta-account/205511495a!-social-clubpc25-billion-dollars-cashlevel-1000max/
https://www.playerauctions.com/gta-account/205667908a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205378581a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205554166a!xbox-old-gen-male--rank-7981--max-stats--fast-run-/
https://www.playerauctions.com/gta-account/205378584a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205825602a!playstation-4-400-million-cash--cars--rp-rank-30--/
https://www.playerauctions.com/gta-account/205378286a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205378276a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205378621a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205303132a!xbox-one-79-billion-pure-cash-250-modded-cars-rp-r/
https://www.playerauctions.com/gta-account/205189862a!ban-safe-pc-steam-gta5-account-250-million--money-/
https://www.playerauctions.com/gta-account/205378614a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205758118a!ps5-79-billion--rp-7891-200-modded-cars--female-mo/
https://www.playerauctions.com/gta-account/205579405a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205643662a!playstation-4-500-million-pure-cash-only--rp-rank-/
https://www.playerauctions.com/gta-account/205410653a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205545639a!ps5--modded-outfits--400-cars--planes--fast-run--8/
https://www.playerauctions.com/gta-account/205668219a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205873145a!-pc-pure-9-billiongta-v-online-social-club-boosted/
https://www.playerauctions.com/gta-account/205667724a!xbox-series-sx--female-account--rank-1710--75-bill/
https://www.playerauctions.com/gta-account/205734679a!gta-5-online-account--4000000000-billion-any-level/
https://www.playerauctions.com/gta-account/205646930a!ps5-300-million--70-lvl--3x-modded-cars--hanger--b/
https://www.playerauctions.com/gta-account/205668273a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205579317a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205808045a!ultimate-xbox-xs-series-package-1-billion-luxury-c/
https://www.playerauctions.com/gta-account/205378587a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205601860a!ps5--75-billion-cash--rp-7981-level--modded-outfit/
https://www.playerauctions.com/gta-account/205379368a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205579246a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205223401a!gta5-pc--rank-500---cash-1274729500--all-unlocks--/
https://www.playerauctions.com/gta-account/205580912a!-social-clubpc5-billion-dollars-cashlevel-7999max-/

https://www.playerauctions.com/gta-account/205647226a!ps5-500-million--80-lvl--4x-modded-cars--hanger--b/
https://www.playerauctions.com/gta-account/205303146a!xbox-one-79-billion-pure-cash-250-modded-cars-rp-r/
https://www.playerauctions.com/gta-account/205638687a!100-million--60-lvl--2x-modded-cars--hanger--bunke/
https://www.playerauctions.com/gta-account/205668264a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205650214a!xbox-one--19-trillion-cash--modded-cars--level-798/
https://www.playerauctions.com/gta-account/205772696a!gta-modded-account-7billion-cars/
https://www.playerauctions.com/gta-account/205378277a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205643754a!playstation-4-100-million-pure-cash-only--rp-rank-/
https://www.playerauctions.com/gta-account/205808039a!ultimate-xbox-xs-series-package-1-billion-luxury-c/
https://www.playerauctions.com/gta-account/205379390a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205668090a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205379372a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205610424a!gta5-account-ps4ps5---7-billion-in-total--5b-cash-/
https://www.playerauctions.com/gta-account/205379423a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205410592a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205409660a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205711125a!steam-pc-15b-cash-online--rp-8000--max-skills--sta/
https://www.playerauctions.com/gta-account/205667686a!xbox-series-sx--female-account--rank-1710--75-bill/
https://www.playerauctions.com/gta-account/205715503a!i-create-your-dream-account-gta-online--read-descr/
https://www.playerauctions.com/gta-account/205378292a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205576811a!modded-outfits-and-400cars--16trillion-level-7981/
https://www.playerauctions.com/gta-account/205434494a!everything-/
https://www.playerauctions.com/gta-account/205378582a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205511465a!-social-clubpc15-billion-dollars-cashlevel-1000max/
https://www.playerauctions.com/gta-account/205647239a!ps5-500-million--80-lvl--4x-modded-cars--hanger--b/
https://www.playerauctions.com/gta-account/205378282a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205579256a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205379416a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205378589a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205686005a!-xbox-one--8-billion-bank--200-modded-cars--rp-ran/
https://www.playerauctions.com/gta-account/205379415a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205189859a!ban-safe-pc-steam-gta5-account-250-million--money-/
https://www.playerauctions.com/gta-account/205667809a!xbox-series-sx--female-account--rank-1710--75-bill/
https://www.playerauctions.com/gta-account/205685594a!ps5-male--rank-888--modded-kd--fast-run--max-stats/
