# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PLAYERAUCTIONS, INC., a company organized under the laws of Delaware; IMI EXCHANGE LLC, a company organized under the laws of Delaware; PAIAO NETWORK TECHNOLOGY (SHANGHAI) CO., LTD. (拍奥网络科技（上海）有限公 司), a/k/a PLAYERAUCTIONS (SH) CO. LTD., a company organized under the laws of China; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01880 ODW (JDE)<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE APRIL 9, 2026 HEARING DATE ON PLAINTIFF'S MOTION TO COMPEL (DKT. 59) TO APRIL 16, 2026**<br><br>Old Hearing Date:  April 9, 2026<br>New Hearing Date: April 16, 2026<br>Hearing Time: 10:00 am. |

This Court, having considered the Parties' Joint Stipulation to Continue April 9, 2026 Hearing Date on Plaintiff's Motion to Compel (Dkt. 59) to April 16, 2026, and good cause appearing therefore, hereby orders that the hearing date for Plaintiff's Motion to Compel Further Responses to Interrogatories and Requests for Documents, is continued to April 16, 2026 at 10:00 a.m.

DATED: March 31, 2026

_____
JOHN D. EARLY
United States Magistrate Judge