**DYKEMA GOSSETT LLP**
Brian H. Newman (SBN 205373)
*bnewman@dykema.com*
Martin F. Hirshland, (SBN. 322629)
*MHirshland@dykema.com*
David Ter-Petrosyan, (SBN: 364183)
*DTer-Petrosyan@dykema.com*
444 S. Flower Street, Suite 2200
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

**DYKEMA GOSSETT PLLC**
Michael J. Word (*pro hac vice*)
*MWord@dykema.com*
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Telephone: (312) 876-1700
Facsimile: (312) 876-1155

J. Daniel Harkins (*pro hac vice*)
*dharkins@dykema.com*
112 East Pecan Street, Suite 1800
San Antonio, TX 78205
Telephone: (210) 554-5500
Facsimile: (866) 219-7593

Attorneys for Defendants

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PLAYERAUCTIONS, INC., a company organized under the laws of Delaware; IMI EXCHANGE LLC, a company organized under the laws of Delaware; PAIAO NETWORK TECHNOLOGY (SHANGHAI) CO., LTD. (拍奥网络科技（上海）有限公 司), a/k/a PLAYERAUCTIONS (SH) CO. LTD., a company organized under the laws of China; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01880 ODW (JDE)<br><br>Hon. Otis D. Wright, II<br>Courtroom 5D<br><br>**DECLARATION OF MARTIN F. HIRSHLAND IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION FOR CONTINUANCE OF TRIAL DATE AND ALL RELATED DEADLINES**<br><br>Complaint Filed: March 4, 2025 |

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

# DECLARATION OF MARTIN F. HIRSHLAND

I, Martin F. Hirshland, declare as follows:

1. I am an attorney at law licensed to practice my profession in the State of California, and I am Senior Counsel to the law firm Dykema Gossett LLP, counsel of record in this matter for Defendants.

2. I have personal knowledge of the facts declared herein and would testify truthfully thereto if so required.

3. Plaintiff's counsel stated for the first time on August 14, 2026 in a phone call with me that Plaintiff wished to extend the deadlines in this case. Plaintiff did not provide a proposed length of extension.

4. On August 19, 2026, I asked Plaintiff's counsel "what period of time is Plaintiff seeking for the extension of deadlines?" A true and correct copy of the parties' August 19, 2026 to August 23, 2026 email correspondence is attached hereto as **Exhibit A**.

5. On August 19, 2026, Plaintiff proposed a 5 month continuance, which was the first time Plaintiff had specified the length of continuance it was seeking, and told Defendants that Plaintiff would be "happy for [Defendants'] input." *See* Exhibit A (Plaintiff's August 19, 2026 email).

6. In response to Plaintiff's proposed 5 month continuance, which is arbitrary and not tethered to any case-specific factors, Defendants proposed a 35 day continuance in good faith, since 35 days represented the length of time that Magistrate Judge Early continued the parties' pending Motions to Compel hearings (From August 13, 2026 to September 17, 2026). *See* Exhibit A (Defendant's August 20, 2026 email).

7. Plaintiff did not offer to negotiate further, and Plaintiff's correspondence indicated that the 5 month continuance was not a "proposal" but an ultimatum. Plaintiff then threatened to seek *ex parte* relief without providing any basis to do so. *See* Exhibit A (Plaintiff's August 20, 2026 email).

8. In response, Defendants negotiated against themselves and proposed a longer extension to address Plaintiff's concern about the proposed Motion cutoff date being "between Christmas and New Year's". See Exhibit A (Defendants' August 21, 2026 email).

9. In response, Plaintiff proposed a different proposed schedule which was unworkable because, among other reasons, Plaintiff's sought to have the fact discovery cutoff be January 29, 2027, which would occur too soon in time to Plaintiff's proposed expert discovery cutoff of February 12, 2027, and Plaintiff was seeking an extension of the trial until May 25, 2027 which would conflict with the Memorial Day Holiday weekend. *See* Exhibit A (Plaintiff's August 22, 2026 email).

10. Plaintiff refused to work with Defendants and did not propose any further modification of the scheduling order after August 22, and Plaintiff instant *ex parte* application contains the same unworkable dates as proposed by Plaintiff in its August 22, 2026 email.

11. Defendants have produced over 25,000 pages of documents in eight separate productions, with the latest production occurring on August 4, 2026.

12. Plaintiff waited until 11:30 p.m. on Friday August 21, 2026 to raise a limited number of discreet technical issues with Defendants' document production, which Defendants will address with Plaintiff as appropriate in connection with the parties' meet and confer process. *See* Nietes Declaration Exs. 4, 5.

13. Plaintiff does not identify any alleged deficiencies in Defendants' discovery responses and document production which will affect Plaintiff's ability to fully argue its claims and defenses at trial, and in fact Plaintiff takes no issue with any Interrogatory responses provided by Defendants.

14. Plaintiff refers amorphously to Defendants' alleged "outright refusals to produce documents" which is disingenuous at best given the voluminous production of over 25,000 responsive documents by Defendant.

15. Despite Plaintiff filing this case in March of 2025 and Defendants

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

serving Plaintiff with an initial set of Interrogatories in November 2025, Plaintiff waited until July 16, 2026 to respond to Interrogatory No. 4 asking Plaintiff to state the basis of its copyright infringement claim.

16. Despite Plaintiff's representation that Plaintiff would provide a supplemental response to Interrogatory No. 4, Plaintiff dragged its feet for over 6 months and only finally did so after Defendants were forced to incur the time and expense of meeting and conferring for months and filing a Motion to Compel.

17. Based on Plaintiff's insufficient supplemental response to Interrogatory No. 4, Plaintiff's claims of infringement are premised on "screenshots" of the GTA Online game that are publicly available on Defendants' website and which Plaintiff was well-aware of even before Plaintiff filed this case because Plaintiff previously sent a pre-litigation DMCA takedown notice to Defendants referencing this information.