https://www.playerauctions.com/gta-account/205825623a!anti-banps4-with-400-million-in-form-of-cash--cars/
https://www.playerauctions.com/gta-account/205667858a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205379428a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205728170a!ps5male-174--78-billion--modified-sets-20--200-mod/
https://www.playerauctions.com/gta-account/205580726a!ps5-new-geracao-rp-1113-male--rp-889-female-7-bill/
https://www.playerauctions.com/gta-account/205675721a!gta-account-/
https://www.playerauctions.com/gta-account/205647231a!ps5-500-million--80-lvl--4x-modded-cars--hanger--b/
https://www.playerauctions.com/gta-account/205665931a!steam-pc-15-billion-cash--rp-level-8000--maxed-ski/
https://www.playerauctions.com/gta-account/205523022a!xbox-one--16-trillion-cash--modded-cars--level-798/
https://www.playerauctions.com/gta-account/205647235a!ps5-500-million--80-lvl--4x-modded-cars--hanger--b/
https://www.playerauctions.com/gta-account/205646696a!ps5-100-million--60-lvl--2x-modded-cars--hanger--b/
https://www.playerauctions.com/gta-account/205647579a!ps5-1-billion--90-lvl--5x-modded-cars--hanger--bun/
https://www.playerauctions.com/gta-account/205837674a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205805583a!xbox-series-x-s-25-trillions-modded-cars-200-full-/
https://www.playerauctions.com/gta-account/205643966a!playstation-4-1-billion-pure-cash-only--rp-rank-12/
https://www.playerauctions.com/gta-account/205743864a!ps4-modded-account-for-sale--2-billion-cash--cars-/
https://www.playerauctions.com/gta-account/205379404a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205837661a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205580899a!ps5-new-geracao-rp-1113-male--rp-889-female-7-bill/
https://www.playerauctions.com/gta-account/205825639a!playstation-4-400-million-cash--cars--rp-rank-30--/
https://www.playerauctions.com/gta-account/205667679a!xbox-series-sx--female-account--rank-1710--75-bill/
https://www.playerauctions.com/gta-account/205667851a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205825606a!anti-banps4-with-400-million-in-form-of-cash--cars/

https://www.playerauctions.com/gta-account/205731366a!steam-15b-cash-online--rp-8000--max-skills--stats-/
https://www.playerauctions.com/gta-account/205579212a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205494055a!xs-series-350-modded-cars--1500-billion-cash--30-m/
https://www.playerauctions.com/gta-account/205580006a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205679807a!steam-pc-17-billion-cash--rp-level-8000--maxed-ski/
https://www.playerauctions.com/gta-account/205758113a!ps5-79-billion--rp-7891-200-modded-cars--female-mo/
https://www.playerauctions.com/gta-account/205579110a!ps5-new-geracao-female-7-billion-pure-cash-ultimat/
https://www.playerauctions.com/gta-account/205524798a!xbox-one--16-trillion-cash--modded-cars--level-798/
https://www.playerauctions.com/gta-account/205400669a!vip----ps5--78-billons-it-has-mod-cars--race-weapo/
https://www.playerauctions.com/gta-account/205409464a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205306059a!ps5--with-50-million--cash-deluxos--random-level--/
https://www.playerauctions.com/gta-account/205379405a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205668240a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205668212a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205647589a!ps5-1-billion--90-lvl--5x-modded-cars--hanger--bun/
https://www.playerauctions.com/gta-account/205793712a!steam-499-billion-cash--509-level---499-billion-/
https://www.playerauctions.com/gta-account/205713052a!fast-cheap-modded-gat-5-acc-/
https://www.playerauctions.com/gta-account/205837541a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205524818a!xbox-one--16-trillion-cash--modded-cars--level-798/
https://www.playerauctions.com/gta-account/205477147a!gta5-modded-account-xbox-series-sx/
https://www.playerauctions.com/gta-account/205409449a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205409686a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205734744a!gta-5-online-account--6000000000-billion--any-leve/
https://www.playerauctions.com/gta-account/205643707a!playstation-4-500-million-pure-cash-only--rp-rank-/
https://www.playerauctions.com/gta-account/205378610a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205378622a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205378604a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205650152a!xbox-one--19-trillion-cash--modded-cars--level-798/
https://www.playerauctions.com/gta-account/205734667a!gta-5-online-account--3000000000-billion--any-leve/
https://www.playerauctions.com/gta-account/205379394a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205305967a!ps5--with-100-million--cash-deluxos--random-level-/
https://www.playerauctions.com/gta-account/205409699a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205579824a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205734799a!gta-5-online-account--750000000-million--any-level/
https://www.playerauctions.com/gta-account/205379429a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205668252a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205378607a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205685760a!xbox-one--gtao--modded-account--gta-16-trillion--l/
https://www.playerauctions.com/gta-account/205579007a!ps5-new-geracao-female-7-billion-pure-cash-ultimat/