18. Plaintiff also refused to provide an answer to Interrogatory No. 10 seeking information on Plaintiff's revenues earned in connection with Plaintiff's copyrighted works at issue until ordered to do so by Magistrate Judge Early. *See* Dkt. 81.

19. Plaintiff has refused to produce all documents responsive to Defendants' Request for Production Nos. 1, 2, 3, 14, 15, 18, 19, 20, 21, 22, 24, 25, 27, 43, 44, 45, 46, 48, 49, 50, 51, and 52, despite Plaintiff's representation in January of 2026 that Plaintiff would produce the documents.

20. In fact, Plaintiff's statements indicate that Plaintiff is unjustifiably withholding responsive documents and refusing to produce them until the very last minute. For example, Plaintiff stated in a February 20, 2026 letter that that until an unrelated metadata issue was "resolved", Plaintiff will "go no further in production of its own documents to Defendants".

21. On March 9, 2026, Plaintiff stated in an email that Plaintiff refused to commit to an end date for Plaintiff's production of documents, and vaguely stated

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

that Plaintiff would "continue to make reasonable efforts to locate and produce documents" without committing to when such production would be complete.

22. On April 2, 2026, in opposition to a Motion to Compel filed by Defendants seeking an order that Plaintiff produce all responsive documents, Plaintiff argued that it was "not appropriate to seek court intervention when there is an understanding that production will be rolling, and fact discovery does not close until October, 2026."

23. Defendants' two (2) pending motions before Magistrate Judge Early concern three simple issues: 1) Plaintiff's failure to produce all documents responsive to Defendants' Request for Productions Nos. 1, 2, 3, 14, 15, 18, 19, 20, 21, 22, 24, 25, 27, 43, 44, 45, 46, 48, 49, 50, 51, and 52; 2) Plaintiff's failure to provide a full and complete response to Interrogatory No. 4 despite agreeing to do so; and 3) Plaintiff's violation of the Magistrate Judge Early's June 11, 2026 Order (Dkt. 81) requiring Plaintiff to fully answer Interrogatory No. 9 without objection, which Plaintiff has failed to do despite being ordered to do so by Magistrate Judge Early.

24. Despite filing this case in March of 2025, Plaintiff did not serve a single deposition notice until August 19, 2026, and set the first deposition for this case for September 14, 2026 (which is a deposition of Defendants' in-house counsel).

25. Attached hereto as **Exhibit B** is a true and correct copy of a DMCA takedown notice that was sent to Defendants on August 20, 2026 by a third party but on behalf of Plaintiff and Plaintiff's copyrighted work "NBA 2K".

26. Defendants served its second set of Interrogatories to Plaintiff on August 7, 2026.

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of August, 2026, at Los Angeles, California.

*/s/ Martin F. Hirshland*
Martin F. Hirshland

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

**EXHIBIT A**

# EXHIBIT A

**EXHIBIT A**

**Votava, Karen**

| | |
|---|---|
| **From:** | Berkley, James <JDB@msk.com> |
| **Sent:** | Sunday, August 23, 2026 3:45 PM |
| **To:** | Ter-Petrosyan, David |
| **Cc:** | Word, Michael; Newman, Brian; Hirshland, Martin; Pagnanelli, Karin; Mayer, Marc; Humphrey, Mark; Votava, Karen; Marinovich, Meagan; Nietes, Andrew |
| **Subject:** | RE: Take-Two v. PlayerAuctions |

**CAUTION: External Sender**
Verify sender before opening links or files

Report Suspicious

David,

We are not sure why a request for an extension has caused you so much distress. This would be the first request for an extension in this case, and we are at a loss as to why Defendants believe it is so unreasonable for us to not want to schedule major dates over the holidays.

We understand that you would like to cause as much inconvenience to Take-Two and its counsel as possible. But that is no reason to refuse a very typical and reasonable request to adjust the schedule briefly. This is especially so when Defendants have been delaying production of key documents for more than eight months—itself a major reason why your proposed schedule is hardly sufficient.

We will need to bring our request to the Court's attention, as you suggest. But we wanted to take one last shot at having you consider the request in a way that reflects basic principles of civility. PlayerAuctions will not be prejudiced by the brief schedule change. And we do not think retribution is a proper reason to not agree.

Regards,
Jim

msk
**James Berkley** | **Attorney-at-Law**
T: 310.312.3717 | jdb@msk.com
**Mitchell Silberberg & Knupp LLP** | www.msk.com
2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Ter-Petrosyan, David <DTer-Petrosyan@dykema.com>
**Sent:** Friday, August 21, 2026 9:33 PM
**To:** Berkley, James <JDB@msk.com>

**Cc:** Word, Michael <MWord@dykema.com>; Newman, Brian <BNewman@dykema.com>; Hirshland, Martin <MHirshland@dykema.com>; Pagnanelli, Karin <KGP@msk.com>; Mayer, Marc <MEM@msk.com>; Humphrey, Mark <mxh@msk.com>; Votava, Karen <KVotava@dykema.com>; Marinovich, Meagan <MMarinovich@dykema.com>; Nietes, Andrew <afn@msk.com>
**Subject:** [EXTERNAL] RE: Take-Two v. PlayerAuctions

Jim,

We have reviewed your proposal, and it is not acceptable. Plaintiff's proposed schedule is inconsistent with the schedule entered by the Court, especially with respect to fact and expert discovery deadlines, and still attempts to make significant modifications to the Court's schedule without justification.

We have attempted in good faith to work with Plaintiff's request for an extension of the schedule and have proposed a compromise that takes into account the extension of the hearing on the parties' motions to compel. If Plaintiff does not agree to Defendants' proposed compromise schedule, then the parties should simply proceed under the existing schedule entered by the Court.