https://www.playerauctions.com/gta-account/205644425a!anti-banps4-with-1-billion-pure-cash--rp-rank-30--/
https://www.playerauctions.com/gta-account/205409696a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205522502a!xbox-one--16-trillion-cash--modded-cars--level-798/
https://www.playerauctions.com/gta-account/205379385a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205579671a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205410518a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205554865a!xbox-next-gen-male--lvl-7999--max-stats--fast-run-/
https://www.playerauctions.com/gta-account/205711098a!steam-pc-15-billion-cash--rp-level-8000--maxed-ski/
https://www.playerauctions.com/gta-account/205378609a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205721848a!gta-5-modded-account-with-96b-pure-cash-/
https://www.playerauctions.com/gta-account/205378293a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205410555a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205758143a!ps5-8-billion--rp-7891-200-modded-cars--female-mod/
https://www.playerauctions.com/gta-account/205379399a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205409572a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205409462a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205711122a!steam-pc-15b-cash-online--rp-8000--max-skills--sta/
https://www.playerauctions.com/gta-account/205720850a!steam-pc-5-billion-cash--rp-level-8000--maxed-skil/

https://www.playerauctions.com/gta-account/205667683a!xbox-series-sx--female-account--rank-1710--75-bill/
https://www.playerauctions.com/gta-account/205458872a!gta-5-online-modded-random-rp-10m-full-deluxo-gara/
https://www.playerauctions.com/gta-account/205667698a!xbox-series-sx--female-account--rank-1710--75-bill/
https://www.playerauctions.com/gta-account/205646794a!ps5-100-million--60-lvl--2x-modded-cars--hanger--b/
https://www.playerauctions.com/gta-account/205386852a!gta-v-social-club-version--full-access-personal-ac/
https://www.playerauctions.com/gta-account/205734831a!gta-5-online-account--500000000-million--any-level/
https://www.playerauctions.com/gta-account/205579567a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205554854a!xbox-next-gen-fem--rank-2000--max-stats--fast-run-/
https://www.playerauctions.com/gta-account/205379383a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205378592a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205378619a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205303969a!xbox-one-79-billion-pure-cash-250-modded-cars-rp-r/
https://www.playerauctions.com/gta-account/205668100a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205554693a!xbox-next-gen-male--rank-140--max-stats--fast-run-/
https://www.playerauctions.com/gta-account/205511489a!-social-clubpc25-billion-dollars-cashlevel-1000max/
https://www.playerauctions.com/gta-account/205554564a!xbox-old-gen-double-character--m-8000-f-2022--fast/
https://www.playerauctions.com/gta-account/205379413a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205667843a!ps5--female-account--rank-1710--75-billion--fast-r/
https://www.playerauctions.com/gta-account/205495255a!steam-gta-online--10-billion-cash---rp-level-8000-/
https://www.playerauctions.com/gta-account/205409330a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205410645a!steam-pc--gta-5-online-fast-run--level-800----20-b/
https://www.playerauctions.com/gta-account/205873224a!xbox-one--16-trillion-pure-cash-with-high-level-79/
https://www.playerauctions.com/gta-account/205554018a!xbox-old-gen-male--rank-140--max-stats--fast-run--/
https://www.playerauctions.com/gta-account/205410659a!steam-pc--gta-5-online-fast-run--level-800----15-b/
https://www.playerauctions.com/gta-account/205745712a!modded-outfits-and-cars-/
https://www.playerauctions.com/gta-account/205303950a!xbox-one-79-billion-pure-cash-250-modded-cars-rp-r/
https://www.playerauctions.com/gta-account/205643767a!anti-banps4-with-100-million-pure-cash--rp-rank-30/
https://www.playerauctions.com/gta-account/205410533a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205409671a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205189855a!ban-safe-pc-steam-gta5-account-250-million--money-/
https://www.playerauctions.com/gta-account/205409667a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205378294a!xbox-one--modded-cars-78-billion-cash--rank-7999-m/
https://www.playerauctions.com/gta-account/205410107a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205542557a!gta-5--dying-light-ee--dead-by-daylight--fallout-n/
https://www.playerauctions.com/gta-account/205873034a!-pc-pure-7-billiongta-v-online-social-club-boosted/
https://www.playerauctions.com/gta-account/205579301a!ps5-new-geracao--male-7-billion-pure-cash-ultimate/
https://www.playerauctions.com/gta-account/205409998a!steam-pc--gta-5-online-fast-run--level-800----10-b/
https://www.playerauctions.com/gta-account/205549007a!steam-pc-15-billion-cash--rp-level-8000--maxed-ski/
https://www.playerauctions.com/gta-account/205807796a!xbox-xs-series-with-1-billion-in-form-of-cash--car/
https://www.playerauctions.com/gta-account/205556973a!ps5-account-female--rank-1709--max-stats--fast-run/
https://www.playerauctions.com/gta-account/205734647a!gta-5-online-account--1000000000-billion--any-leve/
https://www.playerauctions.com/gta-account/205557047a!ps5-account-fem--rank-2000--max-stats--fast-run--7/
https://www.playerauctions.com/gta-power-leveling/
https://www.playerauctions.com/gta-account/
https://www.playerauctions.com/gta-money/