Regards,

**David Ter-Petrosyan**
Attorney

D 213-457-1818 ▪ F 866-571-5488
DTer-Petrosyan@dykema.com ▪ dykema.com

BIO VCARD LINKEDIN

444 S. Flower Street, Suite 2200
Los Angeles, California 90071

Dykema 100 YEARS

---

**From:** Berkley, James <JDB@msk.com>
**Sent:** Saturday, August 22, 2026 4:38 AM
**To:** Hirshland, Martin <MHirshland@dykema.com>
**Cc:** Word, Michael <MWord@dykema.com>; Newman, Brian <BNewman@dykema.com>; Pagnanelli, Karin <KGP@msk.com>; Mayer, Marc <MEM@msk.com>; Humphrey, Mark <mxh@msk.com>; Votava, Karen <KVotava@dykema.com>; Marinovich, Meagan <MMarinovich@dykema.com>; Nietes, Andrew <afn@msk.com>; Ter-Petrosyan, David <DTer-Petrosyan@dykema.com>
**Subject:** RE: Take-Two v. PlayerAuctions

Martin,

We do not agree with your statements below. We've also considered your only modestly revised proposal and continue to find it highly unreasonable. This time, you are implicitly proposing a dispositive motions deadline of December 14, with replies to be filed on Monday, December 28, immediately after the Christmas holiday (when Take-Two's offices are closed and counsel have preexisting plans).

In a continuing attempt to reach a compromise without need of Court intervention, we propose the revised schedule below, which attempts to work around these issues but does not significantly advance the trial date beyond Defendants' proposal. Please let us know if this is acceptable, and if so, we can circulate a stipulation to it. If Defendants do not agree, we reserve our rights to seek *ex parte* relief seeking these dates for the reasons previously outlined, to be filed on Monday, 8/24.

Thanks.

| **Event** | **Proposed New Deadline (Revised)** |
|---|---|
| Fact Discovery Cutoff | 1/29/2027 |
| Deadline for Mediation | 12/10/2026 |
| Deadline to File Report Re Mediation | 12/17/2026 |
| Expert Disclosure (Initial) | 12/2/2026 |
| Expert Disclosure (Rebuttal) | 12/23/2026 |
| Expert Discovery Cutoff | 2/12/2027 |
| Last Date to Hear Motions | 3/15/2027 |
| Deadline to File Trial Filings | 4/26/2027 |
| Deadline to File MIL | 4/26/2027 |
| Hearing on MIL | 5/17/2027 |
| Final Pretrial Conference | 5/17/2027 |
| Trial | 5/25/2027 |

msk
**James Berkley** | **Attorney-at-Law**
T: 310.312.3717 | jdb@msk.com
**Mitchell Silberberg & Knupp LLP** | **www.msk.com**
2049 Century Park East, 18th Floor, Los Angeles, CA 90067

**THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.**

---

**From:** Hirshland, Martin <MHirshland@dykema.com>
**Sent:** Friday, August 21, 2026 10:33 AM
**To:** Berkley, James <JDB@msk.com>
**Cc:** Word, Michael <MWord@dykema.com>; Newman, Brian <BNewman@dykema.com>; Pagnanelli, Karin <KGP@msk.com>; Mayer, Marc <MEM@msk.com>; Humphrey, Mark <mxh@msk.com>; Votava, Karen <KVotava@dykema.com>; Marinovich, Meagan <MMarinovich@dykema.com>; Nietes, Andrew <afn@msk.com>; Ter-Petrosyan, David <DTer-Petrosyan@dykema.com>
**Subject:** [EXTERNAL] RE: Take-Two v. PlayerAuctions

Jim,

We would oppose any such contemplated *ex parte* application by Plaintiff to continue the case for 5 months, a proposal which was only communicated to us for the first time two days ago and which is untethered to logic, reason, or any case-specific factors. We take issue with your claim that Defendants are not acting in good faith, as we proposed a reasonable counteroffer to Plaintiff based on the concrete length of extension of the Motions to Compel pending before Judge Early, which was presented to us as the principal factor driving Plaintiff's request for a continuance. Contrary to the statement in your August 19 email that Plaintiff would be "happy for [Defendants'] input", it appears that Plaintiff's 5 month continuance "proposal" was not offered in good faith to invite negotiation but rather as a take it or leave it ultimatum.

We respond further to your email below as follows:

- The only concern you raised with our proposed schedule is that it would "put hearing dates for dispositive motions between Christmas and New Year's". As you may be aware, Judge Wright frequently takes matters under submission and decides motions without oral argument, so there is no issue with the last day to hear motions being December 28. Also, obviously, motions can be heard before this date. In any event, to assuage Plaintiff's concern for an interruption of Plaintiff's holiday schedule, we will agree to negotiate against ourselves and modify the proposed continuance offered by Defendants per the below;

| **Event** | **Proposed New Deadline** |
|---|---|
| Fact Discovery Cutoff | 11/19/2026 |
| Expert Discovery Cutoff | 12/10/2026 |
| Deadline to Conduct Settlement Conference | 12/31/2026 |
| Last Date to Hear Motions | 1/11/2027 |
| Deadline to File Status Report re Settlement | 1/21/2027 |
| Deadline to File Trial Filings | 3/1/2027 |
| Deadline to File MIL | 3/8/2027 |
| Final Pretrial Conference | 3/15/2027 |
| Deadline to File MIL Oppositions | 3/16/2027 |
| Hearing on MIL | 3/29/2027 |
| Final Trial Exhibit Stipulation | 4/5/2027 |
| Trial | 4/13/2027 |

- Plaintiff does not offer any justification for seeking extraordinary *ex parte* relief, and does even attempt to argue that Plaintiff would be prejudiced in any way by a regularly-noticed motion;
- The Court's schedule has been guiding the parties since September 2025, and Plaintiff has known about all relevant dates since then;
- Plaintiff has been aware of the release of GTA VI since it was announced in November of 2025 (https://x.com/RockstarGames/status/1986540361011880167?lang=en);
- Plaintiff's amorphous "press of business" allegedly related to a different video game does not indicate that Plaintiff will be unable to litigate this case; and
- Plaintiff's nonspecific scheduling issues are unexplained and unsupported, and Plaintiff does not explain why another unknown matter should take precedence over this one.

We remain willing and able to negotiate with Plaintiff in good faith without the need for costly and unnecessary court intervention. If the above-referenced schedule is agreeable to Plaintiff, please prepare a stipulation and we will sign it. All rights remain reserved as always.

**Martin F. Hirshland**
Senior Attorney

D 213-457-1858 ▪ M 323-627-2642
MHirshland@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

444 South Flower Street, Suite 2200
Los Angeles, California 90071

Dykema 100 YEARS

---

**From:** Berkley, James <JDB@msk.com>
**Sent:** Thursday, August 20, 2026 6:22 PM
**To:** Hirshland, Martin <MHirshland@dykema.com>
**Cc:** Word, Michael <MWord@dykema.com>; Newman, Brian <BNewman@dykema.com>; Pagnanelli, Karin <KGP@msk.com>; Mayer, Marc <MEM@msk.com>; Humphrey, Mark <mxh@msk.com>; Votava, Karen <KVotava@dykema.com>; Marinovich, Meagan <MMarinovich@dykema.com>; Nietes, Andrew <afn@msk.com>; Ter-Petrosyan, David <DTer-Petrosyan@dykema.com>
**Subject:** RE: Take-Two v. PlayerAuctions

Martin,

We do not think your counterproposal offers a workable or good-faith solution. Among other things, it would put hearing dates for dispositive motions between Christmas and New Year's.

As we stated to you last Friday, extension of the current dates is warranted by the continuation of Judge Early's hearing on the parties' motion to compel to September 17; by the newly propounded discovery requests served by both sides; and by considerations of the timing and scheduling of the parties' settlement conference to be held before Judge Early. Additionally, a lead member of MSK's team has scheduling conflicts due to another matter, and, as you know, our client is on the verge of a major game release in the GTA franchise, which subjects it to a considerable press of business.

Absent Defendants' agreement, Take-Two is thus prepared to file an *ex parte* request to continue the dates as we proposed below. Please let us know by 11 a.m. tomorrow, Friday 8/21, if Defendants oppose such an *ex parte* application, which we intend to file by end of day on Friday 8/21.

Thanks.

Regards,
Jim

msk
**James Berkley | Attorney-at-Law**
T: 310.312.3717 | jdb@msk.com
**Mitchell Silberberg & Knupp LLP | www.msk.com**
2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

---

**From:** Hirshland, Martin <MHirshland@dykema.com>
**Sent:** Thursday, August 20, 2026 12:31 PM
**To:** Berkley, James <JDB@msk.com>
**Cc:** Word, Michael <MWord@dykema.com>; Newman, Brian <BNewman@dykema.com>; Pagnanelli, Karin <KGP@msk.com>; Mayer, Marc <MEM@msk.com>; Humphrey, Mark <mxh@msk.com>; Votava, Karen <KVotava@dykema.com>; Marinovich, Meagan <MMarinovich@dykema.com>; Nietes, Andrew <afn@msk.com>; Ter-Petrosyan, David <DTer-Petrosyan@dykema.com>
**Subject:** [EXTERNAL] RE: Take-Two v. PlayerAuctions

Jim,

We are not agreeable to the continuance proposed by Plaintiff. However, in the spirit of cooperation, we can agree to a continuance of all case deadlines by 35 days, which is the length of time that Judge Early continued the hearing on the parties' Motions to Compel. Such a continuance would yield the following revised case schedule (in chronological order):

| **Event** | **Proposed New Deadline** |
|---|---|
| Fact Discovery Cutoff | 11/9/2026 |
| Expert Discovery Cutoff | 11/30/2026 |
| Deadline to Conduct Settlement Conference | 12/21/2026 |
| Last Date to Hear Motions | 12/28/2026 |
| Deadline to File Status Report re Settlement | 1/11/2027 |
| Deadline to File Trial Filings | 2/19/2027 |
| Deadline to File MIL | 2/24/2027 |
| Final Pretrial Conference | 3/1/2027 |
| Deadline to File MIL Oppositions | 3/3/2027 |
| Hearing on MIL | 3/15/2027 |
| Final Trial Exhibit Stipulation | 3/25/2027 |
| Trial | 3/30/2027 |

If Plaintiff is agreeable, please prepare a stipulation and we will sign it so it can be submitted to the Court today. Thanks. All rights reserved as always.

**Martin F. Hirshland**
Senior Attorney

D 213-457-1858 ▪ M 323-627-2642
MHirshland@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

444 South Flower Street, Suite 2200
Los Angeles, California 90071

**From:** Berkley, James <JDB@msk.com>
**Sent:** Wednesday, August 19, 2026 5:23 PM
**To:** Hirshland, Martin <MHirshland@dykema.com>; Nietes, Andrew <afn@msk.com>; Ter-Petrosyan, David <DTer-Petrosyan@dykema.com>
**Cc:** Word, Michael <MWord@dykema.com>; Newman, Brian <BNewman@dykema.com>; Spencer, Jimmy <JSpencer@dykema.com>; Pagnanelli, Karin <KGP@msk.com>; Mayer, Marc <MEM@msk.com>; Humphrey, Mark <mxh@msk.com>; Votava, Karen <KVotava@dykema.com>; Marinovich, Meagan <MMarinovich@dykema.com>
**Subject:** RE: Take-Two v. PlayerAuctions

Martin,

See our proposed dates below. This is what we came up with going through the schedule, but we are happy for your input.

Thanks.

| **Event** | **Proposed New Deadline** |
|---|---|
| Fact Discovery Cutoff | 3/12/2027 |
| Deadline for Mediation | 3/19/2027 |
| Deadline to File Report Re Mediation | 3/26/2027 |
| Expert Disclosure (Initial) | 3/26/2027 |
| Expert Disclosure (Rebuttal) | 4/16/2027 |
| Expert Discovery Cutoff | 4/30/2027 |
| Last Date to Hear Motions | 5/17/2027 |
| Deadline to File Trial Filings | 6/21/2027 |
| Deadline to File MIL | 6/21/2027 |
| Hearing on MIL | 7/12/2027 |
| Final Pretrial Conference | 7/12/2027 |
| Trial | 7/20/2027 |

msk
**James Berkley | Attorney-at-Law**
T: 310.312.3717 | jdb@msk.com
**Mitchell Silberberg & Knupp LLP | www.msk.com**
2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Hirshland, Martin <MHirshland@dykema.com>
**Sent:** Wednesday, August 19, 2026 5:01 PM
**To:** Berkley, James <JDB@msk.com>; Nietes, Andrew <afn@msk.com>; Ter-Petrosyan, David <DTer-Petrosyan@dykema.com>
**Cc:** Word, Michael <MWord@dykema.com>; Newman, Brian <BNewman@dykema.com>; Spencer, Jimmy <JSpencer@dykema.com>; Pagnanelli, Karin <KGP@msk.com>; Mayer, Marc <MEM@msk.com>; Humphrey, Mark <mxh@msk.com>; Votava, Karen <KVotava@dykema.com>; Marinovich, Meagan <MMarinovich@dykema.com>
**Subject:** [EXTERNAL] RE: Take-Two v. PlayerAuctions

Thanks Jim.

For the extension request, what period of time is Plaintiff seeking for the extension of deadlines?

**Martin F. Hirshland**
Senior Attorney

D 213-457-1858 ▪ M 323-627-2642
MHirshland@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

444 South Flower Street, Suite 2200
Los Angeles, California 90071

Dykema 100 YEARS

**From:** Berkley, James <JDB@msk.com>
**Sent:** Wednesday, August 19, 2026 4:58 PM
**To:** Hirshland, Martin <MHirshland@dykema.com>; Nietes, Andrew <afn@msk.com>; Ter-Petrosyan, David <DTer-Petrosyan@dykema.com>
**Cc:** Word, Michael <MWord@dykema.com>; Newman, Brian <BNewman@dykema.com>; Spencer, Jimmy <JSpencer@dykema.com>; Pagnanelli, Karin <KGP@msk.com>; Mayer, Marc <MEM@msk.com>; Humphrey, Mark <mxh@msk.com>; Votava, Karen <KVotava@dykema.com>; Marinovich, Meagan <MMarinovich@dykema.com>
**Subject:** RE: Take-Two v. PlayerAuctions

Martin,

Take-Two is authorized to accept service of subpoenas for Micah Roland and James Kimble. We understand that Jacob Drappo is no longer employed at Rockstar, and we are not authorized to accept service of a subpoena to him.

Please let us know whether Defendants agree to our request re: extension of deadlines.

Thanks.

Regards,
Jim

msk

**James Berkley | Attorney-at-Law**
T: 310.312.3717 | jdb@msk.com
**Mitchell Silberberg & Knupp LLP** | www.msk.com
2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

---

**From:** Hirshland, Martin <MHirshland@dykema.com>
**Sent:** Tuesday, August 18, 2026 3:32 PM
**To:** Nietes, Andrew <afn@msk.com>; Ter-Petrosyan, David <DTer-Petrosyan@dykema.com>; Berkley, James <JDB@msk.com>
**Cc:** Word, Michael <MWord@dykema.com>; Newman, Brian <BNewman@dykema.com>; Spencer, Jimmy <JSpencer@dykema.com>; Pagnanelli, Karin <KGP@msk.com>; Mayer, Marc <MEM@msk.com>; Humphrey, Mark <mxh@msk.com>; Votava, Karen <KVotava@dykema.com>; Marinovich, Meagan <MMarinovich@dykema.com>
**Subject:** [EXTERNAL] RE: Take-Two v. PlayerAuctions

Andrew,

The Rockstar employees are Micah Roland, James Kimble, and Jacob Drappo. Please let us know by COB tomorrow whether you are authorized to accept service on their behalf.

With respect to Plaintiff's request for a continuance, we are discussing Plaintiff's request with our client.

Thanks.

**Martin F. Hirshland**
Senior Attorney

D 213-457-1858 ▪ M 323-627-2642
MHirshland@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

444 South Flower Street, Suite 2200
Los Angeles, California 90071

Dykema 100 YEARS

---

**From:** Nietes, Andrew <afn@msk.com>
**Sent:** Tuesday, August 18, 2026 1:23 PM
**To:** Ter-Petrosyan, David <DTer-Petrosyan@dykema.com>; Berkley, James <JDB@msk.com>
**Cc:** Word, Michael <MWord@dykema.com>; Hirshland, Martin <MHirshland@dykema.com>; Newman, Brian <BNewman@dykema.com>; Spencer, Jimmy <JSpencer@dykema.com>; Pagnanelli, Karin <KGP@msk.com>; Mayer, Marc <MEM@msk.com>; Humphrey, Mark <mxh@msk.com>; Votava, Karen <KVotava@dykema.com>; Marinovich, Meagan <MMarinovich@dykema.com>
**Subject:** RE: Take-Two v. PlayerAuctions

David,

As discussed, we have asked our client but realized we did not have the information on who the deponents are. Can you please let us know so we can confirm if we are authorized?

Please also let us know about the extension per our phone call and my other email on the same.

Best,
Andrew

msk
**Andrew Nietes | Attorney-at-Law**
T: 917.546.7683 | afn@msk.com
**Mitchell Silberberg & Knupp LLP | www.msk.com**
437 Madison Ave., 25th Floor, New York, NY 10022

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

---

**From:** Ter-Petrosyan, David <DTer-Petrosyan@dykema.com>
**Sent:** Tuesday, August 18, 2026 11:07 AM
**To:** Berkley, James <JDB@msk.com>
**Cc:** Word, Michael <MWord@dykema.com>; Hirshland, Martin <MHirshland@dykema.com>; Newman, Brian <BNewman@dykema.com>; Spencer, Jimmy <JSpencer@dykema.com>; Pagnanelli, Karin <KGP@msk.com>; Mayer, Marc <MEM@msk.com>; Humphrey, Mark <mxh@msk.com>; Nietes, Andrew <afn@msk.com>; Votava, Karen <KVotava@dykema.com>; Marinovich, Meagan <MMarinovich@dykema.com>
**Subject:** [EXTERNAL] Re: Take-Two v. PlayerAuctions

Jim,

Following up on my email below, please let us know whether your firm is authorized to accept service of deposition subpoenas on behalf of Rockstar. If we don't hear from you by close of business today, we will move forward with service.

Thanks,

**David Ter-Petrosyan**
Attorney

D 213-457-1818 ▪ F 866-571-5488
DTer-Petrosyan@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

444 S. Flower Street, Suite 2200
Los Angeles, California 90071

Dykema 100 YEARS

*** Notice from Dykema Gossett PLLC: This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

---

**From:** Ter-Petrosyan, David <DTer-Petrosyan@dykema.com>
**Sent:** Friday, August 14, 2026 7:06 AM
**To:** Berkley, James <jdb@msk.com>
**Cc:** Word, Michael <MWord@dykema.com>; Hirshland, Martin <MHirshland@dykema.com>; Newman, Brian <BNewman@dykema.com>; Spencer, Jimmy <JSpencer@dykema.com>; Pagnanelli, Karin <kgp@msk.com>; Mayer, Marc <mem@msk.com>; Humphrey, Mark <mxh@msk.com>; Nietes, Andrew <afn@msk.com>; Votava, Karen <KVotava@dykema.com>; Marinovich, Meagan <MMarinovich@dykema.com>
**Subject:** Take-Two v. PlayerAuctions

Jim,

Your firm has previously represented Rockstar in connection with this litigation and you've stated that Take-Two will be providing discovery on behalf of Rockstar. With that in mind, please advise whether you will agree to accept service of deposition subpoenas on behalf of Rockstar employees, or whether you will require that we serve Rockstar employees directly.

Regards,

**EXHIBIT B**

# EXHIBIT B

**EXHIBIT B**

Outlook

**[Notice ID:1EC00D1A-F1FE-4333-9101-2C5A644F8F5C] Copyright Infringement Notice under DMCA Act [Domain:playerauctions.com]**

**From** internetenforcement1@markscan.in <internetenforcement1@markscan.in>
**Date** Thu 8/20/2026 10:01 PM
**To** Legal <legal@playerauctions.com>

Dear Madam/Sir,

We, MarkScan, have been duly authorized by Entertainment Software Association, 601 Massachusetts Ave, NW, Suite 300, Washington, DC 20001 (hereinafter "Our Client"), to issue this notice to you under the provisions of the Information Technology (Intermediary Guidelines and Digital Media Ethics Code) Rules, 2021, and the Online Copyright Infringement Liability Limitation Act (OCILLA), a part of the Digital Millenium Copyright Act 1998 (DMCA), including Title 17 of the United States Code, Section 512, requiring service providers to expeditiously remove, or disable access to copyright infringing upon being put on notice that such infringing material resides on the service provider’s system or network.

Our client is a U.S. trade association representing the intellectual property interests of its member companies that own and publish copyright-protected interactive games for video game consoles, personal computers, handheld devices, and the Internet. Our Client’s members own and have the exclusive right to control the use of, the below representative list of copyrighted works. Any person who reproduces, uploads, streams (live, delayed, repeat etc.), makes available for download, distributes, downloads, broadcasts and/or communicates to the public, the copyrighted works listed below, in any manner whatsoever, through any transmission platform, including the Internet, for viewing on devices such as computers, laptops, mobile phones, tablet computers, etc. without express authorization from our Client’s members, infringes their copyrights in violation of copyright law.

We have found material on your website which infringes the copyrights of our Client’s members in violation of U.S. copyright law; specifically, we have identified listings that reproduce, display, and commercially exploit our Client's copyrighted game-related content, including official artwork, promotional or character images, logos, and product descriptions, without authorization. Additionally, the identified listings offering the unauthorized resale and transfer of digital game accounts associated with our Client's copyrighted games through channels not authorized or approved by the game publishers.

Below is a representative list of each work infringed, the corresponding member of our client that owns the copyrighted work, and the corresponding URL where infringement of the copyrighted work is located:

| **Copyright Owner** | **Title of Copyrighted Work Infringed** | **Infringing Copy Location** |
| --- | --- | --- |
| 2K | NBA 2K26 | https://www.playerauctions.com/nba-2k-account/294143730a!xbox-4-letter-gamertag--20k-followers--starter-4--/ https://www.playerauctions.com/nba-2k-account/294084985a!no69726nba2k26-psnplus-includedgood-starter-accoun/ https://www.playerauctions.com/nba-2k-account/293785551a!no69166nba2k26-xbox-premium-account--season-8-leve/ https://www.playerauctions.com/nba-2k-account/293945834a!no69700nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k-account/293785512a!no69648nba2k26-xbox-premium-account--season-8-leve/ https://www.playerauctions.com/nba-2k-account/294430267a!ps5-veteran-4--14-builds--24-cap-breakers--99-shoo/ https://www.playerauctions.com/nba-2k-account/293785469a!no69490nba2k26-xbox-premium-account--season-8-leve/ https://www.playerauctions.com/nba-2k-account/293785533a!no69619nba2k26-xbox-premium-account--season-8-leve/ https://www.playerauctions.com/nba-2k-account/293000693a!playstation-account/ https://www.playerauctions.com/nba-2k-account/294408331a!no69813nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k-account/294394383a!nba-2k26-xbox-topchoice-account-956k-vc--11-cap-br/ https://www.playerauctions.com/nba-2k-account/293944514a!no69693nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k-account/293785515a!no69644nba2k26-xbox-premium-account-season-8-level/ https://www.playerauctions.com/nba-2k-account/293888190a!nba-2k26-xbox-topchoice-account-958k-vc--11-cap-br/ https://www.playerauctions.com/nba-2k-account/294408349a!no69814nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k-account/294084969a!no69725nba2k26-psnplus-includedgood-starter-accoun/ https://www.playerauctions.com/nba-2k- |

| Copyright Owner | Title of Copyrighted Work Infringed | Infringing Copy Location |
|---|---|---|
| | | account/294086248a!nba-2k26-ps5-topchoice-account-892k-vc11-capbreake/ https://www.playerauctions.com/nba-2k-account/293860093a!no69677nba2k26-xbox-premium-account--season-89-lev/ https://www.playerauctions.com/nba-2k-account/294224831a!no69795nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k-account/293785558a!no69580nba2k26-xbox-premium-account--season-8-leve/ https://www.playerauctions.com/nba-2k-account/293785437a!no69616nba2k26-xbox-premium-account--season-8-leve/ https://www.playerauctions.com/nba-2k-account/293785537a!no69618nba2k26-xbox-premium-account--season-8-leve/ https://www.playerauctions.com/nba-2k-account/293785356a!no69264nba2k26-xbox-premium-account--season-8-leve/ https://www.playerauctions.com/nba-2k-account/293945819a!no69699nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k-account/293785360a!no69552nba2k26-psnplus-includedgood-starter-accoun/ https://www.playerauctions.com/nba-2k-account/293785434a!no69617nba2k26-xbox-premium-account--season-8-leve/ https://www.playerauctions.com/nba-2k-account/294394420a!xbox-starter-3-20-to-starter-4--multiple-builds--6/ https://www.playerauctions.com/nba-2k-account/293945867a!no69702nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k-account/293785476a!no69554nba2k26-psnplus-includedgood-starter-accoun/ https://www.playerauctions.com/nba-2k-account/293943104a!no69689nba2k26-xbox-premium-account--season-98-lev/ https://www.playerauctions.com/nba-2k-account/294224794a!no69794nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k-account/293785525a!no69638nba2k26-psnplus-includedgood-starter-accoun/ https://www.playerauctions.com/nba-2k-account/294224861a!no69796nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k- |

| Copyright Owner | Title of Copyrighted Work Infringed | Infringing Copy Location |
|---|---|---|
| | | account/293502788a!ps5-veteran-4--4-builds--23-cap-breakers--max-defe/ https://www.playerauctions.com/nba-2k-account/294232800a!nba-2k26-xbox-topchoice-account-843k-vc--11-cap-br/ https://www.playerauctions.com/nba-2k-account/294224553a!no69792nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k-account/293945843a!no69701nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k-account/293926236a!nba-2k26-ps5-topchoice-account-846k-vc11-capbreake/ https://www.playerauctions.com/nba-2k-account/293943073a!no69688nba2k26-xbox-premium-account--season-98-lev/ https://www.playerauctions.com/nba-2k-account/293785367a!no69573nba2k26-psnplus-includedgood-starter-accoun/ https://www.playerauctions.com/nba-2k-account/293888144a!nba-2k26-xbox-topchoice-account-878k-vc--11-cap-br/ https://www.playerauctions.com/nba-2k-account/293945889a!no69703nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k-account/294234913a!nba-2k26-xbox-topchoice-account-916k-vc--11-cap-br/ https://www.playerauctions.com/nba-2k-account/293785362a!no69574nba2k26-psnplus-includedgood-starter-accoun/ https://www.playerauctions.com/nba-2k-account/293785358a!no69202nba2k26-xbox-premium-account-season-8-level/ https://www.playerauctions.com/nba-2k-account/294408928a!no69819nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k-account/293943892a!no69690nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k-account/293785467a!no69195nba2k26-xbox-premium-account--season-8-leve/ https://www.playerauctions.com/nba-2k-account/293888813a!nba-2k26-ps5-topchoice-account-859k-vc11-capbreake/ https://www.playerauctions.com/nba-2k-account/293945769a!no69698nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k- |

| **Copyright Owner** | **Title of Copyrighted Work Infringed** | **Infringing Copy Location** |
|---|---|---|
| | | account/294297921a!nba-2k26-xbox-topchoice-account-1015k-vc--11-cap-b/ |
| | | https://www.playerauctions.com/nba-2k-account/293785507a!no69649nba2k26-xbox-premium-account--season-8-leve/ |
| | | https://www.playerauctions.com/nba-2k-account/293502733a!ps5-elite--911k-vc--10-cap-breakers-s8-lvl-40-max-/ |
| | | https://www.playerauctions.com/nba-2k-account/293916186a!nba-2k26-xbox-topchoice-account-943-k-vc--11-cap-b/ |
| | | https://www.playerauctions.com/nba-2k-account/293888100a!nba-2k26-xbox-topchoice-account-1033k-vc--11-cap-b/ |
| | | https://www.playerauctions.com/nba-2k-account/293785553a!no69579nba2k26-xbox-premium-account--season-8-leve/ |
| | | https://www.playerauctions.com/nba-2k-account/293785502a!no69650nba2k26-xbox-premium-account--season-8-leve/ |
| | | https://www.playerauctions.com/nba-2k-account/293785522a!no69639nba2k26-psnplus-includedgood-starter-accoun/ |
| | | https://www.playerauctions.com/nba-2k-account/293945796a!no69698nba2k26-xbox-premium-account--season-9-leve/ |
| | | https://www.playerauctions.com/nba-2k-account/294052816a!no69711nba2k26-xbox-premium-account--season-9-leve/ |
| | | https://www.playerauctions.com/nba-2k-account/293888741a!nba-2k26-xbox-topchoice-account-1013k-vc--11-cap-b/ |
| | | https://www.playerauctions.com/nba-2k-account/294377411a!no69791nba2k26-psnplus-includedgood-starter-accoun/ |
| | | https://www.playerauctions.com/nba-2k-account/293785487a!no69488nba2k26-xbox-premium-account--season-8-leve/ |
| | | https://www.playerauctions.com/nba-2k-account/294124680a!no69730nba2k26-xbox-premium-account--season-9-leve/ |
| | | https://www.playerauctions.com/nba-2k-account/294401322a!ps5-veteran-2-halfway-to-vet-3--every-build--99-sh/ |
| | | https://www.playerauctions.com/nba-2k-account/293944480a!no69692nba2k26-xbox-premium-account--season-9-leve/ |
| | | https://www.playerauctions.com/nba-2k-account/293785484a!no69532nba2k26-xbox-premium-account--season-8-leve/ |
| | | https://www.playerauctions.com/nba-2k- |

| Copyright Owner | Title of Copyrighted Work Infringed | Infringing Copy Location |
| --- | --- | --- |
| | | account/293944326a!no69691nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k-account/294492878a!nba-2k26-xbox-topchoice-account-975k-vc--11-cap-br/ https://www.playerauctions.com/nba-2k-account/293926267a!nba-2k26-ps5-topchoice-account-925k-vc11-capbreake/ https://www.playerauctions.com/nba-2k-account/293888220a!nba-2k26-xbox-topchoice-account-923k-vc--11-cap-br/ https://www.playerauctions.com/nba-2k-account/294224871a!no69797nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k-account/293785442a!no69615nba2k26-xbox-premium-account--season-8-leve/ https://www.playerauctions.com/nba-2k-account/293502864a!xbox-top-elite-account--veteran-1--pink-summit-win/ https://www.playerauctions.com/nba-2k-account/293785516a!no69642nba2k26-xbox-premium-account--season-8-leve/ https://www.playerauctions.com/nba-2k-account/293888168a!nba-2k26-xbox-topchoice-account-914k-vc--11-cap-br/ https://www.playerauctions.com/nba-2k-account/294395463a!xbox-almost-veteran-2--5-builds--almost-300k-vc--1/ https://www.playerauctions.com/nba-2k-account/293926241a!nba-2k26-ps5-topchoice-account-940k-vc11-capbreake/ https://www.playerauctions.com/nba-2k-account/294124594a!no69729nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k-account/293785528a!no69622nba2k26-xbox-premium-account-season-8-level/ https://www.playerauctions.com/nba-2k-account/293859982a!no69675nba2k26-xbox-premium-account--season-89-lev/ https://www.playerauctions.com/nba-2k-account/293944855a!no69694nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k-account/293785375a!no69572nba2k26-psnplus-includedgood-starter-accoun/ https://www.playerauctions.com/nba-2k-account/294124592a!no69728nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k- |

| **Copyright Owner** | **Title of Copyrighted Work Infringed** | **Infringing Copy Location** |
|---|---|---|
| | | account/293502814a!ps5-nearly-veteran-5--24-cap-breakers--12-builds--/ https://www.playerauctions.com/nba-2k-account/294408952a!no69820nba2k26-xbox-premium-account--season-9-leve/ https://www.playerauctions.com/nba-2k-account/293888178a!nba-2k26-xbox-topchoice-account-955k-vc--11-cap-br/ https://www.playerauctions.com/nba-2k-account/294429384a!nba-2k26-ps5-topchoice-account-965k-vc11-capbreake/ https://www.playerauctions.com/nba-2k-account/293785354a!no69114nba2k26-xbox-premium-account--season-8-leve/ https://www.playerauctions.com/nba-2k-account/294394391a!nba-2k26-ps5-topchoice-account-770k-vc11-capbreake/ https://www.playerauctions.com/nba-2k-account/293946828a!no69640nba2k26-xbox-premium-account--season-8-leve/ https://www.playerauctions.com/nba-2k-account/293860241a!no69681nba2k26-psnplus-includedgood-starter-accoun/ https://www.playerauctions.com/nba-2k-account/294224117a!no69787nba2k26-psnplus-includedgood-starter-accoun/ |

Because infringement of our Client's members' copyrighted works is significant and widespread, the above list of copyrighted works is a representative list identifying a sample of the works infringed. The above list is not an exhaustive list of all of our Client's members' copyrighted works infringed on these websites. When a website is informed of the nature and scope of infringement being claimed, the site operator must act to address all infringement on that website, not merely the identified representative examples.

We understand in good faith & belief that the use of the copyright work(s) described above in the infringing material(s) of which the URL(s) have been provided above, is not authorized by the copyright owner, its agent(s), or the law.

We hereby request you to immediately remove and /or disable access to the infringing material(s) from your platform as the infringing material violates copyright law.

We, under penalty of perjury, state that the information in this Notice is accurate, and state that we are authorized to act on behalf of our Client and their members who are the exclusive owners of the

copyrighted works being infringed as set forth in this Notice. We further declare that the information in this is correct to the best of our belief.

This Notice is not a complete statement of our Client's or its members' rights in connection with this matter. By providing this Notice, neither our Client nor its members are waiving any claims or remedies, or their right to engage in other enforcement activities, and all claims, rights and remedies are expressly reserved.

We appreciate your assistance and thank you for your cooperation.

**DIGITAL SIGNATURE FOR COPYRIGHT CLAIM:**
Ishita Singh
MarkScan Digital IP Pvt. Ltd.
Email: internetenforcement1@markscan.in
E-14C, 1st Floor, Sector-8, NOIDA, U.P. -201301, INDIA.
Website: https://markscan.co.in/

Regards,
MarkScan Internet Enforcement Team

Disclaimer: This e-mail and any documents, files, or previous email messages appended or attached to it may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify sender immediately and delete this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.